IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**INTEL CORP.'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that plaintiff Intel Corporation has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Intel Corporation.

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (# 1088)
John W. Shaw (# 3362)
Glenn C. Mandalas (#4432)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com
*Attorneys for Plaintiff Intel Corporation*

OF COUNSEL:
George M. Newcombe
Jeffrey E. Ostrow
SIMPSON THATCHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, CA 94304
(650) 251-5000

Dated: May 17, 2005

WP3:1112308.1