IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-301-KAJ |
| ) | |
| AMBERWAVE SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**AMBERWAVE SYSTEMS CORPORATION'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant AmberWave Systems Corporation states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Defendant
  AmberWave Systems Corporation.

June 6, 2005

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on June 6, 2005 I electronically filed Rule 7.1 Statement of Defendants AmberWave Systems Corporation with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young Conaway Stargatt & Taylor

I also certify that copies were caused to be served on June 3, 2005 upon the following in the manner indicated:

> BY HAND
>
> Josy W. Ingersoll, Esq.
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

>    /s/ Jack B. Blumenfeld
>   Jack B. Blumenfeld (#1014)
>   MORRIS, NICHOLS, ARSHT & TUNNELL
>   1201 N. Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899
>   (302) 658-9200
>   jblumenfeld@mnat.com