IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-301-KAJ |
| | ) | |
| AMBERWAVE SYSTEMS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant AmberWave Systems Corporation to move, answer or otherwise respond to the Complaint is extended until July 6, 2005.

YOUNG, CONAWAY, STARGATT &              MORRIS, NICHOLS, ARSHT & TUNNELL
TAYLOR, LLP

 _/s/ Josy W. Ingersoll_                                _/s/ Jack B. Blumenfeld_
Josy W. Ingersoll (#1088)                     Jack B. Blumenfeld (#1014)
John W. Shaw (#3362)                           Leslie A. Polizoti (#4299)
Glenn C. Mandalas (#4432)                  1201 N. Market Street
The Brandywine Building                       P.O. Box 1347
1000 West Street, 17th Floor                  Wilmington, DE  19899
P.O. Box 391                                          (302) 658-9200
Wilmington, DE  19899                         jblumenfeld@mnat.com
 (302) 571-6672                                      Attorneys for Defendant
jingersoll@ycst.com
 Attorneys for Plaintiff


SO ORDERED this _____ day of June, 2005

_____
United States District Court Judge