IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-301-KAJ |
| | ) | |
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David H. LaRocca, Noah M. Leibowitz, Jeremy S. Pitcock and Amy E. Semet to represent Intel Corporation in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 per submission will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ signature*

Josy W. Ingersoll (# 1088)
John W. Shaw (No 3362)
Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

Dated: June 14, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of David H. LaRocca, Noah M. Leibowitz, Jeremy S. Pitcock and Amy E. Semet, is granted.

Date: _____, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I, David LaRocca Esquire, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of New York and North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: June 7, 2005

David H. LaRocca
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, ___Noah M. Leibowitz___, Esquire, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of___New York and New Jersey[1]___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _[signature]_

Date: __6/1/05__

Noah M. Leibowitz
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

---

[1] In addition to being a member in good standing, an attorney seeking to practice law in New Jersey on a non-*pro hac vice* basis must also complete a "skills and methods course" in New Jersey. N.J. COURT RULE 1:21-1(a). Because I do not practice law in New Jersey, I have not completed the "skills and methods course." Accordingly, although in good standing, I remain administratively ineligible to practice law in New Jersey until I do so. Nevertheless, I remain fully eligible to practice law in New Jersey, like other states, by way of *pro hac vice* admission.

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, ___Jeremy S. Pitcock___, Esquire, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of ___New York___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: __6/2/05__

Jeremy S. Pitcock
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Amy E. Semet, Esquire, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of New York State, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Amy Semet*

Date: *June 1, 2005*

Amy E. Semet
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

WP3:1101484.1

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on June 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on June 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> /s/ Glenn C. Mandalas
> _____
> Josy W. Ingersoll (# 1088)
> Glenn C. Mandalas (No. 4432)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> gmandalas@ycst.com
>
> *Attorneys for Intel Corporation*