IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-301-KAJ |
| | ) | |
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of George M. Newcombe, Christopher K. Ridder, Patrick E. King,

Papool S. Chaudhari, Jeffrey E. Ostrow and Harrison J. Frahn, IV to represent Intel Corporation

in this matter.  In accordance with Standing Order for District Court Fund effective 1/1/05, I

further certify that the annual fee of $25.00 per submission will be submitted to the Clerk's

Office upon the filing of this motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Joey W. Ingersoll (# 1088)
John W. Shaw (No 3362)
Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

Dated: June 17, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of George M. Newcombe, Christopher K. Ridder, Patrick E. King, Papool S. Chaudhari, Jeffrey E. Ostrow and Harrison J. Frahn, IV, is granted.

Date: _____, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, George M. Newcombe, Esquire, certify that I am eligible for admission to this court, am admitted, practicing as a member of the Bar of California and in good standing as a member of the Bar of California, New York, and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: ___6/08/05_____

Simpson Thacher & Bartlett LLP
3300 Hillview Avenue
Palo Alto, CA 94304

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

   Pursuant to Local Rule 83.5, I, Christopher K. Ridder, Esquire, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _6 - 7 - 2005_____

Christopher K. Ridder
Simpson Thacher & Bartlett
3330 Hillview Ave.
Palo Alto, CA 94304

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Patrick E. King, Esquire, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of New York and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: __6/7/05_____

Simpson Thacher & Bartlett LLP
3330 Hillview Ave.
Palo Alto, California   94304

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Papool S. Chaudhari, Esquire, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _____6/7/05_____

Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA 94304

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Jeffrey E. Ostrow, Esquire, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: June 2, 2005 _____

Jeffrey E. Ostrow
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California 94304

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Harrison J. Frahn IV, Esquire, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _____June 1, 2005_____

Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA 94304

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on June 17, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>    Jack B. Blumenfeld, Esquire
>    Morris Nichols Arsht & Tunnell
>    1201 North Market Street
>    PO Box 1347
>    Wilmington, DE  19899-1347

I further certify that on June 17, 2005,  I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>    YOUNG CONAWAY STARGATT
>     & TAYLOR, LLP
>
>    _____
>    Josy W. Ingersoll (# 1088)
>    Glenn C. Mandalas (No. 4432)
>    The Brandywine Building
>    1000 West Street, 17th Floor
>    Wilmington, DE 19801
>    (302) 571-6600
>    gmandalas@ycst.com
>
>    *Attorneys for Intel Corporation*