IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-301-KAJ |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant AmberWave Systems Corporation to move, answer or otherwise respond to the Complaint is extended until July 15, 2005.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

 /s/ John W. Shaw
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Glenn C. Mandalas (#4432)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
 (302) 571-6672
jshaw@ycst.com
  Attorneys for Plaintiff

MORRIS, NICHOLS, ARSHT & TUNNELL

 /s/ Leslie A. Polizoti
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com
  Attorneys for Defendant

SO ORDERED this _____ day of July, 2005

_____
United States District Court Judge