# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

MARYELLEN NOREIKA
302-658-9200
302-658-3989
mnoreika@mnat.com

July 19, 2005

**BY E-FILING**

Dr. Peter T. Dalleo
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re: *Intel Corporation v. AmberWave Systems Corporation*
           C.A. No. 05-301-KAJ

Dear Dr. Dalleo:

      This law firm represents AmberWave Systems Corporation in the above referenced suit pending in the District of Delaware. Pursuant to D. Del. LR 3.1(b), AmberWave hereby notifies the Court that there is a case currently pending in the Eastern District of Texas that involves the same parties as the case at bar. That case is *AmberWave Systems Corporation v. Intel Corporation*, 2-05CV-321 LED. Although both cases involve questions of patent infringement, they involve patents covering distinct inventions, and the patents in the two cases do not claim priority to a common parent application.

                                             Respectfully,

                                             */s/ Maryellen Noreika*

                                             Maryellen Noreika (#3208)

MEN/bav
474916
cc:     Josy W. Ingersoll, Esquire (by e-filing and hand delivery)