IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-301-KAJ |
| ) | |
| AMBERWAVE SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

I hereby certify that copies of AMBERWAVE'S FIRST SET OF INTERROGATORIES and AMBERWAVE'S FIRST SET OF REQUESTS FOR PRODUCTION were caused to be served on August 29, 2005 upon the following in the manner indicated:

**BY HAND**

George M. Newcombe, Esq.
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California  94304

**BY EMAIL AND FEDERAL EXPRESS**

Josy W. Ingersoll,  Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899

**BY EMAIL**

John W. Shaw,  Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899

Patrick E. King, Esq.
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California  94304

Jeffrey E. Osterow, Esq.
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California  94304

I further certify that copies of the foregoing documents were caused to be served on August 30, 2005 upon the following in the manner indicated:

**BY HAND**

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899

                              MORRIS, NICHOLS, ARSHT & TUNNELL

                              /s/ *Leslie A. Polizoti*
                              Jack B. Blumenfeld (#1014)
                              Leslie A. Polizoti (#4299)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              Tel:  (302) 658-9200
                              lpolizoti@mnat.com
                              Attorneys for Defendant and Counterclaim Plaintiff
                              AmberWave Systems Corporation

OF COUNSEL:
Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Tel: (310) 277-1010


August 30, 2005

CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on August 30, 2005 I electronically filed the Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to Josy W. Ingersoll.

I also certify that copies were caused to be served on August 30, 2005 upon the following in the manner indicated:

**BY HAND**

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

George M. Newcombe
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA 94304

/s/ Leslie A. Polizoti
Leslie A. Polizoti
lpolizoti@mnat.com