# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

September 6, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Intel Corporation v. AmberWave Systems Corporation*
C.A. No. 05-301-KAJ

Dear Judge Jordan:

      Since the parties submitted a scheduling order with their proposed dates on September 1, they have continued to talk, and have agreed -- subject to the Court's approval -- upon the dates included in the attached revised order. We look forward to discussing this with Your Honor at 4:00 tomorrow afternoon.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/tmp
Attachment

cc: Peter T. Dalleo, Clerk (By Hand)
     Josy W. Ingersoll, Esquire (By e-mail)
     David I. Gindler, Esquire (By e-mail)
     George M. Newcombe (By e-mail)