# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL
DIRECT DIAL: 302.571.6672
DIRECT FAX: 302.576.3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 14, 2005

**BY CM/ECF**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Intel Corporation v. Amberwave Systems Corporation,
      Civil Action No. 05-301-KAJ

Dear Judge Jordan:

Enclosed on behalf of the parties please find our proposed Scheduling Order in the above matter.

Respectfully submitted,

Josy W. Ingersoll (#1088)

JWI:cg
Enclosure

cc:   Clerk of the Court (by hand delivery)
      Jack B. Blumenfeld, Esquire (by CM/ECF and hand delivery)
      David I. Gindler, Esquire (by e-mail)
      George M. Newcombe, Esquire (by e-mail)

DB01:1851077.1                                                                           062992.1002