IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTEL CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br>AMBERWAVE SYSTEMS CORPORATION,<br><br>            Defendant.<br><br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>            Counterclaimant,<br><br>INTEL CORPORATION,<br>            Counterdefendant. | Civil Action No. 05-301-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused copies of (1) Intel's First Set of Interrogatories, and (2) Intel's First Set of Requests for Production to be served on September 19, 2005 on the following counsel in the manner indicated:

**BY HAND DELIVERY AND BY E-MAIL**

Jack B. Blumenfeld, Esquire
Morris Nichols Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfield@mnat.com

**BY E-MAIL**

David Gindler, Esquire
Jason Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 9006
dgindler@irell.com
jsheasby@irell.com

PLEASE TAKE FURTHER NOTICE that on September 21, 2005, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Additionally, I further certify that on September 21, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

David Gindler, Esquire
Jason Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 9006

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ John W. Shaw
          _____
          Josy W. Ingersoll (No. 1088)
          John W. Shaw (No. 3362)
          Karen E. Keller (No. 4489)
          The Brandywine Building, 17th Floor
          1000 West Street
          Wilmington, Delaware 19801
          (302) 571-6600
          jshaw@ycst.com
          Attorneys for Plaintiffs.

Of Counsel:

BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Steven S. Rubin
Tara N. Stein
900 Third Avenue
New York, New York 1002
(212) 895-2000

Dated: September 21, 2005