IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>    Defendant.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>    Counterclaimant,<br><br>INTEL CORPORATION,<br><br>    Counterdefendant. | Civil Action No. 05-301-KAJ |

## INTEL CORPORATION'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT

Plaintiff and Counterclaimant Intel Corporation hereby moves pursuant to Federal Rule of Civil Procedure 15(d) for leave to supplement the Complaint filed on May 17, 2005 to include a claim for declaratory judgment of non-infringement and invalidity with regard to the recently issued U.S. Patent No. 6,946,371, assigned to Defendant and Counterdefendant AmberWave Systems Corporation. The grounds for this motion are set forth in detail in Intel Corporation's Opening Brief in Support of its Motion for Leave to Supplement Complaint filed herewith.

WHEREFORE, Intel Corporation respectfully requests the Court to enter the attached order granting Plaintiff's motion.

    YOUNG CONWAY STARGATT & TAYLOR LLP

    /s/ Josy W. Ingersoll
    _____
    Josy W. Ingersoll (No. 1088)
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801
    (302) 571-6600
    jingersoll@ycst.com

    *Attorneys for Plaintiff and Counterdefendant Intel Corporation*

Of Counsel:

George M. Newcombe
SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, CA 94304
(650) 251-5000

Dated: September 26, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on September 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I further certify that on September 26, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY FEDEX**

> David Gindler, Esquire
> Jason Sheasby, Esquire
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 9006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Plaintiff Intel Corporation*