IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br>AMBERWAVE SYSTEMS CORPORATION,<br><br>     Defendant.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>     Counterclaimant,<br><br>INTEL CORPORATION,<br>     Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-301-KAJ |

**LOCAL RULE 7.1.1 DISCLOSURE**

I, Karen E. Keller, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Plaintiff has made a reasonable effort to reach agreement with counsel for Defendant AmberWave Systems Corporation on the matters set forth in the foregoing motion for leave to supplement and as of the time of filing this motion have not received a response.

YOUNG CONWAY STARGATT & TAYLOR LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiff and Counterdefendant Intel
Corporation*

Of Counsel:

George M. Newcombe
SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, CA 94304
(650) 251-5000

Dated: September 26, 2005