IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br>AMBERWAVE SYSTEMS CORPORATION,<br><br>            Defendant.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>            Counterclaimant,<br><br>INTEL CORPORATION,<br>            Counterdefendant. | Civil Action No. 05-301-KAJ |

## ORDER GRANTING INTEL CORPORATION'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT

The Court, having considered Plaintiff and Counterclaimant Intel Corporation's ("Intel") Motion for Leave to Supplement Complaint and supporting papers, IT IS HEREBY ORDERED this _____ day of _____, 2005, that:

    1)    Plaintiff Intel's Motion for Leave to Supplement Complaint is GRANTED; and

    2)    Intel's claims as alleged in the Supplemental Complaint relate back to May 17, 2005 the date of filing of the original Complaint.

                                                            _____
                                                                   United States District Judge