# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL
DIRECT DIAL: 302.571.6672
DIRECT FAX: 302.576.3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 27, 2005

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: Intel Corporation v. AmberWave Systems Corporation,
Civil Action No. 05-301-KAJ

Dear Judge Jordan:

I write on behalf of Intel, to respectfully request that oral argument on Intel's Motion to Supplement the complaint to add claims of non-infringement and invalidity with regard to AmberWave's '371 patent be held at the Court's earliest convenience following the completion of briefing on October 17, 2005.

This motion is particularly important to Intel because in its May 17, 2005 complaint, Intel pled the fact that in the Cease and Desist Letter that gave rise to Intel's complaint AmberWave threatened suit as to the patent application that has now issued as AmberWave's '371 patent. Intel expressly reserved its right to supplement its Complaint to assert claims regarding that patent when it issued. Nevertheless, on the day the '371 patent issued, AmberWave went to the District Court in the Eastern District of Texas and left a copy of a new complaint in a drop box at 5:50 a.m., two hours before the court in Texas even opened its doors.*

Additionally, we would request a scheduling conference, also at the Court's earliest convenience, for the purpose of keeping the claims regarding the newly issued patent on track with the schedule already in place in this case.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

---

* (Earlier in this case using a similar tactic, the day that it filed its answer to Intel's complaint in Delaware, AmberWave filed an action in the Texas court alleging that the same products targeted in this action infringe another of its patents. Intel has moved to transfer that case to this District.)

DB01:1861647.1

062992.1002

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Kent A. Jordan
September 27, 2005
Page 2

JWI:cg
cc:   Clerk of the Court (by CM/ECF and hand delivery)
      Jack B. Blumenfeld, Esquire (by e-mail)
      Morgan Chu, Esquire (by e-mail)
      Patrick King, Esquire (by e-mail)