# Exhibit A

## Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

September 27, 2005

BY HAND

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

Re:  Intel v. AmberWave

Dear Josy:

I write regarding Intel's lawsuit filed last Tuesday seeking a declaration of non-infringement on the '371 patent (Delaware II), as well as Intel's motion to supplement its complaint involving the '292 patent (Delaware I) with a claim for a declaratory judgment of non-infringement on the '371 patent.

AmberWave brought suit in the Eastern District of Texas on the '371 patent before Intel filed Delaware II, and before it moved to supplement Delaware I. Intel's attempt to initiate a second-filed mirror-image suit on the '371 patent in Delaware, whether by filing a new action or moving to supplement its preexisting action, is improper.

If Intel believes the '371 patent litigation should occur in Delaware, it should request transfer from the Texas court -- the court first vested with jurisdiction over the '371 patent. That is exactly what Intel has done with AmberWave's suit on the '632 patent.

It makes no sense to delay bringing a motion before the Texas court in order to have a purely procedural fight over the filing of Delaware II or the motion to supplement Delaware I. We ask that Intel agree to dismiss or stay Delaware II and take off calendar its motion to supplement Delaware I. We propose that the parties agree to an expedited briefing schedule for an Intel motion to transfer Texas II to Delaware.

Sincerely,

Jack B Blumenfeld

JBB/bls

485054