IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,            )<br>                               )<br>        Plaintiff,             )<br>                               )<br>    v.                         )   C.A. No. 05-301-KAJ<br>                               )<br>AMBERWAVE SYSTEMS              )<br>CORPORATION,                   )<br>                               )<br>        Defendant.             )| |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to submit a protective order to the Court is extended through and including October 13, 2005.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6672

Attorneys for Plaintiff

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Attorneys for Defendant

SO ORDERED this _____ day of July, 2005

_____
United States District Court Judge