IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-301-KAJ |
| ) | |
| AMBERWAVE SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of AmberWave Systems Corporation's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1) were caused to be served on September 29, 2005 upon the following in the manner indicated:

**BY EMAIL AND U.S. MAIL**

John W. Shaw
Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

George M. Newcombe
Jefferey E. Ostrow
Patrick E. King
Simpson Thacher & Bartlett LLP
300 Hillview Avenue
Palo Alto, CA  94304

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ *Jack B. Blumenfeld (#1014)*
        Jack B. Blumenfeld (#1014)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        Tel:  (302) 658-9200
        lpolizoti@mnat.com
        Attorneys for Defendant
        AmberWave Systems Corporation

OF COUNSEL:
Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

September 30, 2005