# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 4, 2005

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

      Re:    Intel Corporation v. AmberWave Systems Corporation
              Civil Action No. 05-301-KAJ

Dear Judge Jordan:

      I write in brief response to the letter dated September 28, 2005 to Your Honor from Mr. Blumenfeld, counsel for AmberWave, concerning Intel's motion to supplement its complaint in this action.

      Intel does not agree to take its motion to supplement off calendar. This motion is properly before the Court and should be resolved before any other motions to transfer are filed. The claims of the '371 patent are identical to the claims in the '499 application that were specifically threatened, along with the claims in the '292 patent and the '947 application, in AmberWave's cease and desist letter dated May 10, 2005. This action was filed by Intel on May 17, 2005 to resolve all of the disputes between AmberWave and Intel arising out of that cease and desist letter. Indeed, Intel's complaint expressly referenced AmberWave's threats concerning the claims in the '499 application and reserved Intel's right to supplement its complaint to include the patent that would eventually issue from that allowed but not yet issued application. Thus, the claims of the '371 patent are part and parcel of the dispute already before this Court.

      Intel will not respond in this letter to the other statements and characterizations contained in Mr. Blumenfeld's letter. We believe that this exchange of positions should take place in the briefing that will occur on Intel's pending motion.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

DB01:1866573.1

062992.1002

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Kent A. Jordan
October 4, 2005
Page 2

JWI:cg

cc:   Clerk of the Court (by e-filing and hand delivery)
      Jack B. Blumenfeld, Esquire (by e-filing and hand delivery)
      Morgan Chu, Esquire (by e-mail)
      Patrick King, Esquire (by e-mail)