IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-301-KAJ |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that due to ongoing negotiations between the parties, the time for the parties to submit a protective order to the Court is extended through and including October 18, 2005.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
| | |
| /s/ Karen E. Keller | /s/ Jack B. Blumenfeld |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| John W. Shaw (#3362) | Leslie A. Polizoti (#4299) |
| Karen E. Keller (#4489) | 1201 N. Market Street |
| The Brandywine Building | P.O. Box 1347 |
| 1000 West Street, 17th Floor | Wilmington, DE 19899 |
| P.O. Box 391 | (302) 658-9200 |
| Wilmington, DE 19899 | jblumenfeld@mnat.com |
| (302) 571-6672 | |
| kkeller@ycst.com | Attorneys for Defendant |
| | |
| Attorneys for Plaintiff | |

SO ORDERED this _____ day of October, 2005

_____
United States District Court Judge