IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-301-KAJ |
| v. ) | |
| ) | |
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKLE NOTICE that Plaintiff Intel Corporation, hereby withdraws their Motion and Order for Pro Hac Vice Appearance of Attorneys George M. Newcombe, Jeffrey E. Ostrow, Harrison J. Frahn IV, Patrick E. King, Jeremy S. Pitcock, David H. LaRocca, Amy E. Semet, Noah M. Leibowitz, Christopher K. Ridder, and Papool S. Chaudhari, (D.I. 44) filed on Monday, October 24, 2005.

Dated: October 25, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com

Attorneys for Intel Corporation

DB01:1884323.1

062992.1002

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on October 25, 2005, I caused a copy of the foregoing document to be served on the following counsel in the manner indicated below:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

Morgan Chu, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR LLP

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Intel Corporation*