# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL
DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 28, 2005

**BY CM/ECF**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

> Re:  *Intel Corporation v. AmberWave Systems Corporation*
> Civil Action No. 05-301-KAJ
> *Intel Corporation v. AmberWave Systems Corporation*
> Civil Action No. 05-682-KAJ

Dear Judge Jordan:

    We are in receipt of Your Honor's letter dated October 26, 2005 regarding the setting of a Rule 16 conference in *Intel v. Amberwave*, CA No. 05-682 ("the 05-682 case") and we will be contacting chambers shortly to set a date for the teleconference.

    However, on behalf of Intel, we wanted to alert the Court that the 05-682 case is directly related to *Intel v. Amberwave*, CA 05-301, an earlier case pending between the same parties. In the earlier case we have moved to supplement the complaint, and if that motion is granted we will be dismissing the 05-682 case, as explained in the briefing on the motion to supplement. We have requested oral argument on the motion to supplement [DI 30].

    Because the two cases are so interrelated, and because the scheduling conference in CA 05-682 will be unnecessary if our motion to supplement is allowed, Intel was hoping that we could appear for argument on the motion to supplement, either before or at the same time as would be set for any scheduling conference, and I write to ask if the Court would be amenable to proceeding in that manner.

    We thank Your Honor for considering this request.

Respectfully submitted,

Josy W. Ingersoll  No. 1088

# Young Conaway Stargatt & Taylor, LLP

The Honorable Kent A. Jordan
October 28, 2005
Page 2

JWI:cg

cc: Clerk of the Court (by e-filing and hand delivery)
    Jack B. Blumenfeld, Esquire (by e-filing and hand delivery)
    Morgan Chu, Esquire (by e-mail)
    Patrick King, Esquire (by e-mail)

DB01:1888558.1

062992.1002