IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMBERWAVE SYSTEMS CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 05-301-KAJ |

### ORDER

Oral argument on plaintiff's motion to supplement the complaint (D.I. 30) in the above-captioned action will be heard on **November 15, 2005** beginning at 10:30 a.m. and concluding at 11:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                                   UNITED STATES DISTRICT JUDGE

Dated:   October 31, 2005
Wilmington, Delaware