# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

November 1, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

    Re:   *Intel Corporation v. AmberWave Systems Corporation*
             C.A. No. 05-301-KAJ
           *Intel Corporation v. AmberWave Systems Corporation*
             C.A. No. 05-682-KAJ

Dear Judge Jordan:

       Attached is an Order dated today from the Eastern District of Texas granting Intel's motion to transfer *AmberWave Systems Corp. v. Intel Corp.*, 2:05-CV-321-LED, to the District of Delaware.

                                    Respectfully,

                                    /s/ Jack B. Blumenfeld

                                    Jack B. Blumenfeld (#1014)

JBB/tmp
Attachment

  cc:    Peter T. Dalleo, Clerk (By Hand)
          Josy W. Ingersoll, Esquire (By Hand)
          David I. Gindler, Esquire (By Fax)
          George M. Newcombe, Esquire (By Fax)