# Exhibit B

   6. Prosecution Bar:

   (a) Notwithstanding any other provision of this Protective Order, ~~and unless otherwise ordered by the Court,~~ Confidential Information -- Attorneys' Eyes Only Technical Material shall be disclosed to a person designated in paragraph 4(a)-(c) and 4(g)-(j) only if that person agrees not to be substantively involved in the prosecution of ~~patents or~~ patent applications <ins>or patents</ins> related to semiconductor fabrication or design until one year after the entry of a final non-appealable or non-appealed judgment or the complete settlement of all claims against all parties in this matter. ~~For~~<ins>, with the following exceptions: (i) Counsel of Record for a party can participate in the prosecution of a reexamination proceeding (or foreign equivalent) if (x) the patent is part of a litigation between Intel and AmberWave; (y) the Counsel of Record does not participate in the drafting of any claims or portions of the specification; (z) the reexamination was not instituted by the party the Counsel of Record represents, or by a third party acting at the request of the party or an agent of the party.  (ii) Independent Advisors who work for a not-for-profit educational or research institution can participate in the prosecution of patents and patent applications.  (iii) As otherwise approved by this Court or by the Producing Party.  For the</ins> purposes of this paragraph:

   A. "Substantively involved in the prosecution of patents or patent applications" means participation in the drafting of any language that appears in any specification or any claim in a patent application, or preparation of replies to Office Actions, submitted to the United States Patent and Trademark Office or any foreign agency responsible for issuing patents.

      B.    "Patents or patent applications related to semiconductor fabrication and design" does not include patent applications or patents relating to apparatuses and tools used in the process of semiconductor fabrication or design.

      (b)    Within one month of the entry of this Order, any law firm involved in this litigation shall set up a formal ethical wall prohibiting those of their members or employees who review Confidential Information -- Attorneys' Eyes Only Technical Material designated under this Protective Order from discussing such information with any person who is substantively involved in the prosecution of patents or patent applications related to semiconductor fabrication or design until one year after the entry of a final non-appealable or non-appealed judgment or the complete settlement of all claims against all parties in this matter.