IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>             Plaintiff,<br><br>    v.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>             Defendant. | Case No. 05-301-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of Intel Corporation's Disclosures Pursuant to Standard No. 2 of Default Standard for Discovery of Electronic Documents were caused to be served on November 11, 2005 on the following counsel of record in the manner indicated below:

**BY FEDERAL EXPRESS**

    Jack B. Blumenfeld, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

    David I. Gindler, Esquire
    Christopher A. Vanderlaan, Esquire
    Jason G. Sheasby, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 15, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

David I. Gindler, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com

Attorneys for Intel Corporation

OF COUNSEL

George M. Newcombe
Simpson thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California
(650) 251-5000

Dated: November 15, 2005

DB01:1906684.1                                                                         062992.1002