IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-301-KAJ |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of AmberWave's Electronic Discovery Disclosures were caused to be served on November 11, 2005 upon the following in the manner indicated:

**BY EMAIL AND FEDERAL EXPRESS**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

Jefferey E. Osterow
Patrick E. King
Simpson Thacher & Bartlett LLP
300 Hillview Avenue
Palo Alto, CA  94304

David LaRocca
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

**BY FEDERAL EXPRESS**

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ *Jack B. Blumenfeld (#1014)*
        Jack B. Blumenfeld (#1014)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jblumenfeld@mnat.com
        Attorneys for Defendant
        AmberWave Systems Corporation

OF COUNSEL:
Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

November 15, 2005