IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-301-KAJ |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of AmberWave Systems Corporation's Responses to Intel's First Set of Interrogatories, AmberWave Systems Corporation's Responses to Intel's Second Set of Interrogatories and AmberWave Systems Corporation's Responses to Intel's First Set of Requests for Production were caused to be served on November 21, 2005 upon the following in the manner indicated:

**BY EMAIL AND U.S. MAIL**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

Patrick E. King
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

Jeffferey E. Ostrow
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

George M. Newcombe
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

                        MORRIS, NICHOLS, ARSHT & TUNNELL

                        /s/ *Jack B. Blumenfeld (#1014)*
                        Jack B. Blumenfeld (#1014)
                        Leslie A. Polizoti (#4299)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                        jblumenfeld@mnat.com
                        Attorneys for Defendant
                        AmberWave Systems Corporation

OF COUNSEL:
Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

November 22, 2005