IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

INTEL CORPORATION,

                Plaintiff,

      v.                              Case No. 05-301-KAJ

AMBERWAVE SYSTEMS CORPORATION,

                Defendant.

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the attached subpoena has been served on Brian Gaff

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        *Karen E. Keller*

                        Josy W. Ingersoll (No. 1088)
                        John W. Shaw (No. 3362)
                        Karen E. Keller (No. 4489)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        P.O. Box 391
                        Wilmington, DE 19899-0391
                        (302) 571-6672
                        kkeller@ycst.com

                        Attorneys for Intel Corporation

OF COUNSEL

George M. Newcombe
Simpson thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California
(650) 251-5000

Dated: November 30, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on November 30, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I further certify that on November 30, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

> David Gindler, Esquire
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Plaintiff Intel Corporation*