# EXHIBIT A

US006831292B2

(12) **United States Patent**
    Currie et al.

(10) Patent No.: US 6,831,292 B2
(45) Date of Patent: Dec. 14, 2004

(54) SEMICONDUCTOR STRUCTURES
    EMPLOYING STRAINED MATERIAL
    LAYERS WITH DEFINED IMPURITY
    GRADIENTS AND METHODS FOR
    FABRICATING SAME

(75) Inventors: Matthew Currie, Windham, NH (US);
    Anthony Lochtefeld, Somerville, MA
    (US); Richard Hammond, Cambridge,
    MA (US); Eugene Fitzgerald,
    Windham, NH (US)

(73) Assignee: AmberWave Systems Corporation,
    Salem, NH (US)

(*) Notice: Subject to any disclaimer, the term of this
    patent is extended or adjusted under 35
    U.S.C. 154(b) by 124 days.

(21) Appl. No.: 10/251,424

(22) Filed: Sep. 20, 2002

(65)    Prior Publication Data

    US 2003/0057416 A1 Mar. 27, 2003

    Related U.S. Application Data
(60) Provisional application No. 60/324,325, filed on Sep. 21,
    2001.

(51) Int. Cl.[7] ............................................. H01L 29/06
(52) U.S. Cl. .......................................... 257/19; 257/18
(58) Field of Search ...................... 257/18, 19, E29.193

(56)    References Cited

    U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,283,456 A | 2/1994 | Hsieh et al. | 257/347 |
| 5,340,759 A | 8/1994 | Hsieh et al. | 437/41 |
| 5,461,250 A | 10/1995 | Burghartz et al. | 257/347 |
| 5,516,721 A | 5/1996 | Galli et al. | 437/67 |
| 5,847,419 A | 12/1998 | Imai et al. | 257/192 |
| 5,891,769 A | 4/1999 | Liaw et al. | 438/167 |
| 6,051,482 A | 4/2000 | Yang | 438/526 |
| 6,059,895 A | * 5/2000 | Chu et al. | 148/33.1 |
| 6,096,590 A | 8/2000 | Chan et al. | 438/233 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 100 11 054 A1 | 9/2000 |
| EP | 0 587 520 A1 | 3/1994 |
| EP | 0 889 502 A2 | 1/1999 |
| EP | 0 810 124 A2 | 4/1999 |
| EP | 0 910 124 A2 | 4/1999 |

OTHER PUBLICATIONS

IDS Reference C14, Ohguro et al., "Undoped Epitaxial Si
Channel n–MOSFET Grown by UHV–CVD with Preheat-
ing", IEEE Trans. on Electron Devices 45, No. 3, Mar.
1998.*
Monroe, D. et al..; "Comparison of mobility–limiting
mechanisms in high–mobility $Si_{1-x}Ge_x$ heterostructures," J.
Vac. Sci. Technol. B 11(4), Jul./Aug. 1993, pp. 1731–1737.
Currie, M.T.; "SiGe Virtual Substrate Engineering for Inte-
gration of III–V Materials, Microelectromechanical Sys-
tems, and Strained Silicon MOSFET's with Silicon," Dept.
of Materials Science and Engineering in Partial Fulfillment
of the Requirements for the Degree of Doctor of Philosophy
in Electronic Materials at the Massachusetts Institute of
Technology, Feb. 2001, pp. 158–162, 170–18243.

(List continued on next page.)

Primary Examiner—Minhloan Tran
Assistant Examiner—Scott R. Wilson
(74) Attorney, Agent, or Firm—Testa, Hurwitz & Thibeault,
LLP

(57)    ABSTRACT

Semiconductor structures and devices including strained
material layers having impurity–free zones, and methods for
fabricating same. Certain regions of the strained material
layers are kept free of impurities that can interdiffuse from
adjacent portions of the semiconductor. When impurities are
present in certain regions of the strained material layers,
there is degradation in device performance. By employing
semiconductor structures and devices (e.g., field effect tran-
sistors or "FETs") that have the features described, or are
fabricated in accordance with the steps described, device
operation is enhanced.

62 Claims, 4 Drawing Sheets



(Expanded View)

US 6,831,292 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,111,267 A | 8/2000 | Fischer et al. | | 257/19 |
| 6,180,978 B1 | 1/2001 | Chatterjee et al. | | 257/327 |
| 6,350,993 B1 | 2/2002 | Chu et al. | | 257/19 |
| 6,368,925 B2 | 4/2002 | Weon et al. | | 438/289 |
| 6,368,946 B1 | 4/2002 | Dekker et al. | | 438/488 |
| 6,380,013 B2 | 4/2002 | Lee | | 438/184 |
| 6,429,061 B1 | 8/2002 | Rim | | 438/198 |
| 6,455,377 B1 | 9/2002 | Zheng et al. | | 438/268 |
| 6,482,714 B1 | 11/2002 | Hieda et al. | | 438/416 |
| 6,483,156 B1 | 11/2002 | Adkisson et al. | | 257/401 |
| 2002/0038898 A1 | 4/2002 | Sugiyama et al. | | 257/378 |
| 2002/0109135 A1 | 8/2002 | Murota et al. | | 257/20 |
| 2002/0113294 A1 | 8/2002 | Rhee et al. | | 257/616 |
| 2002/0158311 A1 | 10/2002 | Ohnishi et al. | | 257/591 |

## OTHER PUBLICATIONS

Fitzgerald, E.A. et al.; "Relaxed $Ge_xSi_{1-x}$ structures for III–V integration with Si and high mobility two–dimensional electron gases in Si," Journal of Vacuum Science and Technology: Part B, American Institute of Physics; vol. 10, No. 4, Jul. 1, 1992, pp. 1807–1819.

Samavedam, S.B. et al.; "Novel dislocation structure and surface morphology effects in relaxed Ge/Si–Ge(graded)/Si structures," Journal of Applied Physics, American Institute of Physics; vol. 81, No. 7, Apr. 1, 1997, pp. 3108–3116.

Abiko et al., "A Channel Engineering Combined with Channel Epitaxy Optimization and TED Suppression for 0.15 $\mu$m n–n Gate CMOS Technology", 1995 Symposium on VLSI Technology Digest of Technical Papers, Apr. 1995, pp. 23–24.

Butler and Beaty, "MOS Fabrication Process Integrating Self–Aligned Polysilicon Gate and Post–Processed Metal Gate Devices on a Single Die", IEEE, Sep. 1991, pp. 199–203.

Chang et al., "SALVO Process for Sub–50 nm Low–$V_T$ Replacement Gate CMOS with KrF Lithography", IEDM, Apr. 2000, pp. 53–56.

Chatterjee et al., "CMOS Metal Replacement Gate Transistors using Tantalum Pentoxide Gate Insulator", IEDM, Sep. 1998, pp. 777–780.

Chatterjee et al., "Sub–100nm Gate Length Metal Gate NMOS Transistors Fabricated by a Replacement Gate Process", IEDM, Jul. 1997, pp. 821–824.

Hergenrother et al., "50nm Vertical Replacement–Gate (VRG) nMOSFETs with ALD $HfO_2$ and $Al_2O_3$ Gate Dielectrics", IEDM, Mar. 2001, pp. 51–54.

Hergenrother et al., "The Vertical Replacement–Gate (VRG) MOSFET: A 50nm Vertical MOSFET with Lithography–Independent Gate Length", IEDM, Sep. 1999, pp. 75–78.

Lee et al., "Characteristics of TaN Gate MOSFET with Ultrathin Hafnium Oxide (8Å–12Å)", IEDM, Apr. 2000, pp. 39–42.

Leong et al., "A Self–Aligned Epitaxially Grown Channel MOSFET Device Architecture for Strained Si/SiGe Systems", Thin Solid Films, vol. 369, 2000, pp. 375–378.

Manchanda et al., "Si–Doped Aluminates for High Temperature Metal–Gate CMOS: Zr–A1–Si–O, A Novel Gate Dielectric for Low Power Applications", IEDM, Apr. 2000, p. 23–26.

Noda et al., "A 0.1–$\mu$m Delta–Doped MOSFET Fabricated with Post–Low–Energy Implanting Selective Epitaxy", IEEE Transactions on Electron Devices, vol. 45, No. 4, Apr. 1998, pp. 809–814.

Oh et al., "50 nm Vertical Replacement–Gate (VRG) pMOS-FETs", IEDM, Apr. 2000, pp. 65–68.

Ohguro et al., "An 0.18–$\mu$m CMOS for Mixed Digital and Analog Applications with Zero–Volt–$V_{th}$ Epitaxial–Channel MOSFET's", IEEE Transactions on Electron Devices, vol. 46, No. 7, Jul. 1999, pp. 1378–1383.

Ohguro et al., "Undoped Epitaxial Si Channel n–MOSFET Grown by UHV–CVD with Preheating", IEEE Transactions on Electron Devices, vol. 45, No. 3, Mar. 1998, pp. 710–716.

Ohguro et al., "0.15–$\mu$m Buried–Channel p–MOSFET's with Ultrathin Boron–Doped Epitaxial Si Layer", IEEE Transactions on Electron Devices, vol. 45, No. 3, Mar. 1998, pp. 717–721.

Vuong et al., "Design of 25–nm Salvo PMOS Devices", IEEE Electron Devices Letters, vol. 21, No. 5, May 2000, pp. 248–250.

Wong et al., "Fabrication of Ultrathin, Highly Uniform Thin–Film SOI Mosfet's with Low Series Resistance Using Pattern–Constrained Epitaxy", IEEE Transactions on Electron Devices, vol. 44, No. 7, Jul. 1997, pp. 1131–1135.

Yeo et al., "Nanoscale Ultra–Thin–Body–Silicon–on–Insulator P–MOSFET with a SiGe/Si Heterostructure Channel", IEEE Electron Device Letters, vol. 21, No. 4, Apr. 2000, pp. 161–163.

Yeo et al., "Enhanced Performance in Sub–100 nm CMOS-FETs using Strained Epitaxial Silicon–Germanium", IEDM, 2000, pp. 753–756.

Yeo et al., "Design and Fabrication of 50–nm Thin–Body p–MOSFETs with a SiGe Heterostructure Channel", IEEE Transactions on Electron Devices, vol. 49, No. 2, Feb. 2002, pp. 279–286.

* cited by examiner

U.S. Patent    Dec. 14, 2004    Sheet 1 of 4    US 6,831,292 B2



Fig. 1



Fig. 2



Fig. 3



Fig. 4

US 6,831,292 B2

1

SEMICONDUCTOR STRUCTURES
EMPLOYING STRAINED MATERIAL
LAYERS WITH DEFINED IMPURITY
GRADIENTS AND METHODS FOR
FABRICATING SAME

CROSS-REFERENCE TO RELATED
APPLICATION

This application claims priority to and the benefit of, and
incorporates herein by reference, in its entirety, provisional
U.S. patent application Ser. No. 60/324,325, filed Sep. 21,
2001.

FIELD OF THE INVENTION

The present invention relates generally to semiconductor
structures and devices and, more specifically, to semicon-
ductor structures and field effect transistors (hereinafter,
"FETs") incorporating strained material layers and con-
trolled impurity diffusion gradients.

BACKGROUND OF THE INVENTION

"Virtual substrates" based on silicon (Si) and germanium
(Ge) provide a platform for new generations of VLSI
devices that exhibit enhanced performance when compared
to devices fabricated on bulk Si substrates. The important
component of a SiGe virtual substrate is a layer of SiGe that
has been relaxed to its equilibrium lattice constant (i.e., one
that is larger than that of Si). This relaxed SiGe layer can be
directly applied to a Si substrate (e.g., by wafer bonding or
direct epitaxy) or atop a relaxed graded SiGe layer, in which
the lattice constant of the SiGe material has been increased
gradually over the thickness of the layer. The SiGe virtual
substrate can also incorporate buried insulating layers, in the
manner of a silicon-on-insulator ("SOI") wafer. To fabricate
high-performance devices on these platforms, thin strained
layers of Si, Ge, or SiGe are grown on the relaxed SiGe
virtual substrates. The resulting biaxial tensile or compres-
sive strain alters the carrier mobilities in the layers, enabling
the fabrication of high-speed devices, or low-power devices,
or both.

A technique for fabricating strained Si wafers includes the
following steps:

1. Providing a silicon substrate that has been edge pol-
ished;

2. Epitaxially depositing a relaxed graded SiGe buffer
layer to a final Ge composition on the silicon substrate;

3. Epitaxially depositing a relaxed SiGe cap layer having
a uniform composition on the graded SiGe buffer layer;

4. Planarizing the SiGe cap layer by, e.g., chemical
mechanical polishing ("CMP");

5. Epitaxially depositing a relaxed SiGe regrowth layer
having a uniform composition on the planarized surface
of the SiGe cap layer; and

6. Epitaxially depositing a strained silicon layer on the
SiGe regrowth layer.

The deposition of the relaxed graded SiGe buffer layer
enables engineering of the lattice constant of the SiGe cap
layer (and therefore the amount of strain in the strained
silicon layer), while reducing the introduction of disloca-
tions. The lattice constant of SiGe is larger than that of Si,
and is a direct function of the amount of Ge in the SiGe alloy.
Because the SiGe graded buffer layer is epitaxially
deposited, it will initially be strained to match the in-plane
lattice constant of the underlying silicon substrate. However,

2

above a certain critical thickness, the SiGe graded buffer
layer will relax to its inherently larger lattice constant.

The process of relaxation occurs through the formation of
misfit dislocations at the interface between two lattice-
mismatched layers, e.g., a Si substrate and a SiGe epitaxial
layer (epilayer). Because dislocations cannot terminate
inside a crystal, misfit dislocations have vertical dislocation
segments at each end, i.e., threading dislocations, that may
rise through the crystal to reach a top surface of the wafer.
Both misfit and threading dislocations have stress fields
associated with them. As explained by Eugene Fitzgerald et
al., Journal of Vacuum Science and Technology B, Vol. 10,
No. 4, 1992, incorporated herein by reference, the stress
field associated with the network of misfit dislocations
affects the localized epitaxial growth rate at the surface of
the crystal. This variation in growth rates may result in a
surface cross-hatch on lattice-mismatched, relaxed SiGe
buffer layers grown on Si.

