IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTEL CORPORATION,                          )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )    Civil Action No. 05-301-KAJ
                                            )
AMBERWAVE SYSTEMS CORPORATION,              )
                                            )
            Defendant.                      )

## ORDER

At Wilmington this **6th** day of **December, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has

been scheduled for **December 15, 2005 at 3:30 p.m.** with the undersigned.  **Counsel**

**for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE