# EXHIBIT A

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

(Mark One)

☑ **Quarterly report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the quarterly period ended October 1, 2005.

**OR**

☐ **Transition report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the transition period from __________ to __________

**Commission file number 000-06217**

# INTEL CORPORATION
**(Exact name of registrant as specified in its charter)**

| Delaware<br>(State or other jurisdiction of incorporation or organization) | 94-1672743<br>(I.R.S. Employer Identification No.) |
|---|---|
| 2200 Mission College Boulevard, Santa Clara, California<br>(Address of principal executive offices) | 95054-1549<br>(Zip Code) |

**(408) 765-8080**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name, former address, and former fiscal year, if changed since last report)**

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act). Yes ☑ No ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

Shares outstanding of the Registrant's common stock:

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS (Continued)**

**Results of Operations**

***Overview***

In the third quarter of 2005, we continued to see growth and strong financial results, with revenue, gross margin dollars, and operating income each achieving double-digit growth from a year ago. This growth was led by a significant increase in unit shipments across all major product categories, including microprocessors, chipsets, flash memory, wireless connectivity, and application processors. We continue to be largely dependent on sales of our microprocessors, and this quarter microprocessors within the Digital Enterprise Group and the Mobility Group accounted for approximately 73% of our consolidated net revenue.

Three main influences continue to drive our business: emerging markets, demand for mobile platforms, and advances in manufacturing. We enter the fourth quarter of 2005 anticipating that we will continue to grow revenue and gross margin dollars. Our factories are running at full capacity, and our unit costs continue to be better than our targets. However, our inventory levels are a little lower than we believe would be optimal, and we expect continued tightness in chipset inventory, particularly certain desktop chipsets. We will be working to increase inventory levels, and expect inventories to be higher at the end of the fourth quarter of 2005, driven by the ramp of our dual-core, 65-nanometer processors. These processors are scheduled to begin shipping for desktop and mobile platforms at the end of the fourth quarter of 2005, with introductions scheduled for the first quarter of 2006. These platforms will enable new form factors and new usage models for businesses and consumers.

During the first quarter of 2005 we announced a reorganization to align our business groups across our major platform initiatives. The discussion of our financial results below is consistent with these new business groups.

**Results of Operations — Third Quarter of 2005 Compared to Third Quarter of 2004**

The following table sets forth the consolidated statements of income and the related percentages of net revenue for the periods indicated:

| (Dollars In Millions) | Q3 2005 | | Q3 2004 | |
|---|---|---|---|---|
| **Net revenue** | **$ 9,960** | **100.0%** | **$ 8,471** | **100.0 %** |
| Cost of sales | 4,012 | 40.3% | 3,752 | 44.3 % |
| **Gross margin** | **5,948** | **59.7%** | **4,719** | **55.7 %** |
| Research and development | 1,341 | 13.5% | 1,183 | 14.0 % |
| Marketing, general and administrative | 1,478 | 14.8% | 1,123 | 13.2 % |
| Amortization of acquisition-related intangibles and costs | 29 | 0.3% | 40 | 0.5 % |
| **Operating income** | **3,100** | **31.1%** | **2,373** | **28.0 %** |
| Losses on equity securities, net | (2) | 0.0% | (10) | (0.1)% |
| Interest and other, net | 145 | 1.5% | 63 | 0.7 % |
| **Income before taxes** | **3,243** | **32.6%** | **2,426** | **28.6 %** |
| Provision for taxes | 1,248 | 12.6% | 520 | 6.1 % |
| **Net income** | **$ 1,995** | **20.0%** | **$ 1,906** | **22.5 %** |

• **Intel Investor Relations**
- News Calendar FAQ's
- Stock
- Financials
- Business Outlook
- Presentations & Webcasts
- Governance/Responsibility
- Highlights

Intel Investor Relations ▸ Investor Fact Sheet ▸ Technology Tomorrow



# Delivering Breakthrough Performance per Watt

Q3 2005 Investor Fact Sheet

## Technology Tomorrow: Delivering Breakthrough Performance per Watt

◂ Previous | Home | Next ▸

At the Intel Developer Forum in August, Intel Chief Executive Officer Paul Otellini established "performance per watt" as the future course for the technology industry. He described "factor of 10" breakthroughs in performance and reductions in power consumption that are expected to be featured in upcoming Intel® platforms.

Intel's Technology and Manufacturing Group (TMG) makes these breakthroughs possible by delivering the technology innovations and high-volume manufacturing capability necessary to support Intel's platform *initiatives. Otellini demonstrated new Intel notebook*, desktop and server processors built using the company's industry leading 65-nanometer manufacturing process technology. "While 65 nanometers is the size of the average feature on chips made with this technology, the transistor gates are only 35 nanometers wide, with insulating layers only five atoms thick," explains Bob Baker, Intel senior vice president and general manager of TMG.

"The 65-nanometer technology, along with our next-generation 45-nanometer process and advances in flash memory, chipsets and other devices, will bring about the dramatic improvements in performance per watt described at IDF," says Baker.

High-volume manufacturing of products based on leading-edge technologies requires innovative, flexible factories. Since 2000, Intel has invested more than $32 billion in manufacturing and assembly and test capacity to support revenue growth. "This occurred at the same time that many other companies were slowing their investments or shifting their production to independent foundries," says Baker.

Recently completed projects include the conversion of an Intel silicon wafer fabrication factory (fab) in Arizona from 200 millimeter (mm) to 300mm wafers, more than doubling the unit volume potential of that facility. Next year, as new platforms are introduced, Intel will have five 300mm wafer fabs in operation, four of them running the new 65-nanometer process technology. In August, Intel started construction on a new $3 billion fab in Arizona, designed for 45-nanometer process technology on 300mm wafers when it begins production in 2007. Production is also beginning on schedule this year at a new assembly and test facility in Chengdu, China.

"As a result of these investments, Intel has been able to help its customers meet a surge in demand for computing and communications devices," says Baker. "Our return on invested capital has continued to improve." This year's return rate is anticipated to increase, and will put Intel among the industry leaders.

"Underlying all of TMG's achievements is a relentless focus on excellence in quality and execution," says Baker. Intel maintains a world-class employee safety record and has met or exceeded its goals for improvements in emissions, facility energy use, water conservation and recycling. In recognition of its corporate citizenship, Intel has been included in the Dow Jones Sustainability Index for the seventh consecutive year.

"TMG's design, assembly and materials engineers engage with Intel platform groups and customers from the beginning of the product development process to explore new configurations and market opportunities," adds Baker. "Their goal is to reduce the time required to bring new products to production while continuing to trim unit costs. Intel has a capability unmatched in the industry to deliver technology innovation and world-class manufacturing on a global scale. This gives us competitive advantages and enables us to deliver platforms with higher performance-per-watt metrics that the market demands."

back to top