The stress field associated with misfit dislocations may
also cause dislocation pile-ups under certain conditions.
Dislocation pile-ups are a linear agglomeration of threading
dislocations. Because pile-ups represent a high localized
density of threading dislocations, they may render devices
formed in that region unusable. Inhibiting the formation of
dislocation pile-ups is, therefore, desirable.

Dislocation pile-ups are formed as follows. (See, e.g.,
Srikanth Samavedam et al., Journal of Applied Physics, Vol.
81, No. 7, 1997, incorporated herein by reference.) A high
density of misfit dislocations in a particular region of a
crystal will result in that region having a high localized
stress field. This stress field may have two effects. First, the
stress field may present a barrier to the motion of other
threading dislocations attempting to glide past the misfits.
This pinning or trapping of threading dislocations due to the
high stress field of other misfit dislocations is known as work
hardening. Second, the high stress field may strongly reduce
the local epitaxial growth rate in that region, resulting in a
deeper trough in the surface morphology in comparison to
the rest of the surface cross-hatch. This deep trough may also
pin threading dislocations attempting to glide past the region
of high misfit dislocations. This cycle may perpetuate itself
and result in a linear region with a high density of trapped
threading dislocations, i.e., dislocation pile-up.

The term "MOS" (meaning "metal-oxide-
semiconductor") is here used generally to refer to semicon-
ductor devices, such as FETs, that include a conductive gate
spaced at least by an insulating layer from a semiconducting
channel layer. The terms "SiGe" and "Si₁₋ₓGeₓ" are here
used interchangeably to refer to silicon-germanium alloys.
The term "silicide" is here used to refer to a reaction product
of a metal, silicon, and optionally other components, such as
germanium. The term "silicide" is also used, less formally,
to refer to the reaction product of a metal with an elemental
semiconductor, a compound semiconductor or an alloy
semiconductor.

One challenge to the manufacturability of MOS devices
with strained layers is that one or more high temperature
processing steps are typically employed after the addition of
the strained material. This can cause intermixing of the
strained layer and underlying material. This intermixing is
generally referred to as interdiffusion, and it can be
described by well-known diffusion theory (e.g., Fick's
laws). One example of interdiffusion is found in a FET
where a strained layer is used as the channel. In this
example, one or more impurities (e.g., dopants) are
implanted after addition of the strained layer. If implantation
is followed by a moderately high temperature step (e.g., a

US 6,831,292 B2

3

drive-in or anneal step), there can be rampant interdiffusion of the channel by the implant impurity due to the presence of implant damage and excess point defects in the strained layer. A result is that the impurity is present in the strained layer. Stated differently, the impurity profile (i.e., a gradient describing the impurity concentration as a function of location in the overall semiconductor or device) has a non-zero value in the strained layer. Presence of one or more impurities in the strained layer can, at certain concentrations, degrade overall device performance.

From the foregoing, it is apparent that there is still a need for a way to produce semiconductor structures and devices that include one or more strained layers that are not subject to the incursion of one or more impurity species during structure or device fabrication.

## SUMMARY OF THE INVENTION

The present invention provides semiconductor structures and devices (e.g., FETs) that include one or more strained material layers that not only improve operational performance, but also are relatively free of interdiffused impurities. Consequently, the resulting semiconductor structures and devices do not exhibit the degraded performance that results from the presence of such impurities in the strained layers.

The invention features a semiconductor structure where at least one strained layer is disposed on a semiconductor substrate, forming an interface between the two. This structure is characterized by an impurity gradient that describes the concentration of one or more impurities (i.e., dopants) as a function of location in the structure. At the furthest part of the strained layer (i.e., a "distal zone" of the layer away from the interface), this impurity gradient has a value that is substantially equal to zero.

In one version of this embodiment, the invention provides a method for fabricating a semiconductor structure in a substrate. The method includes the step of disposing at least one strained layer on the substrate, forming an interface between the two. Performing at least one subsequent processing step on the substrate, after which the impurity gradient has a value substantially equal to zero in the distal zone, follows this. The subsequent processing step is generally performed within a predetermined temperature range, which affects the value of the impurity gradient, particularly in the distal zone.

In certain embodiments, the semiconductor substrate can include Si, SiGe, or any combination of these materials. It can also be multi-layered. In this latter case, the layers can include relaxed SiGe disposed on compositionally graded SiGe. The layers can also include relaxed SiGe disposed on Si. One or more buried insulating layers may be included as well.

In other embodiments, the strained layer can include Si, Ge, SiGe, or any combination of these materials. At least about fifty Angstroms of the furthest part of the strained layer defines a distal zone where the impurity gradient has a value that is substantially equal to zero.

Various features of the invention are well suited to applications utilizing MOS transistors (e.g., FETs) that include, for example, one or more of Si, $Si_{1-x}Ge_x$ or Ge layers in or on a substrate.

In another embodiment, the invention includes a FET fabricated in a semiconductor substrate. The FET has a channel region that includes at least one strained channel layer. The strained channel layer has a distal zone away from the substrate. The impurity gradient that characterizes the

4

substrate and the channel region has a value substantially equal to zero in the distal zone.

In one version of this embodiment, the invention provides a method for fabricating a FET in a semiconductor substrate. The method includes the step of disposing at least one strained channel layer in at least the channel region of the FET. (The strained channel layer has a distal zone away from the substrate.) Performing at least one subsequent processing step on the substrate, after which the impurity gradient has a value substantially equal to zero in the distal zone, follows this. The subsequent processing step is generally performed within a predetermined temperature range, which affects the value of the impurity gradient, particularly in the distal zone.

Other aspects and advantages of the present invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings, illustrating the principles of the invention by way of example only.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, features, and advantages of the present invention, as well as the invention itself, will be more fully understood from the following description of various embodiments, when read together with the accompanying drawings, in which:

FIG. 1 is a schematic (unscaled) cross-sectional view that depicts a semiconductor structure in accordance with an embodiment of the invention;

FIG. 2 is a schematic (unscaled) cross-sectional view that depicts a FET in accordance with an embodiment of the invention;

FIG. 3 is a flowchart depicting the steps of fabricating a FET in accordance with an embodiment of the invention; and

FIG. 4 is a flowchart depicting the steps of fabricating a FET in accordance with another embodiment of the invention.

## DETAILED DESCRIPTION

As shown in the drawings for the purposes of illustration, the invention may be embodied in a semiconductor structure or device, such as, for example, a FET, with specific structural features. A semiconductor structure or FET according to the invention includes one or more strained material layers that are relatively free of interdiffused impurities. These strained material layers are characterized by at least one diffusion impurity gradient that has a value that is substantially equal to zero in a particular area of the strained layer. Consequently, the semiconductor structure or FET does not exhibit the degraded performance that results from the presence of such impurities in certain parts of the strained layers.

In brief overview, FIG. 1 depicts a schematic (unscaled) cross-sectional view of a semiconductor structure 100 in accordance with an embodiment of the invention. The semiconductor structure 100 includes a substrate 102. The substrate 102 may be Si, SiGe, or other compounds such as, for example, GaAs or InP. The substrate 102 may also include multiple layers 122, 124, 126, 128, typically of different materials. (Although FIG. 1 depicts four layers 122, 124, 126, 128, this is for illustration only. A single, two, or more layers are all within the scope of the invention.)

In one embodiment, the multiple layers 122, 124, 126, 128 include relaxed SiGe disposed on compositionally

US 6,831,292 B2

5                                                                              6

graded SiGe. In another embodiment, the multiple layers 122, 124, 126, 128 include relaxed SiGe disposed on Si. One or more of the multiple layers 122, 124, 126, 128 may also include a buried insulating layer, such as $SiO_2$ or $Si_3N_4$. The buried insulating layer may also be doped.

In another embodiment, a relaxed, compositionally graded SiGe layer 124 is disposed on a Si layer 122 (typically part of an Si wafer that may be edge polished), using any conventional deposition method (e.g., chemical vapor deposition ("CVD") or molecular beam epitaxy ("MBE")), and the method may be plasma-assisted. A further relaxed SiGe layer 126, but having a uniform composition, is disposed on the relaxed, compositionally graded SiGe layer 124. The relaxed, uniform SiGe layer 126 is then planarized, typically by CMP. A relaxed SiGe regrowth layer 128 is then disposed on the relaxed, uniform SiGe layer 126.

One or more strained layers 104 are disposed on the substrate 102. Between the substrate 102 and the strained layer 104 is an interface 106. Located away from the interface 106 is the distal zone 108 of the strained layer 104.

In various embodiments, the strained layer 104 includes one or more layers of Si, Ge, or SiGe. The "strain" in the strained layer 104 may be compressive or tensile, and it may be induced by lattice mismatch with respect to an adjacent layer, as described above, or mechanically. For example, strain may be induced by the deposition of overlayers, such as $Si_3N_4$. Another way is to create underlying voids by, for example, implantation of one or more gases followed by annealing. Both of these approaches induce strain in the underlying substrate 102, in turn causing strain in the strained layer 104.

The substrate 102, strained layer 104, and interface 106 are characterized, at least in part, by an impurity gradient 110A, 110B (collectively, 110). The impurity gradient 110 describes the concentration of the impurity species as a function of location across the substrate 102, strained layer 104, and interface 106. The impurity gradient 110 may be determined by solving Fick's differential equations, which describe the transport of matter:

$$J = -D\frac{\partial N}{\partial x} \qquad\qquad \text{(Equation 1)}$$

$$\frac{\partial N}{\partial t} = D\frac{\partial^2 N}{\partial x^2} \qquad\qquad \text{(Equation 2)}$$

In equations (1) and (2), "J" is the impurity flux, "D" is the diffusion coefficient, and "N" is the impurity concentration. Equation (1) describes the rate of the permeation of the diffusing species through unit cross sectional area of the medium under conditions of steady state flow. Equation (2) specifies the rate of accumulation of the diffusing species at different points in the medium as a function of time, and applies to transient processes. In the general case, equations (1) and (2) are vector-tensor relationships that describe these phenomena in three dimensions. In some cases, equations (1) and (2) may be simplified to one dimension.

The steady state solution to equation (1), which is not detailed herein, is a function of the Gaussian error function:

$$\text{erf}(y) = \frac{2}{\sqrt{\pi}}\int_0^y e^{-z^2}\,dz \qquad\qquad \text{(Equation 3)}$$

An example solution is shown in FIG. 1 as the impurity gradient 110. Axis 112 represents the impurity concentration, typically in units of $cm^{-3}$. Axis 114 corresponds to the location in the semiconductor structure 100. Axis 114 is aligned with the semiconductor structure 100 to illustrate a typical impurity profile, meaning that the impurity concentration at any point in the semiconductor structure 100 can be ascertained as a function of location. Except as described below, the depicted shape of the impurity gradient 110 is not intended to be limiting. For example, impurity gradient 110A may describe a profile of a p-type (e.g., boron) or n-type (e.g., phosphorous or arsenic) dopant introduced in the substrate 102. On the other hand, impurity gradient 110B may, for example, describe a substantially constant concentration of Ge, or Si, or both, in the substrate 102 that takes on a desired value (e.g., a reduced value) in the strained layer 104. Stated differently, the impurity gradient 110 may describe the concentration of any species in the substrate 102, including the substrate species itself, at any point in the semiconductor structure 100.

Boundary 116 represents the interface between the substrate 102 and the strained layer 104. Boundary 118 depicts the start of the distal zone 108 of the strained layer 104. Boundary 120 corresponds to the edge of the strained layer 104. Of note are the locations where the boundaries 116, 118, 120 intersect the axis 114 and the impurity gradient 110. In particular, the impurity gradient 110 has a value substantially equal to zero in the distal zone 108. This is depicted by the impurity gradient 110 approaching the axis 114 at boundary 118, and remaining there, at or near zero, or at another value substantially equal to zero, between boundary 118 and 120. Of course, the impurity gradient 110 can also have a value substantially equal to zero before reaching the boundary 118. In any case, one embodiment of the invention features a distal zone 108 that includes at least about fifty Angstroms of the furthest part of the strained layer 104. That is, the distal zone 108 is at least about fifty Angstroms thick.

In another embodiment depicted schematically (i.e., unsealed) in FIG. 2, a FET 200 is fabricated in a similar semiconductor structure. The FET 200 includes a semiconductor substrate 202, which may be Si, SiGe, or other compounds such as, for example, GaAs or InP. The substrate 202 can be multi-layered, and it can include relaxed SiGe disposed on compositionally graded SiGe, or relaxed SiGe disposed on Si. The substrate 202 may also include a buried insulating layer, such as $SiO_2$ or $Si_3N_4$. The buried insulating layer may also be doped.

Disposed on the substrate 202 is an isolation well 204, typically including an oxide. Within the isolation well 204 are isolation trenches 206. A source region 208 and a drain region 212 are typically formed by ion implantation. A FET channel 210 is formed from one or more strained layers. The strained layers can include one or more layers of Si, Ge, or SiGe. The "strain" in the strained layers may be compressive or tensile, and it may be induced as described above. The furthest part of the channel 210 is located away from the substrate 202. This furthest part forms the distal zone of the channel 210.

Disposed on at least part of the channel 210 is a gate dielectric 214, such as, for example, $SiO_2$, $Si_3N_4$, or any other material with a dielectric constant greater than that of $SiO_2$ (e.g., $HfO_2$, HfSiON). The gate dielectric 214 is

US 6,831,292 B2

7

typically twelve to one hundred Angstroms thick, and it can include a stacked structure (e.g., thin $SiO_2$ capped with another material having a high dielectric constant).

Disposed on the gate dielectric 214 is the gate electrode 216. The gate electrode 216 material can include doped or undoped polysilicon, doped or undoped poly-SiGe, or metal. Disposed about the gate electrode 216 are the transistor spacers 218. The transistor spacers 218 are typically formed by depositing a dielectric material, which may be the same material as the gate dielectric 214, followed by anisotropic etching.

The impurity gradient 110 also characterizes the channel 210 and the substrate 202, as well as the isolation well 204. This is shown in FIG. 2 in an expanded view that, for clarity, differs in scale compared to the remainder of (unscaled) FIG. 2. The distal zone of the channel 210 corresponds to that portion of the impurity gradient 110 between boundaries 118, 120 (expanded for clarity). Within the distal zone of the channel 210, the impurity gradient 110 has a value substantially equal to zero. As discussed above, the depicted shape of the impurity gradient 110 is not intended to be limiting, and the impurity gradient 110 can also have a value substantially equal to zero before reaching the boundary 118. One embodiment of the invention features a distal zone 108 that includes at least about fifty Angstroms of the furthest part of the channel 210. That is, the distal zone is at least about fifty Angstroms thick.

One version of an embodiment of the invention provides a method for fabricating a FET in a semiconductor substrate. The method includes the step of disposing one or more strained channel layers in the FET channel region. The channel layer has a distal zone away from the substrate. The distal zone includes at least about fifty Angstroms of the furthest part of the channel region. An impurity gradient characterizes at least the substrate and the strained layers.

Next, one or more subsequent processing steps are performed on the substrate. After these subsequent processing steps are performed, the impurity gradient has a value that is substantially equal to zero in the distal zone. Since the impurity gradient can be influenced by temperature, the subsequent processing steps are typically performed within a predetermined temperature range that is chosen to ensure that the impurity gradient has a desired value, particularly in the distal zone.

FIG. 3 depicts a method 300 for fabricating the FET in accordance with an embodiment of the invention. This method includes the step of providing a substrate, typically planarized, and without strained layers (step 302). The substrate can include relaxed SiGe on a compositionally graded SiGe layer, relaxed SiGe on a Si substrate, relaxed SiGe on Si, or other compounds such as GaAs or InP. The substrate can also contain a buried insulating layer.

Next, initial VLSI processing steps are performed such as, for example, surface cleaning, sacrificial oxidation, deep well drive-in, and isolation processes like shallow trench isolation with liner oxidation or LOCOS (step 304). Any number of these steps may include high temperatures or surface material consumption. Features defined during step 304 can include deep isolation wells and trench etch-refill isolation structures. Typically, these isolation trenches will be refilled with $SiO_2$ or another insulating material, examples of which are described above.

Next, the channel region is doped by techniques such as shallow ion implantation or outdiffusion from a solid source (step 306). For example, a dopant source from glass such as BSG or PSG may be deposited (step 308), followed by a

8

high temperature step to outdiffuse dopants from the glass (step 310). The glass can then be etched away, leaving a sharp dopant spike in the near-surface region of the wafer (step 312). This dopant spike may be used to prevent short-channel effects in deeply scaled surface channel FETs, or as a supply layer for a buried channel FET that would typically operate in depletion mode. The subsequently deposited channel layers can then be undoped, leading to less mobility-limiting scattering in the channel of the device and improving its performance. Likewise, this shallow doping may be accomplished via diffusion from a gas source (e.g., rapid vapor phase doping or gas immersion laser doping) (step 314) or from a plasma source as in plasma immersion ion implantation doping (step 316).

Next, deposit one or more strained channel layers, preferably by a CVD process (step 318). The channel may be Si, Ge, SiGe, or a combination of multiple layers of Si, Ge, or SiGe. Above the device isolation trenches or regions, the deposited channel material typically will be polycrystalline. Alternatively, the device channels may be deposited selectively, i.e., only in the device active area and not on top of the isolation regions. Typically, the remaining steps in the transistor fabrication sequence will involve lower thermal budgets and little or no surface material consumption.

Next, the transistor fabrication sequence is continued with the growth or deposition of a gate dielectric (step 320) and the deposition of a gate electrode material (step 322). Examples of gate electrode material include doped or undoped polysilicon, doped or undoped poly-SiGe, or metal. This material stack is then etched (step 324), forming the gate of the transistor. Typically, this etch removes the gate electrode material by a process such as reactive ion etching ("RIE") and stops on the gate dielectric, which is then generally removed by wet etching. After this, the deposited channel material typically is still present.

Next, the transistor spacers are formed by the traditional process of dielectric material deposition and anisotropic etching (step 326). Step 326 may be preceded by extension implantation, or removal of the channel material in the regions not below the gate, or both. If the channel material is not removed before spacer material deposition, the spacer etch may be tailored to remove the excess channel material in the regions not below the gate. Failure to remove the excess channel material above the isolation regions can result in device leakage paths.

Next, the source and drain regions are fabricated, typically by ion implantation (step 328). Further steps to complete the device fabrication can include salicidation (step 330) and metallization (step 332).

FIG. 4 depicts another method 400 for fabricating the FET in accordance with an embodiment of the invention. This method includes creating the channel at a different point in the fabrication process, and starts with performing the traditional front-end VLSI processing steps, such as, for example, well formation, isolation, gate stack deposition and definition, spacer formation, source-drain implant, silicidation (step 402). In place of a gate electrode, fabricate a "dummy gate" (step 404). This dummy gate is etched and replaced in subsequent processing steps. The dummy gate may include an insulating material such as $Si_3N_4$ (or any of the other dielectric materials discussed), or a conducting material such as polysilicon, poly-Ge, or metal. In contrast to a typical MOSFET process where the gate is separated from the semiconductor substrate by a gate dielectric, the dummy gate is separated from the substrate by an etch-stop layer. The etch-stop layer can be of $SiO_2$, either thermally grown or deposited.

US 6,831,292 B2

9

Next, a dielectric layer is deposited (e.g., by a CVD process) (step 406) and planarized (step 408) by, for example, CMP. This "planarization layer" is typically a different material then the dummy gate.

Next, the dummy gate is removed by a selective etching process (step 410). The etch-stop layer protects the substrate from this etching process. A wet or dry etch then removes the etch-stop layer.

An example configuration includes a polysilicon dummy gate, an $SiO_2$ etch-stop layer, $Si_3N_4$ spacers, and an $SiO_2$ planarization layer. This configuration allows selective removal of the dummy gate with an etchant such as heated tetramethylammonium hydroxide ("TMAH"), thereby leaving the $SiO_2$ and $Si_3N_4$ intact. The etch-stop is subsequently removed by a wet or dry etch (e.g., by HF).

Next, one or more strained channel layers is deposited, typically by a CVD process (step 412). The channel layers may be Si, Ge, SiGe, or a combination of multiple layers of Si, Ge, or SiGe. The gate dielectric is then thermally grown or deposited (by CVD or sputtering, for example) (step 416). This is followed by deposition of the gate electrode material (step 418), which can include doped or undoped polysilicon, doped or undoped poly-SiGe, or metal.

Next, the gate electrode is defined (step 420). This can be by photomasking and etching (step 422) of the gate electrode material. This may also be done by a CMP step (step 424), where the gate electrode material above the planarization layer is removed.

Using this method, a silicide is generally formed on the source and drain regions before the deposition of the planarization layer. In this case, all subsequent processing steps are typically limited to a temperature that the silicide can withstand without degradation. One alternative is to form the silicide at the end of the process. In this case, the planarization layer may be removed by a selective wet or dry etch which leaves the gate electrode material and the spacers intact. This is followed by a traditional silicide process, e.g., metal deposition and thermally activated silicide formation on the source and drain regions (and also on the gate electrode material, if the latter is polysilicon), followed by a wet etch strip of unreacted metal. Further steps to complete the device fabrication can include inter-layer dielectric deposition and metallization. Note that if the step of forming the gate dielectric is omitted, a metal gate electrode may be deposited directly on the channel, resulting in the fabrication of a self-aligned HEMT (or MESFET) structure.

From the foregoing, it will be appreciated that the semiconductor structures and devices provided by the invention afford a simple and effective way to minimize or eliminate the impurities in certain parts of strained material layers used therein. The problem of degraded device performance that results from the presence of such impurities is largely eliminated.

One skilled in the art will realize the invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The foregoing embodiments are therefore to be considered in all respects illustrative rather than limiting of the invention described herein. Scope of the invention is thus indicated by the appended claims, rather than by the foregoing description, and all changes which come within the meaning and range of equivalency of the claims are therefore intended to be embraced therein.

10

What is claimed is:

1. A semiconductor structure comprising:

a substrate; and

at least one strained layer disposed on the substrate, thereby defining an interface therebetween, the at least one strained layer having a distal zone away from the interface;

wherein the substrate, the interface, and the at least one strained layer are characterized at least in part by an impurity gradient having a value substantially equal to zero in the distal zone.

2. The semiconductor structure of claim 1 wherein the substrate comprises Si.

3. The semiconductor structure of claim 1 wherein the substrate comprises SiGe.

4. The semiconductor structure of claim 1 wherein the substrate comprises a p-type dopant.

5. The semiconductor structure of claim 1 wherein the substrate comprises an n-type dopant.

6. The semiconductor structure of claim 1 wherein the substrate comprises a plurality of layers.

7. The semiconductor structure of claim 6 wherein the plurality of layers comprises relaxed SiGe disposed on compositionally graded SiGe.

8. The semiconductor structure of claim 6 wherein the plurality of layers comprises relaxed SiGe disposed on Si.

9. The semiconductor structure of claim 6 wherein the plurality of layers comprises a buried insulating layer.

10. The semiconductor structure of claim 1 wherein the at least one strained layer comprises Si.

11. The semiconductor structure of claim 1 wherein the at least one strained layer comprises Ge.

12. The semiconductor structure of claim 1 wherein the at least one strained layer comprises SiGe.

13. The semiconductor structure of claim 1 wherein the distal zone comprises at least about fifty Angstroms of the at least one strained layer.

14. The semiconductor structure of claim 10 wherein the impurity gradient describes at least the concentration of Ge.

15. The semiconductor structure of claim 11 wherein the impurity gradient describes at least the concentration of Si.

16. A FET fabricated in a semiconductor substrate, the FET comprising a channel region including at least one strained channel layer, the at least one strained channel layer having a distal zone away from the substrate, wherein the substrate and the channel region are characterized at least in part by an impurity gradient having a value substantially equal to zero in the distal zone.

17. The FET of claim 16 wherein the substrate comprises Si.

18. The FET of claim 16 wherein the substrate comprises SiGe.

19. The FET of claim 16 wherein the substrate comprises a p-type dopant.

20. The FET of claim 16 wherein the substrate comprises an n-type dopant.

21. The FET of claim 16 wherein the substrate comprises a plurality of layers.

22. The FET of claim 21 wherein the plurality of layers comprises relaxed SiGe disposed on compositionally graded SiGe.

23. The FET of claim 21 wherein the plurality of layers comprises relaxed SiGe disposed on Si.

24. The FET of claim 21 wherein the plurality of layers comprises a buried insulating layer.

25. The FET of claim 16 wherein the at least one strained channel layer comprises Si.

US 6,831,292 B2

11

26. The FET of claim 16 wherein the at least one strained channel layer comprises Ge.

27. The FET of claim 16 wherein the at least one strained channel layer comprises SiGe.

28. The FET of claim 16 wherein the distal zone comprises at least about fifty Angstroms of the at least one strained channel layer.

29. The FET of claim 25 wherein the impurity gradient describes at least the concentration of Ge.

30. The FET of claim 26 wherein the impurity gradient describes at least the concentration of Si.

31. A method for fabricating a semiconductor structure in a substrate, the method comprising the steps of:

disposing at least one strained layer on the substrate thereby defining an interface therebetween, the at least one strained layer having a distal zone away from the interface; and

performing at least one subsequent processing step on the substrate after which an impurity gradient characterizing, at least in part, the substrate, the interface, and the at least one strained layer has a value substantially equal to zero in the distal zone.

32. The method of claim 31 wherein the substrate comprises Si.

33. The method of claim 31 wherein the substrate comprises SiGe.

34. The method of claim 31 wherein the substrate comprises a p-type dopant.

35. The method of claim 31 wherein the substrate comprises an n-type dopant.

36. The method of claim 31 wherein the substrate comprises a plurality of layers.

37. The method of claim 36 wherein the plurality of layers comprises relaxed SiGe disposed on compositionally graded SiGe.

38. The method of claim 36 wherein the plurality of layers comprises relaxed SiGe disposed on Si.

39. The method of claim 36 wherein the plurality of layers comprises a buried insulating layer.

40. The method of claim 31 wherein the at least one strained layer comprises Si.

41. The method of claim 31 wherein the at least one strained layer comprises Ge.

42. The method of claim 31 wherein the at least one strained layer comprises SiGe.

43. The method of claim 31 wherein the distal zone comprises at least about fifty Angstroms of the at least one strained layer.

44. The method of claim 31 wherein the at least one subsequent processing step is performed within a predetermined temperature range.

12

45. The method of claim 40 wherein the impurity gradient describes at least the concentration of Ge.

46. The method of claim 41 wherein the impurity gradient describes at least the concentration of Si.

47. A method for fabricating a FET in a semiconductor substrate, the FET comprising a channel region, the method comprising the steps of:

disposing at least one strained channel layer in at least the channel region, the at least one strained channel layer having a distal zone away from the substrate; and

performing at least one subsequent processing step on the substrate after which an impurity gradient characterizing, at least in part, the substrate and the at least one strained layer has a value substantially equal to zero in the distal zone.

48. The method of claim 47 wherein the substrate comprises Si.

49. The method of claim 47 wherein the substrate comprises SiGe.

50. The method of claim 47 wherein the substrate comprises a p-type dopant.

51. The method of claim 47 wherein the substrate comprises an p-type dopant.

52. The method of claim 47 wherein the substrate comprises a plurality of layers.

53. The method of claim 52 wherein the plurality of layers comprises relaxed SiGe disposed on compositionally graded SiGe.

54. The method of claim 52 wherein the plurality of layers comprises relaxed SiGe disposed on Si.

55. The method of claim 52 wherein the plurality of layers comprises a buried insulating layer.

56. The method of claim 47 wherein the at least one strained layer comprises Si.

57. The method of claim 47 wherein the at least one strained layer comprises Ge.

58. The method of claim 47 wherein the at least one strained layer comprises SiGe.

59. The method of claim 47 wherein the distal zone comprises at least about fifty Angstroms of the at least one strained layer.

60. The method of claim 47 wherein the at least one subsequent processing step is performed within a predetermined temperature range.

61. The method of claim 56 wherein the impurity gradient describes at least the concentration of Ge.

62. The method of claim 57 wherein the impurity gradient describes at least the concentration of Si.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,831,292 B2                          Page 1 of 1
DATED         : December 14, 2004
INVENTOR(S)   : Currie et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 12,
Line 24, claim 51 should read as follows:
-- 51. The method of claim 47 wherein the substrate comprises an n-type dopant. --

Signed and Sealed this

Fifth Day of April, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

GOODWIN | PROCTER

Steven J. Frank
617.570.1241
sfrank@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

May 9, 2005

By Federal Express

Mr. Paul S. Otellini
President and Chief Operating Officer
Intel Corporation
2200 Mission College Blvd.
Santa Clara, CA 95052

Dear Mr. Otellini:

    We represent AmberWave Systems Corporation in connection with business and intellectual-property matters. On Tuesday, May 3, 2005, I accompanied a high-level team from AmberWave to Intel's Hillsboro campus, where we met with Brad Greenwald, Reza Afghan, Farshid Adibi-Rizi, and Reed Stahlie. Our presentation covered Intel's technology and its infringement of U.S. Patent No. 6,831,292 and allowed application serial nos. 2004/0161947 and 2004/0045499, all owned by AmberWave. I note that AmberWave had raised the '292 patent and the '947 application with Intel in a meeting with members Intel's Intellectual Property Licensing Group at Intel on January 27, 2005 in Santa Clara, California.

    This will serve as formal notice to Intel that its current commercial products, including, without limitation, its Prescott and Dothan processors, infringes claims of the patent and allowed applications set forth above. Accordingly, we respectfully request that Intel take immediate steps to conclude license negotiations with AmberWave or to cease infringement of AmberWave's intellectual property.

    Neither this letter nor any past or future correspondence will be deemed to constitute a release or waiver of any of Intel's obligations, liabilities, failures or defaults, or of any of AmberWave's rights and remedies, all of which are expressly reserved and not waived.

Very truly yours,

Steven J. Frank

SJF:nmg
cc:    Mr. Thomas R. Franz (by Federal Express)
       Mr. Richard J. Faubert
       Bryan P. Lord, Esq.

LIBC/2467501.1

# EXHIBIT C



US006946371B2

(12) **United States Patent**
Langdo et al.

(10) Patent No.:     **US 6,946,371 B2**
(45) Date of Patent:     **Sep. 20, 2005**

(54) **METHODS OF FABRICATING SEMICONDUCTOR STRUCTURES HAVING EPITAXIALLY GROWN SOURCE AND DRAIN ELEMENTS**

(75) Inventors: **Thomas A. Langdo**, Cambridge, MA (US); **Anthony J. Lochtefeld**, Somerville, MA (US)

(73) Assignee: **Amberwave Systems Corporation**, Salem, NH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 22 days.

(21) Appl. No.: **10/458,544**

(22) Filed: **Jun. 10, 2003**

(65) **Prior Publication Data**

US 2004/0045499 A1 Mar. 11, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/387,867, filed on Jun. 10, 2002.

(51) Int. Cl.[7] ............................................. **H01L 21/20**
(52) U.S. Cl. ........................................ **438/481; 438/504**
(58) Field of Search ................................. 438/481, 504, 438/505

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,717,681 A | 1/1988 | Curran | |
| 4,755,478 A | 7/1988 | Abernathey et al. | ......... 437/41 |
| 4,803,539 A | 2/1989 | Psaras et al. | |
| 5,034,348 A | 7/1991 | Hartswick et al. | |
| 5,089,872 A | 2/1992 | Ozturk et al. | |
| 5,198,689 A | 3/1993 | Fujioka | |
| 5,217,923 A | 6/1993 | Suguro | |
| 5,242,847 A | 9/1993 | Ozturk et al. | |
| 5,334,861 A | 8/1994 | Pfiester et al. | |
| 5,336,903 A | 8/1994 | Ozturk et al. | |
| 5,346,840 A | 9/1994 | Fujioka | |
| 5,442,205 A | 8/1995 | Brasen et al. | |
| 5,496,750 A | 3/1996 | Moslehi | |
| 5,496,771 A | 3/1996 | Cronin et al. | ............... 437/187 |
| 5,659,194 A | 8/1997 | Iwamatsu et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2002-324765 | 11/2002 |
| WO | WO01/22482 | 3/2001 |
| WO | 02/13262 A2 | 2/2002 |

OTHER PUBLICATIONS

Antoniadis et al., "SOI Devices and Technology," *SOI devices and technology*, Neuilly sur Seine, France, 1999, pp. 81–87.
Aoyama et al., "Facet formation mechanism of silicon selective epitaxial layer by Si ultrahigh vacuum chemical vapor deposition," *Journal of Crystal Growth*, 136 (1994), pp. 349–354.

(Continued)

*Primary Examiner*—George Fourson
*Assistant Examiner*—Fernando L. Toledo
(74) *Attorney, Agent, or Firm*—Goodwin Procter, LLP

(57)     **ABSTRACT**

Methods for fabricating facetless semiconductor structures using commercially available chemical vapor deposition systems are disclosed herein. A key aspect of the invention includes selectively depositing an epitaxial layer of at least one semiconductor material on the semiconductor substrate while in situ doping the epitaxial layer to suppress facet formation. Suppression of faceting during selective epitaxial growth by in situ doping of the epitaxial layer at a predetermined level rather than by manipulating spacer composition and geometry alleviates the stringent requirements on the device design and increases tolerance to variability during the spacer fabrication.

**35 Claims, 5 Drawing Sheets**



## US 6,946,371 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,714,777 A | 2/1998 | Ismail et al. |
| 5,844,260 A | 12/1998 | Ohori ........................ 257/190 |
| 5,847,419 A | 12/1998 | Imai et al. |
| 5,869,359 A | 2/1999 | Prabhakar |
| 5,877,535 A | 3/1999 | Matsumoto ................. 257/369 |
| 5,891,769 A | 4/1999 | Liaw et al. ................ 438/167 |
| 5,933,741 A | 8/1999 | Tseng |
| 5,998,807 A | 12/1999 | Lustig et al. |
| 6,008,111 A | 12/1999 | Fushida et al. |
| 6,066,563 A | 5/2000 | Nagashima |
| 6,096,647 A | 8/2000 | Yang et al. |
| 6,107,653 A | 8/2000 | Fitzgerald |
| 6,121,100 A | 9/2000 | Andideh et al. |
| 6,132,806 A | 10/2000 | Dutartre |
| 6,133,124 A | 10/2000 | Horstmann et al. |
| 6,159,856 A | 12/2000 | Nagano |
| 6,187,657 B1 | 2/2001 | Xiang et al. ................ 438/596 |
| 6,214,679 B1 | 4/2001 | Murthy et al. |
| 6,235,575 B1 | 5/2001 | Kasai et al. |
| 6,246,077 B1 | 6/2001 | Kobayashi et al. ........... 257/77 |
| 6,251,780 B1 | 6/2001 | Sohn et al. |
| 6,268,257 B1 | 7/2001 | Wieczorek et al. |
| 6,281,532 B1 | 8/2001 | Doyle et al. |
| 6,291,321 B1 | 9/2001 | Fitzgerald .................... 438/404 |
| 6,294,448 B1 | 9/2001 | Chang et al. |
| 6,306,698 B1 | 10/2001 | Wieczorek et al. |
| 6,313,486 B1 | 11/2001 | Kencke et al. .............. 257/192 |
| 6,315,384 B1 | 11/2001 | Ramaswami et al. |
| 6,316,357 B1 | 11/2001 | Lin et al. |
| 6,319,805 B1 | 11/2001 | Iwamatsu et al. |
| 6,362,071 B1 | 3/2002 | Nguyen et al. |
| 6,380,008 B2 | 4/2002 | Kwok et al. |
| 6,399,970 B2 | 6/2002 | Kubo et al. |
| 6,406,986 B1 | 6/2002 | Yu |
| 6,410,371 B1 | 6/2002 | Yu et al. |
| 6,461,960 B2 | 10/2002 | Lee |
| 6,486,520 B2 | 11/2002 | Okuno et al. |
| 6,498,359 B2 | 12/2002 | Schmidt et al. |
| 6,503,833 B1 | 1/2003 | Ajmera et al. |
| 6,509,587 B2 | 1/2003 | Sugiyama et al. |
| 6,555,839 B2 | 4/2003 | Fitzgerald |
| 6,555,880 B2 | 4/2003 | Cabral et al. |
| 6,562,703 B1 * | 5/2003 | Maa et al. .................. 438/518 |
| 6,563,152 B2 | 5/2003 | Roberds et al. |
| 6,566,718 B2 | 5/2003 | Wieczorek et al. |
| 6,573,126 B2 | 6/2003 | Chen et al. |
| 6,573,160 B2 | 6/2003 | Taylor, Jr. et al. |
| 6,583,015 B2 | 6/2003 | Fitzgerald et al. |
| 6,593,191 B2 | 7/2003 | Fitzgerald |
| 6,593,641 B1 | 7/2003 | Fitzgerald |
| 6,603,156 B2 | 8/2003 | Rim |
| 6,605,498 B1 | 8/2003 | Murthy et al. |
| 6,621,131 B2 | 9/2003 | Murthy et al. |
| 6,657,223 B1 | 12/2003 | Wang et al. |
| 6,682,965 B1 | 1/2004 | Noguchi et al. |
| 6,686,617 B2 | 2/2004 | Agnello et al. |
| 6,699,765 B1 * | 3/2004 | Shideler et al. ............. 438/312 |
| 6,703,648 B1 | 3/2004 | Xiang et al. |
| 6,724,019 B2 | 4/2004 | Oda et al. |
| 6,743,684 B2 | 6/2004 | Liu |
| 2001/0001724 A1 | 5/2001 | Kwok et al. |
| 2001/0009303 A1 | 7/2001 | Tang et al. |
| 2001/0031535 A1 | 10/2001 | Agnello et al. |
| 2001/0045604 A1 | 11/2001 | Oda et al. |
| 2002/0019127 A1 | 2/2002 | Givens |
| 2002/0048910 A1 | 4/2002 | Taylor, Jr. et al. |
| 2002/0052084 A1 | 5/2002 | Fitzgerald |
| 2002/0056879 A1 | 5/2002 | Wieczorek et al. |
| 2002/0063292 A1 | 5/2002 | Armstrong et al. |
| 2002/0190284 A1 | 12/2002 | Murthy et al. |

| | | |
|---|---|---|
| 2003/0113971 A1 * | 6/2003 | Nagaoka et al. ............ 438/287 |
| 2004/0007724 A1 | 1/2004 | Murthy et al. |
| 2004/0014276 A1 | 1/2004 | Murthy et al. |
| 2004/0014304 A1 | 1/2004 | Bhattacharyya |
| 2004/0070035 A1 | 4/2004 | Murthy et al. |
| 2004/0084735 A1 | 5/2004 | Murthy et al. |
| 2004/0119101 A1 | 6/2004 | Schrom et al. |
| 2004/0142545 A1 | 7/2004 | Ngo et al. |
| 2004/0173815 A1 | 9/2004 | Yeo et al. |

### OTHER PUBLICATIONS

Arst et al., "Surface planarity and microstructure of low temperature silicon SEG and ELO," *Journal of Materials Research*, vol. 6, No. 4 (Apr. 1991), pp. 784–791.

Cao et al., "0.18–μm Fully–Depleted Silicon–on–Insulator MOSFET's," *IEEE Electron Device Letters*, vol. 18, No. 6 (Jun. 1997), pp. 251–253.

Chieh et al., "Low–Resistance Bandgap–Engineered W/Si₁₋ₓGe/Si Contacts," *IEEE Electron Device Letters*, vol. 17, No. 7 (Jul. 1996), pp. 360–362.

Choi et al., "Nanoscale Ultrathin Body PMOSFETs With Raised Selective Germanium Source/Drain," *IEEE Electron Device Letters*, vol. 22, No. 9 (Sep. 2001), pp. 447–448.

Choi et al., "30nm ultra–thin body SOI MOSFET with selectively deposited Ge raised S/D," *58th Device Research Conference* (2000), pp. 23–24.

Drowley et al., "Model for facet and sidewall defect formation during selective epitaxial growth of (001) silicon," *Applied Physics Letters*, 52 (7) (Feb. 15, 1988), pp. 546–548.

Eaglesham et al., "Growth Morphology and the Equilibrium Shape: The Role of "Surfactants" in the Ge/Si Island Formation," *Physical Review Letters*, vol. 70, No. 7 (Feb. 15, 1993), pp. 966–969.

Gallas et al., "Influence of doping on facet formation at the SiO2/Si interface," *Surface Science*, 440 (1999) pp. 41–48.

Glück et al., "CoSi₂ and TiSi₂ for Si/SiGe heterodevices," *Thin Solid Films*, vol. 270 (1995), pp. 549–554.

Goulding, "The selective epitaxial growth of silicon," *Materials Science and Engineering*, B17 (1993), pp. 47–67.

Greve et al., "Growth Rate of Doped and Undoped Silicon by Ultra–High Vacuum Chemical Vapor Deposition," *Journal of the Electrochemical Society*, vol. 138, No. 6 (Jun. 1991), pp. 1744–1748.

Huang et al., "Electrical and Compositional Properties of Co–Silicided Shallow Pᐩ–n Junction Using Si–Capped/Boron–Doped Si₁₋ₓGeₓ Layer Deposited by UHVCME," *Journal of the Electrochemical Society*, vol. 148, No. 3 (2001), pp. G126–G131.

Ilderem et al., "Very low pressure chemical vapor deposition process for selective titanium silicide films," *Appl. Phys. Lett.*, vol. 53, No. 8 (Aug. 22, 1988), pp. 687–689.

Ishitani et al., "Facet Formation in Selective Silicon Epitaxial Growth," *Japanese Journal of Applied Physics*, vol. 24, No. 10 (Oct., 1995), pp. 1267–1269.

Jang et al., "Phosphorus doping of epitaxial Si and Si1–xGex at very low pressure," *Applied Physics Letters*, 63 (12) (Sep. 20, 1993), pp. 1675–1677.

Jastrzebski, "SOI by CVD: Epitaxial Lateral Overgrowth (ELO) Process—Review," *Journal of Crystal Growth*, 63 (1983), pp. 493–526.

Kamins et al., "Kinetics of selective epitaxial deposition of Si1–xGex," *Applied Physics Letters*, 61 (6) (Aug. 10, 1992), pp. 669–671.

## US 6,946,371 B2
Page 3

Kendel et al., "Surfactant Mediated Crystal Growth of Semiconductors," *Physical Review Letters*, vol. 75, No. 14 (Oct. 2, 1995), pp. 2742–2745.

King, "Silicon–Germanium: from Microelectronics to Micromechanics," Presentation to the Thin Film Users Group Meeting, AVS Northern California Chapter, Apr. 17, 2002.

Kitajima et al., "Lattice Defect in Selective Epitaxial Silicon and Laterally Overgrown Regions on SiO2," *Journal of Crystal Growth*, 98 (1989), pp. 264–276.

Kummer et al., "Low energy plasma enhanced chemical vapor deposition," *Materials Science and Engineering*, B89 (2002), pp. 288–295.

Langdo, "Selective SiGe Nanostructures," Ph.D. Thesis, Massachusetts Institute of Technology, 2001.

Li et al., "Modeling of facet growth on patterned Si substrate in gas source MBE," *Journal of Crystal Growth*, 157 (1995), pp. 185–189.

Lochtefeld, "Toward the End of the MOSFET Roadmap: Investigating Fundamental Transport Limits and Device Architecture Alternatives," Ph.D. Thesis, Massachusetts Institute of Technology, 2001.

Lynch, "Self-Aligned Contact Schemes for Source–Drains in Submicron Devices," *IEDM Technical Digest* (1987), pp. 354–357.

Maillard-Schaller et al., "Role of the substrate strain in the sheet resistance stability of NiSi deposited on Si(100)," *Journal of Applied Physics*, vol. 85, No. 7 (Apr. 1, 1999), pp. 3614–3618.

Maiti et al., "Strained–Si heterostructure field effect transistors," *Semiconductor Science and Technology*, vol. 13 (1998), pp. 1225–1246.

Mercier et al., "Selective TiSi$_2$ Deposition with no Silicon Substrate Consumption by Rapid Thermal Processing in a LPCVD Reactor," *Journal of Electronic Materials*, vol. 19, No. 3 (1990), pp. 253–258.

Meyerson et al., "Phosphorus–Doped Polycrystalline Silicon via LPCVD," *Journal of the Electrochemical Society*, vol. 131, No. 10 (Oct. 1984), pp. 2366–2368.

Miyano et al., "Facet–Free Si Selective Epitaxial Growth Adaptable to Elevated Source/Drain MOSFETs with Narrow Shallow Trench Isolation," *Japanese Journal of Applied Physics*, vol 38, Part 1, No. 4B (Apr. 1999), pp. 2419–2423.

Moon et al., "Application of interferometric broadband imaging alignment on an experimental x–ray stepper," *Journal of Vacuum Science and Technology*, B 16(6) (Nov./Dec. 1998), pp. 3631–3636.

Osburn et al., "Low parasitic resistance contacts for scaled ULSI devices," *Thin Solid Films*, 332 (1998), pp. 428–436.

Öztürk et al., "Rapid Thermal Chemical Vapor Deposition of Germanium and Germanium/Silicon Alloys on Silicon: New Applications in the Fabrication of MOS Transistors," *Materials Research Society Symposium Proceedings*, vol. 224 (1991), pp. 223–234.

Pfiester et al., "A Self–Aligned Elevated Source/Drain MOSFET," *IEEE Electron Device Letters*, vol. 11, No. 9 (Sep. 1990), pp. 365–367.

Raaijmakers et al., "Enabling technologies for forming and contacting shallow junctions in Si: HF–vapor cleaning and selective epitaxial growth of Si and SiGe," *Journal of Vacuum Science and Technology*, B 17(5) (Sep./Oct. 1999), pp. 2311–2320.

Ren et al., "A Novel Implantation Free Raised Source/Drain MOSFET Process Using Selective Rapid Thermal Chemical Vapor Deposition of In–Situ Boron Doped Si$_x$ Ge$_{1-x}$," *Materials Research Society Symposium Proceedings*, vol. 303 (1993), pp. 37–41.

Reynolds et al., "Selective titanium disilicide by low–pressure chemical vapor deposition," *Journal of Applied Physics*, vol. 65, No. 8 (Apr. 15, 1989), pp. 3212–3218.

Robbins et al., "A model for heterogeneous growth of Si1–xGex films from hydrides," *Journal of Applied Physics*, 69 (6) (Mar. 15, 1991), pp. 3729–3732.

Rodder et al., "Raised Source/Drain MOSFET with Dual Sidewall Spacers," *IEEE Electron Device Letters*, vol. 12, No. 3 (Mar. 1991), pp. 89–91.

Samavedam et al., "Elevated source drain devices using silicon selective epitaxial growth," *Journal of Vacuum Science and Technology*, B 18(3) (May/Jun. 2000), pp. 1244–1250.

Savina et al., "Faceting of a growing crystal surface by surface diffusion," *Physical Review*, E 67, 021606 (2003), pp 1–16.

Sedgwick et al., "Growth of Facet–Free Selective Silicon Epitaxy at Low Temperature and Atmospheric Pressure," *Journal of the Electrochemical Society*, vol. 138, No. 10 (Oct. 1991), pp. 3042–3047.

Shibata et al., "High Performance Half–Micron PMOSFETs with 0.1UM Shallow P*N Junction Utilizing Selective Silicon Growth and Rapid Thermal Annealing," *IEDM Technical Digest* (1987), pp. 590–593.

Sidek et al., "Reduction of parasitic bipolar transistor action and punchthrough susceptibility in MOSFETs using Si/Si1–xGex sources and drains," *Electronics Letters*, vol. 32, No. 3 (Feb. 1, 1996), pp. 269–270.

Sun et al., "A Comparative Study of n+/p Junction Formation for Deep Submicron Elevated Source/Drain Metal Oxide Semiconductor Field Effect Transistors," *Journal of the Electrochemical Society*, vol. 144, No. 10 (Oct. 1997), pp. 3659–3664.

Sun et al., "The Effect of the Elevated Source/Drain Doping Profile on Performance and Reliability of Deep Submicron MOSFET's," *IEEE Transactions on Electron Devices*, vol. 44, No. 9 (Sep. 1997), pp. 1491–1498.

Sun et al., "Impact of Epi Facets on Deep Submicron Elevated Source/Drain MOSFET Characteristics," *IEEE Transactions on Electron Devices*, vol. 45, No. 6 (Jun. 1998), pp. 1377–1380.

Tromp et al., "Local Dimer Exchange in Surfactant–Mediated Epitaxial Growth," *Physical Review Letters*, vol. 68, No. 7 (Feb. 17, 1992), pp. 954–957.

Uchino et al., "MOSFETs with Ultrashallow Junction and Minimum Drain Area Formed by Using Solid–Phase Diffusion from SiGe," *IEEE Transactions on Electron Devices*, vol. 48, No. 7 (Jul. 2001), pp. 1406–1411.

Uhrberg et al., "Electronic and atomic structure of arsenic terminated Si(100)," *Journal of Vacuum Science and Technology*, A 4 (3) (May/Jun. 1986), pp. 1259–1264.

Violette et al., "Facet–Free Selective Silicon Epitaxy by Reduced–Pressure Chemical Vapor Deposition: Process Evaluation and Impact on Shallow Trench Isolation," *Journal of the Electrochemical Society*, 146 (5) (1999), pp. 1895–1902.

Wong et al., "Elevated Source/Drain MOSFET," *IEDM Technical Digest*, 28 (1984), pp. 634–637.

US 6,946,371 B2

Page 4

Xiang et al., "Interfacet mass transport and facet evolution in selective epitaxial growth of Si by gas source molecular beam epitaxy," *Journal of Vacuum Science and Technology*, B 14(3) (May/Jun. 1996), pp. 2381–2386.

Yu et al., "Doping reaction of PH3 and B2H6 with Si(100)," *Journal of Applied Physics*, 59 (12) (Jun. 15, 1986), pp. 4032–4037.

Augendre et al., "Elevated Source/Drain by Sacrificial Selective Epitaxy for High Performance Deep Submicron CMOS: Process Window versus Complexity," *IEEE Transactions on Electron Devices*, vol. 47, No. 7 (Jul. 2000), pp. 1484–1491.

International Search Report for PCT/US03/18140, Nov. 5, 2003, 5 pages.

Meyer, "Elevated Source/Drain Structures," *The ASM Epitaxy Newsletter of Continuous Improvement*, (Spring 1998).

Yew, "Growth and Characterization of Low Temperature Silicon Silicon Selective Epitaxy," Ph.D. Thesis, MIT, 1990, pp. 1–210.

Kurosawa et al., "A New Bird's Beak Free Field Isolation Technology for VLSI Devices," *IEDM Technical Digest*, Washington, D.C., Dec. 7–9, 1981, pp. 384–387.

O'Neill et al., "Si–Ge Virtual Substrate N–channel Heterojunction MOSFETs," *Semiconductor Science Technology*, vol. 14, No. 9, 1999, pp. 784–789.

Aldrich et al., "Stability of C54 Titanium Germanosilicide on a Silicon–Germanium Alloy Substrate," *J. Appl. Phys.*, 1995, 77(10):5107–5114.

Aubry–Fortuna et al., "Phase Formation and Strain Relaxation During Thermal Reaction of Zr and Ti with Strained $Si_{1-x-y}Ge_xC_y$ epilayers," *Journal of Applied Physics*, 2000, 88(3):1418–1423.

Detavernier, et al., "CoSi₂ Nucleation in the presence of Ge," *Thin Solid Films*, 2001, 384(2):243–250.

Eberhardt et al., "Ni/Ag Metallization for SiGe HBTs using a Ni Silicide Contact," *Semicond. Sci. Technol.*, 2001 16(9):L47–L49.

Freiman et al., "Kinetics of Processes in the $Ti-Si_{1-x}Ge_x$ Systems," *Appl. Phys. Lett.*, 1996, 69(25):3821–3823.

Freiman et al., "Titanium Metallization of Si/Ge Alloys and Superlattices," *Thin Solid Films*, 1997, 294:217–219.

Hsiao et al., "Advanced Technologies for Optimized Sub–Quarter–Micrometer SOI CMOS Devices," *IEEE Transactions on Electron Devices*, 1998, 45(5):1092–1098.

Huang et al., "Study on Ge/Si ratio, Silicidation, and Strain Relaxation of High Temperature Sputtered $Co/Si_{1-x}Ge_x$ Structures," *Journal of Applied Physics*, 2000, 88(4):1831–1837.

Jungemann et al., "Full–Band Monte Carlo Simulation of a 0.12 μm–Si–PMOSFET with and without a Strained SiGe–Channel", *IEEE Electron Devices Meeting*, 1998, pp. 897–900.

King et al., "A Polycrystalline $Si_{1-x}Ge_x$–Gate CMOS Technology", *IEEE*, vol., No., 1990, pp. 253–256.

Ku et al., "High Performance pMOSFETs with $Ni(Si_xGe_{1-x})/Poly-Si_{0.8}Ge_{0.2}$ Gate," *IEEE—2000 Symposium on VLSI Technology Digest of Technical Papers*, 2000, 114–115.

Lai et al., "Effects of Composition on the Formation Temperatures and Electrical Resistivities of C54 Titanium Germanosilicide in $Ti-Si_{1-x}Ge_x$ Systems," 1999, *Journal of Applied Physics*, 86(3):1340–1345.

Okada et al., "Epitaxial Growth of Heavily B–Doped SiGe Films and Interfacial Reaction of Ti/B–Doped SiGe Bilayer Structure Using Rapid Thermal Processing," *Thin Solid Films*, 2000, 369:130–133.

Qin et al., "Structure and Thermal Stability of $Ni/Si_{1-x}Ge_x$ Contacts for VLSI Applications," *Electronics Letters*, 2000, 36(21):1819–1821.

Ponomarev et al., "High–Performance Deep SubMicron CMOS Technologies with Polycrystalline–SiGe Gates," *IEEE Transactions on Electron Devices*, vol. 47, No. 4, Apr. 2000, pp. 848–855.

Yasuda et al., "Interfacial Reactions of Ti/ and $Zr/Si_{1-x}Ge_x/$ Si Contacts with Rapid Thermal Annealing," *Thin Solid Films*, 2000, 373:73–78.

Gannavaram, et al., "Low Temperature (≦800° C.) Recessed Junction Selective Silicon–Germanium Source/Drain Technology for sub–70 nm CMOS," *IEEE International Electron Device Meeting Technical Digest*, (2000), pp. 437–440.

Ge et al., "Process–Strained Si (PSS) CMOS Technology Featuring 3D Strain Engineering," *IEEE International Electron Devices Meeting Technical Digest*, (2003) pp. 73–76.

Ghani et al., "A 90nm High Volume Manufacturing Logic Technology Featuring Novel 45nm Gate Length Strained Silicon CMOS Transistors," *IEEE International Electron Devices Meeting Technical Digest*, (2003), 978–980.

Hamada et al., "A New Aspect of Mechanical Stress Effects in Scaled MOS Devices," *IEEE Transactions on Electron Devices*, vol. 38, No. 4 (Apr. 1991), pp. 895–900.

Huang et al., "Isolation Process Dependence of Channel Mobility in Thin–Film SOI Devices," *IEEE Electron Device Letters*, vol. 17, No. 6 (Jun. 1996), pp. 291–293.

Huang et al., "LOCOS–Induced Stress Effects on Thin–Film SOI Devices," *IEEE Transactions on Electron Devices*, vol. 44, No. 4 (Apr. 1997), pp. 646–650.

Huang, et al., "Reduction of Source/Drain Series Resistance and Its Impact on Device Performance for PMOS Transistors with Raised $Si_{1-x}Ge_x$ Source/Drain", *IEEE Electron Device Letters*, vol. 21, No. 9, (Sep. 2000) pp. 448–450.

Iida et al., "Thermal behavior of residual strain in silicon–on–insulator bonded wafer and effects on electron mobility," *Solid–State Electronics*, vol. 43 (1999), pp. 1117–1120.

Ito et al., "Mechanical Stress Effect on Etch–Stop Nitride and its Impact on Deep Submicron Transistor Design," *IEEE International Electron Devices Meeting Technical Digest*, (2000), pp. 247–250.

Lochtefeld et al., "Investigating the Relationship Between Electron Mobility and Velocity in Deeply Scaled NMOS via Mechanical Stress," *IEEE Electron Device Letters*, vol. 22, No. 12 (2001), pp. 591–593.

Ootsuka et al., "A Highly Dense, High–Performance 130nm node CMOS Technology for Large Scale System–on–a–Chip Applications," *IEEE International Electron Devices Meeting Technical Digest*, (2000), pp. 575–578.

Ota et al., "Novel Locally Strained Channel Technique for High Performance 55nm CMOS," *IEEE International Electron Devices Meeting Technical Digest*, (2002), pp. 27–30.

Öztürk, et al., "Advanced $Si_{1-x}Ge_x$ Source/Drain and Contact Technologies for Sub–70 nm CMOS," *IEEE International Electron Device Meeting Technical Digest*, (2002), pp. 375–378.

US 6,946,371 B2
Page 5

Öztürk, et al., "Low Resistivity Nickel Germanosilicide Contacts to Ultra–Shallow Si$_{1-x}$Ge$_x$ Source/Drain Junctions for Nanoscale CMOS," *IEEE International Electron Device Meeting Technical Digest* (2003), pp. 497–500.

Öztürk, et al., "Selective Silicon–Gremanium Source/Drain Technology for Nanoscale CMOS," *Mat. Res. Soc. Symp. Proc.*, vol. 717, (2002), pp. C4.1.1–C4.1.12.

Öztürk, et al., "Ultra–Shallow Source/Drain Junctions for Nanoscale CMOS Using Selective Silicon–Germanium Technology," *Extended Abstracts of International Workshop on Junction Technology*, (2001), pp. 77–82.

Shimizu et al., "Local Mechanical–Stress Control (LMC): A New Technique for CMOS–Performance Enhancement," *IEEE International Electron Devices Meeting Technical Digest*, (2001), pp. 433–436.

Thompson et al., "A Logic Nanotechnology Featuring Strained–Silicon," *IEEE Electron Device Letters*, vol. 25, No. 4 (Apr. 2004), pp. 191–193.

Thompson et al., "A 90 nm Logic Technology Featuring 50nm Strained–Silicon Channel Transistors, 7 layers of Cu Interconnects, Low k ILD, and 1um$^2$ SRAM Cell," *IEEE International Electron Devices Meeting Technical Digest*, (2002), pp. 61–64.

Tiwari et al., "Hole Mobility Improvement in Silicon–on–Insulator and Bulk Silicon Transistors Using Local Strain," *IEEE International Electron Devices Meeting Technical Digest*, (1997), pp. 939–941.

Uchino, et al., "A Raised Source/Drain Technology Using In–situ P–doped SiGe and B–doped Si for 0.1–$\mu$m CMOS ULSIs," *IEEE International Electron Device Meeting Technical Digest*, (1997), pp. 479–482.

* cited by examiner

Prior Art



**FIG. 1**

Prior Art



**FIG. 2**

Prior Art



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**

US 6,946,371 B2

1

# METHODS OF FABRICATING SEMICONDUCTOR STRUCTURES HAVING EPITAXIALLY GROWN SOURCE AND DRAIN ELEMENTS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority to and the benefit of U.S. Provisional Application Ser. No. 60/387,867 filed Jun. 10, 2002, the entire disclosure of which is incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates generally to semiconductor fabrication methods and, more specifically, to methods for fabricating semiconductor devices having substantially facetless raised source and drain elements.

## BACKGROUND

In order to improve performance and packing density of modern microelectronic devices, it is often desirable to reduce channel lengths of metal-oxide-semiconductor-field-effect transistors ("MOSFETs") during device design. As the MOSFET channel length decreases, however, short channel effects and parasitic resistance become of increasing concern. To minimize short channel effects in bulk silicon devices, for example, the source/drain doping junction depths are decreased during scaling. But shallower junctions require the use of thinner silicides to minimize leakage current from the silicon/silicide interface to the junction depletion region, which, at the same time, may increase parasitic contact resistances. As another example, to improve performance of a silicon-on-insulator ("SOI") device by reducing short channel effects, its silicon region should preferably be less than about 20 nm thick. Conventional silicide formation processes, however, may consume substantially the entire silicon layer of such thickness, which may, in turn, result in undesirably large leakage currents and parasitic contact resistance because the silicide/silicon interface area is small.

The increasing operating speeds and computing power of microelectronic devices have recently given rise to the need for an increase in the complexity and functionality of the semiconductor substrates that are used as the starting substrate in these microelectronic devices. Such "virtual substrates" based on silicon and germanium provide a platform for new generations of VLSI devices that exhibit enhanced performance when compared to devices fabricated on bulk Si substrates. Specifically, new technological advances enable formation of heterostructures using silicon-germanium alloys (hereinafter referred to as "SiGe" or "Si$_{1-x}$Ge$_x$") to further increase performance of the semiconductor devices by changing the atomic structure of Si to increase electron mobility. These substrates are called strained silicon substrates.

A strained Si substrate is generally formed by a first epitaxial growth of a relaxed SiGe layer on bulk Si, and then a second epitaxial growth of a thin (less than about 500 Å) Si layer on the relaxed SiGe layer. Because the lattice constant of relaxed SiGe is different from Si, the thin Si layer becomes "strained," resulting in enhanced mobilities (and hence improved device speeds) over bulk Si. The percentage of Ge in SiGe, and the method of deposition can have a dramatic effect on the characteristics of the strained Si layer. U.S. Pat. No. 5,442,205, "Semiconductor

2

Heterostructure Devices with Strained Semiconductor Layers," incorporated herein by reference, demonstrates one such method of producing a strained Si device structure.

A method of epitaxially growing a relaxed SiGe layer on bulk Si is discussed in international application WO 01/22482, "Method of Producing Relaxed Silicon Germanium Layers," incorporated herein by reference. The method includes providing a monocrystalline Si substrate, and then epitaxially growing a graded Si$_{1-x}$Ge$_x$ layer with increasing Ge concentration at a gradient of less than 25% Ge per micron to a final composition in the range of 0.1 <x<1, using a source gas of Ge$_x$H$_y$Cl$_z$ for the Ge component, on the Si substrate at a temperature in excess of 850° C. and then epitaxially growing a semiconductor material on the graded layer.

Another method of epitaxially growing a relaxed SiGe layer on bulk Si is discussed in a paper entitled, "Low Energy plasma enhanced chemical vapor deposition," by M. Kummer et. al. (Mat. Sci. & Eng. B89, 2002, pp. 288–95), incorporated herein by reference, in which a method of low-energy plasma-enhanced chemical vapor deposition (LEPECVD) is shown, which allows the formation of a SiGe layer on bulk Si at high growth rates (0.6 micron per minute) and low temperatures (500–750° C.).

To grow a high-quality, thin epitaxial strained Si layer on a graded SiGe layer, the SiGe layer is, preferably, planarized to reduce the surface roughness in the final strained Si substrate. Current methods of chemical mechanical polishing (CMP) are typically used to improve the planarity of surfaces in semiconductor fabrication processes. U.S. Pat. No. 6,107,653, "Controlling Threading Dislocations in Ge on Si Using Graded GeSi Layers and Planarization," incorporated herein by reference, describes how planarization can be used to improve the quality of SiGe graded layers.

Although the resulting biaxial tensile or compressive strain alters the carrier mobilities in the layers of the "virtual substrate" enabling the fabrication of high-speed and/or low-power devices, short channel effects and parasitic resistance remain of concern for strained-Si-based devices as well.

Raised source/drain structures have been proposed as a technique for forming high-quality contacts to improve performance of bulk silicon, silicon-on-insulator (SOI), and strained silicon devices. Raised source/drains are generally fabricated by raising the level of the source and drain regions by selective semiconductor, e.g., silicon, deposition. The extra silicon increases the process margin for the silicide process and extends the latitude for contact junction design. To maintain a similar crystalline structure, the extra silicon is "grown" by silicon epitaxy.

For example, in bulk and strained Si devices, raised source/drain contacts have been proposed as a means of forming shallow dopant junctions to minimize contact resistances and short channel effects. In SOI devices, the raised source and drain regions provide sacrificial silicon useful for silicide consumption to form low resistance contacts on thin Si films.

Typically, source and drain regions are formed by selective epitaxial silicon growth after formation of a sidewall dielectric spacer of silicon dioxide (SiO$_2$), silicon nitride (Si$_3$N$_4$), or a combination of both materials. In this process, silicon is epitaxially grown on exposed windows in a dielectric mask while nucleation of polysilicon on the masking material is suppressed during the incubation time by, for example, etching of spurious nuclei on the dielectric material by hydrogen chloride, the mediation of saturation by

US 6,946,371 B2

3

formation of a number of intermediate chlorine-containing silicon precursors, and passivation of surface defect sites which serve as heterogeneous nucleation centers. Also, selectivity is facilitated by growing for a period of time that is generally shorter than the incubation period needed for polysilicon nucleation on the dielectric mask.

The dielectric spacer electrically isolates a gate made of, for example, polysilicon, from the source and drain regions. After the selective epitaxial growth step, a heavy low-energy implant forms a doped region, and is followed by a silicidation process for, e.g., low resistance complementary metal-oxide-semiconductor (CMOS) contacts.

During selective epitaxial growth, however, decreased thickness of the epitaxial layer typically occurs at interfaces between the epitaxial layer and the dielectric spacer or field oxide, where facets form by growth of low-energy crystal planes that minimize the energetically less favorable epitaxial Si/dielectric material interface. Because the raised source/drain regions grow thinner near the dielectric spacer edge, faceting leads to non-planar device layers. This phenomenon raises processing concerns in bulk Si, SOI, and strained Si devices by complicating implementation of selective epitaxial growth in device applications. Specifically, thinner faceted regions cause localized deeper dopant penetration during ion implantation, which increases short channel effects and leakage currents. Also, thinner faceted regions typically result in deeper silicide penetration and greater Si consumption during silicidation. Thus, faceting may result in poor doping profile control and poor silicide depth control, leading to degraded device characteristics and more complex device designs.

For example, referring to FIG. 1, a cross-sectional transmission electron microscope (XTEM) image illustrates undoped Si layers 10 grown adjacent to reactive ion etched <110>-oriented $SiO_2$ sidewalls 12. The SiGe layers 14 were included as markers to track facet development and evolution. The selective Si epitaxy has noticeable (311)-oriented facets 15 and (110)-oriented facets 17 next to $SiO_2$ sidewalls. Such faceting would be detrimental during implant and silicidation of source and drain regions. Referring to FIG. 2, a silicided source region 20 is formed by selective epitaxial growth on a thin film SOI substrate 22 according to any method known in the art. Such faceted growth leads to deep penetration of a silicide 24 to a buried $SiO_2$ layer 26. This penetration may dramatically increase the contact resistance because the silicide/silicon channel interfacial area is reduced, which leads to poor device characteristics. The electrical contact to the device channel is made through the area adjacent to the spacer 28, which is only the width of the Si channel. Furthermore, the contact quality may degrade because of incomplete silicide formation if the thickness of consumed Si is insufficient.

Similarly, in strained-Si-based devices, thinner faceted raised source and drain regions may cause the silicide to penetrate into a relaxed silicon-germanium (SiGe) layer underneath a strained Si layer. This may result in formation of a poor quality silicide because of the rejection of Ge during alloying of the SiGe layer with the silicide metal. This rejection may create high-resistivity regions that compromise the contact quality.

Facetless selective epitaxial growth is, therefore, desirable for fully realizing the performance advantages of the raised source/drain scheme for fabrication of low-resistance contacts and shallow junctions in advanced devices that have wide ranging application to Si, SOI, and strained Si technologies.

4

Recently, facetless epitaxy has received much attention in the design of raised source/drain contacts for CMOS applications. For example, selective growth in inverse patterns, i.e. using $SiO_2$ pillars with a Si field as opposed to Si windows in a $SiO_2$ field, has been proposed. Another approach involves fabrication of facetless raised source/drain structures by selective epitaxial growth in commercially available low-pressure and atmospheric-pressure chemical vapor deposition systems by carefully controlling the geometry of the multilayer spacer structure and sidewall spacer profile. For example, it has been suggested that undercutting the liner oxide and silicon growth under the silicon nitride spacer recesses the silicon-liner oxide interaction away from the source/drain region. This gives extra thickness in the source/drain region before the increase in silicon-dielectric interface energy causes the epitaxial layer to facet.

In yet another approach, discussed in a thesis entitled "Selective SiGe Nanostructures" by Tom Langdo (Ph.D. Thesis, MIT, 2001)("Langdo thesis"), incorporated herein by reference, facetless growth was demonstrated by in situ n-type doping of a silicon layer being deposited by selective epitaxy adjacent to a sidewall of a reactive ion etched $SiO_2$ spacer in a ultra-high vacuum chemical vapor deposition (UHVCVD) system. It was demonstrated that a combination of moderate n-type doping and relatively vertical $SiO_2$ sidewalls results in facet-free epitaxy along <110>-oriented $SiO_2$ sidewalls. Referring to FIG. 3, an XTEM image illustrates growth of $1×10^{18}$ /cm$^3$ n-type doped Si with $Si_{0.9}Ge_{0.1}$ marker layers on <110>-oriented $SiO_2$ sidewalls. As shown in FIG. 3, all $Si_{0.9}Ge_{0.1}$ marker layers follow (100) planes, and thus, facet formation is suppressed during the growth. $SiO_2$ was chosen as the sidewall material instead of more commonly used $Si_3N_4$ because selective growth generally cannot be achieved with either $SiH_4$ or $SiH_2Cl_2$ source gases, common Si precursors, on $Si_3N_4$ spacers without the addition of hydrogen chloride. Because of the deleterious effects of chloride on a UHVCVD system, however, addition of hydrogen chloride to the source gases is impractical.

Obstacles hinder the commercialization of this UHVCVD growth approach. First, UHVCVD is generally not feasible for large-scale commercial applications. Second, UHVCVD selective growth is not possible with $Si_3N_4$ dielectric materials. Finally, the UHVCVD process described above is generally not compatible with multi-layered commercial spacer structures that include, e.g., $Si_3N_4$ materials.

Thus, there remains a need in the art for a process of fabricating semiconductor devices having facetless raised source/drain structures that is compatible with existing semiconductor manufacturing processes, systems, and materials and that also possesses improved process tolerances.

SUMMARY OF THE INVENTION

It is an object of the present invention to provide a process for fabricating facetless semiconductor structures that overcomes the limitations of known processes. Specifically, it is an object of the invention to provide a process for fabricating semiconductor devices having facetless raised source/drain structures that complements existing epitaxial processes and does not require stringent control of the geometry of the dielectric regions. It is also desirable that such process be less expensive in comparison to the manufacturing processes known in the art and not limited to a particular dielectric or semiconductor material.

Accordingly, methods for fabricating facetless semiconductor structures using commercially available chemical

5

6

vapor deposition systems are disclosed herein. A key aspect of the invention includes selectively depositing an epitaxial layer of at least one semiconductor material on the semiconductor substrate while in situ doping the epitaxial layer to suppress facet formation. Suppression of facet formation during selective epitaxial growth by in situ doping of the epitaxial layer at a predetermined level rather than by manipulating spacer composition and geometry alleviates the stringent requirements on the device design. For example, in various embodiments of the fabrication methods according to the invention, it is not necessary to precisely control the liner oxide undercut beneath the silicon nitride spacer prior to epitaxial growth to minimize faceting, thus making the process more robust and compatible with very thin spacer dimensions. Accordingly, in situ doping during epitaxial growth to suppress faceting increases tolerance to variability during the spacer fabrication, providing an improved robust process suitable for volume manufacturing.

Throughout the following description, the term "facet" is used to refer generally to a slanted low-energy crystal plane formed in a semiconductor material at its interface with a dielectric material. Further, the term "epitaxy" is used to refer generally to methods for growing thin layers of single crystal materials on a single crystal substrate whereby crystallographic structure of the substrate is reproduced in the deposited material. Also, the term "MOS" is used to refer generally to semiconductor devices that include a conductive gate spaced at least by an insulating layer from a semiconducting channel layer. Conversely, the terms "MOS-FET" or "MOS transistor" refer to a field-effect transistor having a conductive gate spaced at least by an insulating layer from a semiconducting channel layer. The terms "SiGe" and "$Si_{1-x}Ge_x$" are used interchangeably to refer to silicon-germanium alloys. The term "silicide" is here used to refer to a reaction product of a metal, silicon, and optionally other components, such as germanium. The term "silicide" is also used, less formally, to refer to the reaction product of a metal with an elemental semiconductor, a compound semiconductor or an alloy semiconductor. The term "doping" is used to refer generally to the process of adding impurities to a semiconductor material to achieve desired properties.

In general, in one aspect, the invention is directed to a method of fabricating a semiconductor structure including the steps of providing a chamber and providing a semiconductor substrate in the chamber. The semiconductor substrate has a surface including a first portion and a second portion proximal to the first portion. The method of the invention also includes forming a dielectric region on the first portion of the substrate and selectively depositing an epitaxial layer of at least one semiconductor material on the second portion of the substrate while in situ doping the epitaxial layer. The in situ doping occurs at a first predetermined level to substantially suppress facet formation thereby forming a substantially facetless semiconductor region. The pressure in the chamber during selective deposition of the epitaxial layer is greater than about 5 Torr.

In one embodiment of the invention, the epitaxial layer is deposited in a chemical vapor deposition system, such as, for example, a reduced-pressure chemical vapor deposition system, atmospheric-pressure chemical vapor deposition system, or plasma-enhanced chemical vapor deposition system.

In another embodiment of the invention, the step of selectively depositing an epitaxial layer includes introducing a source gas into the chamber. The source gas may include at least one precursor gas and a carrier gas, such as, for example hydrogen. According to one feature of this embodiment, the at least one precursor gas includes a silicon precursor gas, such as, for example, silane, disilane, trisilane, or dichlorosilane. According to another feature of this embodiment, the at least one precursor gas includes a germanium precursor gas, such as, for example, germane, digermane, germanium tetrachloride, or germanium dichloride. According to yet another feature of this embodiment, in addition to the at least one precursor gas and a carrier gas, the source gas also includes an etchant for suppressing nucleation of the at least one semiconductor material over the dielectric region during deposition. The etchant may include hydrogen chloride or chlorine.

In yet another embodiment of the invention, the epitaxial layer is doped by adding a dopant to the epitaxial layer during deposition of the epitaxial layer. Examples of suitable dopants are phosphorus, arsenic, antimony, and boron. The dopant may be added to the epitaxial layer by introducing a dopant gas, such as phosphine, arsine, stibine, and diborane, into the chamber. According to one feature of this embodiment, the first predetermined level of doping ranges from about $10^{17}$ to about $10^{19}$ cm$^{-3}$

The epitaxial layer may include at least one of silicon and germanium. Also, the dielectric region may include at least one of silicon oxide and silicon nitride. Optionally, the dielectric region may have a two-layered spacer structure including a silicon oxide layer and a silicon nitride layer disposed thereon.

In some embodiments of the invention, the semiconductor substrate includes silicon. In other embodiments, the semiconductor substrate may include a silicon wafer; an insulating layer disposed thereon; and a strained semiconductor layer, for example, silicon or germanium, disposed on the insulating layer. Alternatively, the semiconductor substrate may include a silicon wafer; a compositionally uniform relaxed $Si_{1-x}Ge_x$ layer deposited thereon; and a strained silicon layer deposited on the relaxed $Si_{1-x}Ge_x$ layer. In this embodiment, the semiconductor substrate may also include a compositionally graded $Si_{1-x}Ge_x$ layer disposed between the compositionally uniform relaxed $Si_{1-x}Ge_x$ layer and the silicon wafer, or an insulating layer disposed between the compositionally uniform relaxed $Si_{1-x}Ge_x$ layer and the silicon wafer.

In still another embodiment of the invention, the temperature in the chamber during selective deposition of the epitaxial layer ranges from about 300° C. to about 900° C., for example, from about 500° C. to about 700° C. Also, the epitaxial layer may be deposited at a rate greater than about 1 nm/min.

In one embodiment of the invention, the method includes the steps of fabricating an n-channel MOSFET in a first portion of the semiconductor region; and fabricating a p-channel MOSFET in a second portion of the semiconductor region. According to one feature of this embodiment, the method includes counter-doping the first portion or the second portion at a second predetermined level. Optionally, the first predetermined level of doping does not exceed the second predetermined level of doping.

In some embodiments, the method of the invention also includes forming a metal silicide layer over the semiconductor region. The surface of the semiconductor substrate may have a substantially (100) crystallographic orientation. Also, the dielectric region may include a sidewall having an angle relative to the semiconductor substrate that ranges from about 60° to about 90°. The sidewall may be substantially aligned with either the <110> crystallographic plane or the <100> crystallographic plane of the semiconductor substrate.

US 6,946,371 B2

7

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, like reference characters generally refer to the same parts throughout the different views. Also, the drawings are not necessarily to scale, emphasis instead generally being placed upon illustrating the principles of the invention. In the following description, various embodiments of the present invention are described with reference to the following drawings, in which:

FIG. 1 depicts an XTEM image illustrating faceted selective epitaxial growth of alternating Si and SiGe layers proximate a sidewall of a SiO$_2$ spacer according to methods known in the art

FIG. 2 depicts a cross-sectional schematic view of a semiconductor device having a faceted raised source region according to methods known in the art;

FIG. 3 depicts an XTEM image illustrating facetless selective epitaxial growth according to one method known in the art;

FIG. 4 depicts a cross-sectional view of a semiconductor substrate suitable for use with various embodiments of the invention;

FIG. 5 depicts a cross-sectional view of a semiconductor device having selectively grown and in situ doped facetless Si source/drain epitaxial layers according to the invention; and

FIG. 6 depicts a cross-sectional view of the device of FIG. 5 after silicidation of the source/drain epitaxial layers.

## DETAILED DESCRIPTION

In various embodiments of the invention, facetless semiconductor structures, for example, raised source and drain elements of a MOSFET, are fabricated by selective epitaxial growth proximate commonly used spacer structures, such as those including Si$_3$N$_4$, SiO$_2$, or both, using commercially available chemical vapor deposition systems. Facet formation in the epitaxial layer is suppressed by doping the epitaxial layer at a predetermined level in situ during epitaxial growth, which increases tolerance to variability during the spacer fabrication process.

Referring to FIG. 4, a substrate 40 suitable for use with the invention, comprises a semiconductor, such as silicon or silicon deposited over an insulator, such as, for example, SiO$_2$. In one embodiment, several layers collectively indicated as 42 are formed on the substrate 40. The layers 42 may be grown, for example, in a CVD system, including a reduced-pressure chemical vapor deposition system (LPCVD), atmospheric-pressure chemical vapor deposition system (APCVD), and plasma-enhanced chemical vapor deposition system (PECVD). In this embodiment, the layers 42 and the substrate 40 may be referred to together as a "semiconductor substrate 44."

The layers 42 include a graded layer 46 disposed over the substrate 40. The graded layer 46 may include SiGe with a grading rate of, for example, 10% Ge/$\mu$m of thickness, with a thickness T1 of, for example, 2–9 $\mu$m, and grown by, for example, at 600–1100° C. A relaxed layer 48 is disposed over the graded layer 46. The relaxed layer 48 may include, for example, Si$_{1-x}$Ge$_x$ with a uniform composition containing, for example, 20–90% Ge, (i.e., 0.2 $\leq$x$\leq$0.9) having a thickness T2 ranging from, e.g., about 0.2 $\mu$m to about 2 $\mu$m. In an alternative embodiment, the relaxed layer 48 may be formed directly on the substrate 40, without the graded layer 46.

A tensilely strained layer 50 is disposed over relaxed layer 48, sharing an interface therewith. In one embodiment, the

8

tensilely strained layer 50 is formed of silicon. In other embodiments, the tensilely strained layer 50 may be formed of SiGe, or at least one of a group II, a group III, a group V, and a group VI element. The tensilely strained layer 50 may have a starting thickness T3 ranging, for example, from about 50 angstroms to about 300 angstroms (Å).

In some embodiments, a compressively strained layer (not shown) may be disposed between the relaxed layer 48 and the tensilely strained layer 50. In an embodiment, the compressively strained layer includes Si$_{1-y}$Ge$_y$ with a Ge content (y) higher than the Ge content (x) of the relaxed Si$_{1-x}$Ge$_x$ layer 48. The compressively strained layer may contain, for example 40–100% Ge and have a thickness ranging, e.g., from about 10 angstroms to about 200 angstroms (Å).

Referring to FIG. 5, in one embodiment, a semiconductor device, such as, for example, a transistor 60 having facetless raised source/drain regions is fabricated in a chamber 90 of a chemical vapor deposition system, such as, for example, LPCVD, APCVD, or PECVD system. The transistor 60 is formed on a semiconductor substrate 62 including, for example, silicon, silicon-on-insulator, or strained silicon, as described in detail above. The surface of the semiconductor substrate may have a substantially (100) crystallographic orientation.

In a particular variation of this embodiment of the invention, prior to MOSFET fabrication, the substrate 62 is cleaned using, for example, a dilute RCA process known in the art, in order to remove organic contaminants, particles, and any ionic or heavy metal contaminants from the substrate surface. Alternatively, or in addition to the RCA cleaning, the surface of the substrate may be passivated with hydrogen using a dilute hydrofluoric acid treatment. In yet another variation, a sacrificial SiO$_2$ layer may be grown on the substrate thermally or by an oxygen plasma and then completely removed by hydrofluoric acid. In still another variation, a non-selective dry-etch process can be used. The clean surface must be achieved while minimizing substrate consumption to ensure compatibility with thin film materials heterostructures and SOI wafers. Prior to epitaxial growth the substrate may be subjected to a high temperature bake step to remove any residual oxide on the surface. For example, after hydrogen passivation with a dilute HF treatment a suitable bake could include heating the substrate for 5 minutes at 800° C.

The transistor 60 includes a gate electrode 64, made of, for example, polycrystalline silicon, and a gate insulator 66 made of, for example, SiO$_2$ or a high-k material, patterned using, for example, reactive ion etching ("RIE") whereby SiO$_2$ gate insulator is defined by selective reactive ion etching using, e.g. CHF$_3$ /O$_2$ gas mixture with subsequent post-RIE cleaning to remove the growth-inhibiting fluoropolymer layer, as described in the above-referenced Langdo thesis.

Isolation regions 86, 88, made of, e.g., SiO$_2$, are introduced to isolate transistor 60 from other devices. Isolation regions 86,88 can be, for example, shallow trench isolation regions produced early in the transistor fabrication process by methods known in the art.

The transistor 60 also includes a source region 68 and a drain region 70 defined in the substrate 60 proximate the gate electrode 64. In a particular embodiment, the transistor 60 is an n-type MOSFET with the source and drain regions formed by n-type doping via, e.g. implantation of arsenic ions, as will be described in detail below. Shallow extension regions 68a, 70a of the source region 68 and the drain region

US 6,946,371 B2

9

10

70, respectively, are formed by, e.g., ion implantation after the gate electrode 64 and the gate insulator 66 are defined. The shallow extension regions 68a, 70a preferably extend to and, in one variation of this embodiment, slightly below the gate insulator 66. The depth of the extension regions 68a, 70a may range from about 5 nm to about 50 nm. A first liner 72 and a second liner 74 are deposited proximate the gate electrode 64 and the gate insulator 66. In a particular embodiment, the thickness of the liners 72, 74 is approximately 250 angstroms. The liners 72, 74 may be formed of, e.g., a low temperature oxide (LTO). During the formation of liners 72, 74, a hard mask 76 is formed on a top surface 78 of the gate electrode 64. Hard mask 76 is formed of, e.g., LTO.

Subsequently, spacers 80, 82 are formed proximate liners 72, 74 to electrically isolate the gate and source/drain regions during the device operation. The spacers 80, 82 are formed of a dielectric such as, for example, $Si_3N_4$, by chemical vapor deposition followed by an etchback step, such as reactive ion etch. Alternatively, spacers can be formed from $SiO_2$. In one embodiment, the height of the spacers 80, 82 roughly approximates or exceeds the height of the gate electrode 64 and ranges from about 80 nm to about 250 nm. The widths of the spacers 80, 82 range from about 30 nm to about 100 nm. Spacer sidewalls 81, 83 proximate to the source/drain regions 68, 70 may have at least partially concave profile. Sidewalls 81, 83 intersect the surface of the substrate 62 at angles $\alpha$, $\beta$ that range from about 60° to about 90°. In a particular embodiment, the angles $\alpha$, $\beta$ substantially, but not necessarily precisely, equal 90°. Furthermore, in various embodiments of the fabrication methods according to the invention, it is not necessary to precisely control the liner oxide undercut beneath the silicon nitride spacer prior to epitaxial growth to minimize faceting. The spacers 80, 82 may be fabricated so that the sidewalls 81, 83 are substantially aligned with a particular crystallographic plane of the semiconductor substrate 62, such as, for example, the <100> or <110> crystallographic plane.

The raised source/drain regions 68, 70 are formed by selective epitaxial growth coupled with ion implantation after formation of sidewall spacers 80, 82, as described below. The height of the source/drain regions 68, 70 may range from about 10 nm to about 100 nm.

Referring to FIG. 6, a contact material 100 is subsequently formed on raised source and drain regions 68, 70. In a particular embodiment, the contact material 100 is a metal compound that is thermally stable and has low electrical resistivity at the silicon/refractory metal interface, such as a metal silicide including, for example, cobalt, titanium, tungsten, molybdenum, platinum, nickel, or tantalum. Preferably, the contact material 90 is formed by a self-aligned silicide process, in which the contacts are formed only in the areas where the deposited metal is in direct contact with the source/drain regions 68, 70. Because of the facet-free formation, the metal uniformly penetrates the raised source 68 and drain 70 regions thereby maintaining the advantages of the raised source and drain approach.

In various embodiments of the invention, the raised source/drain elements 68, 70 include, for example, Si, Ge, or SiGe alloys, and are formed by selective epitaxial growth in a CVD system, such as LPCVD, APCVD, or PECVD reactor. Suitable CVD systems commonly used for volume epitaxy in manufacturing applications include, for example, EPI CENTURA™ single-wafer multi-chamber systems available from Applied Materials of Santa Clara, Calif., or EPSILON® single-wafer epitaxial reactors available from ASM International based in Bilthoven, The Netherlands.

In the CVD process, selective epitaxial growth typically includes introducing a source gas into the chamber. The source gas may include at least one precursor gas and a carrier gas, such as, for example hydrogen. In those embodiments of the invention where the raised regions 68, 70 are formed from Si, silicon precursor gases such as, for example, silane, disilane, trisilane, or dichlorosilane (DCS) are used. Conversely, in those embodiments of the invention where the raised regions 68, 70 are formed from Ge, germanium precursor gases, such as, for example, germane ($GeH_4$), digermane, germanium tetrachloride, or germanium dichloride are used. Finally, in the embodiments where the raised regions 68, 70 are formed from SiGe alloy, a combination of silicon and germanium precursor gases in various proportions is used. In a particular embodiment of the invention for selective deposition of $Si_{0.80}$ $Ge_{0.20}$ layers, 100 standard cubic centimeters (sccm) of DCS, 25 sccm 10% $GeH_4/H_2$, and 150 sccm of HCl in a hydrogen carrier gas at a growth temperature of 750° C. and pressure of 20 Torr may be used. In another embodiment of the invention for selective deposition of Si layers, 100 sccm of DCS and 100 sccm of HCl in a hydrogen carrier gas at a growth temperature of 850° C. and pressure of 10 Torr may be used.

The LPCVD, APCVD, or PECVD system chamber is heated, such as, for example, by RF-heating. The growth temperature in the chamber ranges from about 300° C to about 900° C depending on the composition of the raised regions 68, 70. Specifically, if the source gas predominantly contains silicon precursor, the temperature preferably ranges from about 500 to about 900° C, and if the source gas predominantly contains germanium precursor, the temperature ranges from about 300° C to about 700° C. The chamber pressure during formation of raised regions 68, 70 is greater than about 5 Torr and the growth rate is greater than 1 nanometer/minute (nm/min).

Referring again to FIG. 5, during selective epitaxial growth, the material composing raised regions 68, 70 forms only on the semiconductor substrate, such as the silicon substrate 62. The top surface 78 of gate electrode 64 is protected from epitaxial growth by the hard mask 76. Alternatively, hard mask 76 is absent from top surface 78 of gate electrode 64, and epitaxial growth additionally occurs on top surface 78. Epitaxy parameters are chosen such that substantially no epitaxial layer is formed on sidewall spacers 80, 82, and, as described below, substantially no facets are formed at the interface between raised regions 68, 70 and spacers 80, 82.

Selective growth of epitaxial layers substantially only on silicon or other semiconductors, and not on dielectrics such as silicon nitride or silicon dioxide, is facilitated by the introduction of an etchant, such as, for example, hydrogen chloride or chlorine, to the source gas mixture. Specifically, epitaxial layers are grown on exposed windows in a dielectric mask while nucleation of polysilicon on the masking material is suppressed during the incubation time by, for example, etching of spurious nuclei on the dielectric material, the mediation of saturation by formation of a number of intermediate chlorine-containing silicon precursors, and passivation of surface defect sites which serve as heterogeneous nucleation centers. Also, selectivity is facilitated by growing for a period of time that is generally shorter than the incubation period needed for polysilicon nucleation on the dielectric mask.

In various embodiments of the invention, the epitaxial layers of the source/drain regions 68, 70 are doped in situ by adding a dopant during deposition of the epitaxial layer to suppress facet formation at the interface with the spacers 80,

US 6,946,371 B2

11

82. Examples of suitable dopants are n-type dopant such as phosphorus, arsenic, and antimony, or p-type dopant, such as boron. The dopant may be added to the epitaxial layer by introducing a dopant gas, such as phosphine, arsine, stibine, and diborane, into the chamber. The dopant gas is diluted in a carrier gas of the source gas mixture to, for example, approximately 1% concentration.

In a particular embodiment, facetless selective epitaxial growth according to the invention is compatible with CMOS fabrication. CMOS fabrication entails formation of a n-channel MOSFET ("NMOS") in a first portion of the semiconductor region; and a p-channel MOSFET ("PMOS") in a second portion of the semiconductor region so that both MOSFETs are disposed on the same substrate. Accordingly, in this embodiment, in situ doping that is used during the epitaxial growth to suppress facet formation is sufficiently low so that it will not interfere with introduction of additional dopants of opposite type ("counterdoping") that is necessary in order to manufacture both n-channel and p-channel MOSFETs on the same substrate. This counterdoping may be performed with suitable masking in place for either NMOS (if the in situ doping to suppress faceting was p-type) or PMOS (if the in situ doping to suppress faceting was n-type), thus allowing CMOS fabrication. Accordingly, in this embodiment of the invention, a level of in situ doping that is used during the epitaxial growth to suppress facet formation does not exceed the level of counterdoping (for example, ion implantation) that is necessary for CMOS fabrication. For example, in one variation of this embodiment, the level of in situ doping ranges from about $10^{17}$ to about $10^{19}$ cm$^{-3}$, which does not interfere with a typical doping level used during CMOS fabrication that usually exceeds about $10^{20}$ cm$^{-3}$.

Other embodiments incorporating the concepts disclosed herein may be used without departing from the spirit and scope of the invention. The described embodiments are to be considered in all respects as only illustrative and not restrictive. Therefore, it is intended that the scope of the invention be only limited by the following claims.

What is claimed is:

1. A method of fabricating a semiconductor structure, the method comprising:

providing a chamber;

providing a semiconductor substrate in the chamber, the semiconductor substrate having a surface including a first portion and a second portion proximal to the first portion;

providing agate stack disposed over the first portion of said substrate, the gate stack comprising a dielectric region; and

selectively depositing an epitaxial layer of at least one semiconductor material on the second portion of the substrate adjacent to the gate stack while in situ doping the epitaxial layer at a first predetermined level to substantially suppress facet formation thereby forming a substantially facetless semiconductor region, wherein the pressure in the chamber during selective deposition of the epitaxial layer is greater than about 5 Torr.

2. The method of claim 1 wherein the epitaxial layer is deposited in a chemical vapor deposition system.

3. The method of claim 2 wherein the chemical vapor deposition system is selected from the group consisting of: a reduced-pressure chemical vapor deposition system, atmospheric-pressure chemical vapor deposition system, and plasma-enhanced chemical vapor deposition system.

4. The method of claim 1 wherein the step of selectively depositing an epitaxial layer comprises introducing a source gas into the chamber.

12

5. The method of claim 4 wherein the source gas comprises at least one precursor gas and a carrier gas.

6. The method of claim 5 wherein the carrier gas comprises hydrogen.

7. The method of claim 5 wherein the at least one precursor gas comprises a silicon precursor gas.

8. The method of claim 7 wherein the silicon precursor gas is selected from the group consisting of: silane, disilane, trisilane, and dichlorosilane.

9. The method of claim 5 wherein the at least one precursor gas comprises a germanium precursor gas.

10. The method of claim 9 wherein the germanium precursor gas is selected from the group consisting of: germane, digermane, germanium tetrachloride, or germanium dichloride.

11. The method of claim 5 wherein the source gas further comprises an etchant for suppressing nucleation of the at least one semiconductor material over the dielectric region during deposition.

12. The method of claim 11 wherein the etchant comprises hydrogen chloride or chlorine.

13. The method of claim 1 wherein the epitaxial layer is doped by adding a dopant to the epitaxial layer during deposition of the epitaxial layer, the dopant selected from the group consisting of: phosphorus, arsenic, antimony, and boron.

14. The method of claim 13 wherein the dopant is added to the epitaxial layer by introducing a dopant gas into the chamber, the dopant gas selected from the group consisting of: phosphine, arsine, stibine, and diborane.

15. The method of claim 13 wherein the first predetermined level of doping ranges from about $10^{17}$ to about $10^{19}$ cm$^{-3}$.

16. The method of claim 1 wherein the epitaxial layer comprises at least one of silicon and germanium.

17. The method of claim 1 wherein the dielectric region comprises at least one of silicon oxide and silicon nitride.

18. The method of claim 17 wherein the dielectric region comprises a two-layered spacer structure comprising a silicon oxide layer and a silicon nitride layer disposed thereon.

19. The method of claim 1 wherein the semiconductor substrate comprises silicon.

20. The method of claim 1 wherein the semiconductor substrate comprises

a silicon wafer;

an insulating layer disposed thereon; and

a strained semiconductor layer disposed on the insulating layer.

21. The method of claim 20 wherein the strained semiconductor layer comprises silicon or germanium.

22. The method of claim 1 wherein the semiconductor substrate comprises

a silicon wafer;

a compositionally uniform relaxed $Si_{1-x}Ge_x$ layer deposited thereon; and

a strained silicon layer deposited on the relaxed $Si_{1-x}Ge_x$ layer.

23. The method of claim 22 wherein the semiconductor substrate further comprises a compositionally graded $Si_{1-x}Ge_x$ layer disposed between the compositionally uniform relaxed $Si_{1-x}Ge_x$ layer and the silicon wafer.

24. The method of claim 22 wherein the semiconductor substrate further comprises an insulating layer disposed between the compositionally uniform relaxed $Si_{1-x}Ge_x$ layer and the silicon wafer.

25. The method of claim 1 wherein the temperature in the chamber during selective deposition of the epitaxial layer ranges from about 300° C. to about 900° C.

US 6,946,371 B2

13

26. The method of claim 25 wherein the temperature in the chamber during selective deposition of the epitaxial layer further ranges from about 500° C. to about 700° C.

27. The method of claim 1 wherein the epitaxial layer is deposited at a rate greater than about 1 nm/min.

28. The method of claim 1 further comprising:

fabricating a n-channel MOSFET in a first portion of the semiconductor region; and

fabricating a p-channel MOSFET in a second portion of the semiconductor region.

29. The method of claim 28 comprising counter-doping the first portion or the second portion at a second predetermined level.

30. The method of claim 29 wherein the first predetermined level of doping does not exceed the second predetermined level of doping.

14

31. The method of claim 1 further comprising forming a metal silicide layer over the semiconductor region.

32. The method of claim 1 wherein the surface of the semiconductor substrate has a substantially (100) crystallographic orientation.

33. The method of claim 1 wherein the dielectric region comprises a sidewall having an angle relative to the semiconductor substrate, the angle ranging from about 60° to about 90°.

34. The method of claim 33 wherein the semiconductor substrate has a <110> crystallographic plane, the sidewall being substantially aligned therewith.

35. The method of claim 33 wherein the semiconductor substrate has a <100> crystallographic plane, the sidewall being substantially aligned therewith.

\* \* \* \* \*