# EXHIBIT B

# PART 2 OF 3

Applied Physics 1876 (1961).

87. S. T. Ahn et al., *Film Stress-related Vacancy Supersaturation in Silicon Under Low-pressure Chemical Vapor Deposited Silicon Nitride Films*, 64 J. Applied Physics 4914 (1988).

88. J. G. Fiorenza et al., *Film Thickness Constraints for Manufacturable Strained Silicon CMOS*, 19 Semiconductor Sci. Tech. L4 (2004) (letter to the editor).

89. D. Fathy et al., *Formation of Epitaxial Layers of Ge on Si Substrates by Ge Implantation and Oxidation*, 51 Applied Physics Letters 1337 (1987).

90. N. Sugiyama et al., *Formation of Strained-Silicon Layer on Thin Relaxed-SiGe/SiO₂/Si Structure Using SIMOX Technology*, 369 Thin Solid Films 199 (2000).

91. Isaac Lauer et al., *Fully Depleted n-MOSFETs on Supercritical Thickness Strained SOI*, 25 IEEE Electron Device Letters 83 (2004).

92. K. Ismail et al., *Gated Hall Effect Measurements in High-Mobility n-Type Si/SiGe Modulation-Doped Heterostructures*, 66 Applied Physics Letters 842 (1995).

93. G. F. A. Van de Walle et al., *Germanium Diffusion and Strain Relaxation in Si/ $Si_{1-x}Ge_x$ Structures*, 183 Thin Solid Films 183 (1989).

94. E. A. Fitzgerald, *GeSi/Si Nanostructures*, 25 Annual Rev. of Materials Sci. 417 (1995).

95. J. C. Bean et al., *$Ge_x Si_{1-x}$/Si Strained-layer Superlattice Grown by Molecular Beam Epitaxy*, 2 J. Vacuum Sci. & Tech. 436 (1984).

96. Gianni Taraschi et al., *Relaxed SiGe on Insulator Fabricated Via Wafer Bonding and layer Transfer: Etch-Back and Smart-Cut Alternatives*, 20 J. of Vacuum Sci.

& Tech. B 725 (2002).

97. E. Kasper, *Growth and Properties of Si/SiGe Superlattices*, 174 Surface Sci. 630 (1986).

98. C. M. Gronet, *Growth of GeSi/Si Strained-layer Superlattices Using Limited Reaction Processing*, 61 J. Applied Physics 2407 (1987).

99. R. Hull et al., *Growth of $Ge_xSi_{1-x}$ Alloys on Si(110) Surfaces*, 59 Applied Physics Letters 964 (1991).

100. A. G. Cullis et al., *Growth Ripples Upon Strained SiGe Epitaxial Layers on Si and Misfit Dislocation Interactions*, 12 J. Vacuum Sci. & Tech. A 1924 (1994).

101. A. Pruijmboom et al., *Heterojunction Bipolar Transistors with $Si_{1-x}Ge_x$ Base*, 19 Microelectronic Engineering 427 (1994).

102. G. H. Schwuttke et al., *High Energy Nitrogen Doping of Single-Crystal Silicon*, Proceedings of the 1967 Santa Fe Conf. on Radiation Effects in Semiconductors 406 (1968).

103. T. Mizuno et al., *High Performance Strained-Si p-MOSFETs on SiGe-on-Insulator Substrates Fabricated by SIMOX Technology*, 1999 Int'l Electron Device Meeting Tech. Dig. 934 (1999).

104. J. J. Wortman et al., *Effect of Mechanical Stress on p-n Junction Device Characteristics*, 35 J. Applied Physics 2122 (1964).

105. F. Schäffler et al., *High-electron-mobility Si/SiGe Heterostructures: Influence of the Relaxed SiGe Buffer Layer*, 7 Semiconductor Sci. Tech. 260 (1992) (letter to the editor).

106. Sarah H. Olsen et al., *High-performance nMOSFETs Using a Novel Strained*

*Si/SiGe CMOS Architecture*, 50 IEEE Transactions on Electron Devices 1961 (2003).

107. High Tensile Nitride Layer, U.S. Patent No. 5,633,202 (filed June 6, 1996) (issued May 27, 1997).

108. S. B. Samavedam et al., *High-quality Germanium Photodiodes Integrated on Silicon Substrates Using Optimized Relaxed Graded Buffers*, 73 Applied Physics Letters 2125 (1998).

109. C. W. Leitz et al., *Hole Mobility Enhancements in Strained Si/ $Si_{1-y}Ge_y$ p-type Metal-oxide-semiconductor Field-effect Transistors Grown on Relaxed $Si_{1-x}Ge_x$ ($x<y$) Virtual Substrates*, 79 Applied Physics Letters 4346 (2001).

110. S. Subbanna et al., *How SiGe Evolved into a Manufacturable Semiconductor Production Process*, 1999 IEEE International Solid-State Conf. 66 (1999).

111. K. Ismail, *Identification of a Mobility-Limiting Scattering Mechanism in Modulation-Doped Si/SiGe Heterostructures*, 73 Physical Rev. Letters 3447 (1994).

112. L. Gerward, *Implantation-induced Strains in Silicon Studied by X-ray Interferometry and Topography*, 37 Phil. Mag. A 95 (1978).

113. Jongwan Jung et al., *Implementation of Both High-Hole and Electron Mobility in Strained Si/Strained $Si_{1-y}Ge_y$ on Relaxed $Si_{1-x}Ge_x$ ($x<y$) Virtual Substrate*, 24 IEEE Electron Device Letters 460 (2003).

114. Ken-ichi Shoji et al., *Improved Crystalline Quality of $Si_{1-x}Ge_x$ Formed by Low-temperature Germanium Ion Implantation*, 60 Applied Physics Letters 451 (1992).

115. R. Hull et al., *Improvement in Heteroepitaxial Film Quality by a Novel Substrate Patterning Geometry*, 60 Applied Physics Letters 1468 (1992).

116. A. Antonelli & J. Bernhole, *Pressure and Strain Effects on Diffusion*, 163 Materials Research Soc'y Symp. Proceedings 523 (1990).

117. A. Bohg & A. K. Gaind, *Influence of Film Stress and Thermal Oxidation on the Generation of Dislocations in Silicon*, 33 Applied Physics Letters 895 (1978).

118. Peter Smeys et al., *Influence of Process-induced Stress on Device Characteristics and its Impact on Scaled Device Performance*, 46 IEEE Transactions on Electron Devices 1245 (1999).

119. V. T. Karmanov et al., *Influence of Radiation Defects on Impurity Diffusion in Silicon*, 11 Soviet Physics and Semiconductors 1097 (1978).

120. N. E. B. Cowern et al., *Interdiffusion Mechanisms in Coherently Strained SiGe Multilayers*, 96-4 Electrochemical Soc'y Proceedings 195 (1996).

121. R. Hull et al., *Interfacial Structure and Stability in $Ge_xSi_{1-x}$/Si Strained Layers*, 37 Material Resources Soc'y Symp. Proceedings 261 (1985).

122. D. E. Jesson et al., *Interplay between Evolving Surface Morphology, Atomic-scale Growth Modes, and Ordering during $Si_{1-x}Ge_x$ Epitaxy*, 70 Physical Rev. Letters 2293 (1993).

123. Feng Liu & M. G. Lagally, *Interplay of Stress, Structure, and Stoichiometry in Ge-Covered Si(001)*, 76 Physical Rev. Letters 3156 (1996).

124. R. Hull et al., *Interpretation of Dislocation Propagation Velocities in Strained $Ge_xSi_{1-x}$/Si(100) Heterostructures by the Diffusive Kink Pair Model*, 70 J. Applied Physics 2052 (1991).

125. L. K. Bera et al., *Investigation of Electrical Properties of Furnace Grown Gate Oxide on Strained-Si*, 462-63 Thin Solid Films 85 (2004).

126. J. G. Fiorenza et al., *Investigation of Misfit Dislocation Leakage in Supercritical Strained Silicon MOSFETs*, Proceedings of the 2004 IEEE International Reliability Physics Symp. 493 (2004).

127. Shoichi Mizuo & Hisayuki Higuchi, *Investigation of Point Defects in Si by Impurity Diffusion*, 36 Material Resources Soc'y Symp. Proceedings 125 (1985).

128. E. P. EerNisse, *Lateral Stress Measurements in Ion-Implanted Metals and Insulators*, *in* Ion Implantation in Semiconductors and Other Materials 531 (Billy L. Crowder ed., 1973).

129. G. S. Cargill et al., *Lattice Compression from Conduction Electrons in Heavily Doped Si:As*, 61 Physical Rev. Letters 1748 (1988).

130. R. N. Ghoshtagore, *Dopant Diffusion in Silicon. III. Acceptors*, 3 Physical Rev. B 2507 (1971).

131. J. F. Gibbons et al., *Limited Reaction Processing: Silicon Epitaxy*, 47 Applied Physics Letters 721 (1985).

132. A. Shimizu et al., *Local Mechanical-Stress Control (LMC): A New Technique for CMOS-Performance Enhancement*, 2001 Int'l Electron Device Meeting Tech. Dig. 433 (2001).

133. Cheng-Liang Huang et al., *LOCOS-Induced Stress Effects on Thin-Film SOI Devices*, 44 IEEE Transactions on Electron Devices 646 (1997).

134. B. S. Meyerson, *Low-temperature Si and Si:Ge Epitaxy by Ultrahigh-vacuum/Chemical Vapor Deposition: Process Fundamentals*, 34 IBM J. Research

& Dev. 806 (1990).

135. G. H. Loechelt et al., *Measurement and Modeling of Boron Diffusion in Si and Strained $Si_{1-x}Ge_x$ Epitaxial Layers During Rapid Thermal Annealing*, 74 J. Applied Physics 5520 (1993).

136. J. C. Tsang et al., *Measurements of Alloy Composition and Strain in Thin $Ge_xSi_{1-x}$ Layers*, 75 J. Applied Physics 8098 (1994).

137. B. Kloeck & N. F. De Rooij, *Mechanical Sensors, in* Semiconductor Sensors 153 (1994).

138. Shinya Ito et al., *Mechanical Stress Effect of Etch-Stop Nitride and its Impact on Deep Submicron Transistor Design*, 2000 Int'l Electron Device Meeting Tech. Dig. 247 (2000).

139. Hernan A. Rueda et al., *Mechanical Stress Modeling for Silicon Fabrication Processes*, 1997 International Conf. on Simulation of Semiconductor Processes and Devices Dig. 53 (1997).

140. C. S. Nichols et al., *Mechanisms of Dopant Impurity Diffusion in Silicon*, 40 Physical Rev. B 5484 (1989).

141. E. A. Fitzgerald et al., *Silicon-Based Epitaxial Films for MEMS*, 518 Microelectromechanical Structures for Materials Research 233 (1998).

142. Ingrid De Wolf, *Micro-Raman Spectroscopy to Study Local Mechanical Stress in Silicon Integrated Circuits*, 11 Semiconductor Sci. Tech. 139 (1996).

143. H. Jorke & H. J. Herzog, *Mobility Enhancement in Modulation-Doped Si- $Si_{1-x}Ge_x$ Superlattice Grown by Molecular Beam Epitaxy*, Proceedings of the First Int'l Symp. on Silicon Molecular Beam Epitaxy 352 (1985).

144. Hernan A. Rueda & Mark E. Law, *Modeling of Strain in Boron-Doped Silicon Cantilevers*, 1998 International Conf. on Modeling and Simulation of Microsystems, Semiconductors, Sensors and Actuators 94 (1998).

145. R. People et al., *Modulation Doping in Ge(x)Si(1-x)/Si Strained Layer Heterostructures: Effects of Alloy Layer thickness, Doping Setback, and Cladding Layer Dopant Concentration*, 3 J. Vacuum Sci. & Tech. A 846 (1985).

146. R. People et al., *Modulation Doping in $Ge_xSi_{1-x}$/Si Strained Layer Heterostructures*, 45 Applied Physics Letters 1231 (1984).

147. E. A. Fitzgerald et al., *MOSFET Channel Engineering Using Strained Si, SiGe, and Ge Channels*, Extended Abstracts of the 2002 Int'l Conf. on Solid State Devices and Materials 144 (2002).

148. Stephen Cea, *Multidimensional Viscoelastic Modeling of Silicon Oxidation and Titanium Silicidation*, (1996) (unpublished Ph.D. dissertation, University of Florida).

149. U. Kõenig et al., *N-Channel Si/SiGe MODFET's: Effects of Rapid Thermal Activation on the DC Performance*, 14 IEEE Electron Device Letters 97 (1993).

150. O. Vancauwenberghe et al., *New SiGe Dielectrics Grown at Room Temperature by Low-energy Ion Beam Oxidation and Nitridation*, 59 Applied Physics Letters 2031 (1991).

151. J. Welser et al., *NMOS and PMOS Transistors Fabricated in Strained Silicon/Relaxed Silicon-Germanium Structures*, 1992 Int'l Electron Device Meeting Tech. Dig. 1000 (1992).

152. Srikanth B. Samavedam & E. A. Fitzgerald, *Novel Dislocation Structure and*

*Surface Morphology Effects in Relaxed Ge/SI-Ge(graded)/Si Structures*, 81 J. Applied Physics 3108 (1997).

153. O. W. Holland et al., *Novel Oxidation Process in $Ge^+$-implanted Si and its Effect on Oxidation Kinetics*, 51 Applied Physics Letters 520 (1987).

154. Shin-ichi Takagi et al., *On the Universality of Inversion Layer Mobility in Si MOSFET's: Part I – Effects of Substrate Impurity Concentration*, 41 IEEE Transactions on Electron Devices 2357 (1994).

155. Mayank Bulsara, *Optical Interconnects Promised by III-V on-Silicon Integration*, Solid State Technology 22 (Aug. 2004).

156. Clarence W. Teng et al., *Optimization of Sidewall Masked Isolation Process*, 32 IEEE Transactions on Electron Devices 124 (1985).

157. Minjoo L. Lee & Eugene A. Fitzgerald, *Optimized Strained Si/Strained Ge Dual-Channel Heterostructures for High Mobility P- and N-MOSFETs*, 2003 Int'l Electron Device Meeting Tech. Dig. 429 (2003).

158. S. R. Stiffler, *Oxidation-induced Substrate Strain in Advanced Silicon Integrated-circuit Fabrication*, 68 J. Applied Physics 351 (1990).

159. J. R. Hwang et al., *Performance of 70nm Strained-Silicon CMOS Devices*, 2003 Symp. on VLSI Tech. Dig. of Tech. Papers 103 (2003).

160. C. Maleville et al., *Physical Phenomena Involved in the Smart-Cut Process*, 96-3 Electrochemical Soc'y Proceedings 34 (1996).

161. Roosevelt People, *Physics and Applications of $Ge_xSi_{1-x}$/Si Strained-Layer Heterostructures*, QE-22 IEEE Journal of Quantum Mechanics 1696 (1986).

162. Charles S. Smith, *Piezoresistance Effect in Germanium and Silicon*, 94 Physical

Rev. 42 (1954).

163. G. Dorda, *Piezoresistance in Quantized Conduction Bands in Silicon Inversion Layers*, 42 J. Applied Physics 2053 (1971).

164. P. M. Fahey et al., *Point Defects and Dopant Diffusion in Silicon*, 61 Rev. Modern Physics 289 (1989).

165. T. A. Langdo et al., *Preparation of Novel SiGe-Free Strained Si on Insulator Substrates*, 2002 IEEE Int'l SOI Conf. 211 (2002).

166. A. Antonelli & J. Bernhole, *Pressure and Strain Effects on Diffusion*, 163 Material Resources Soc'y Symp. Proceedings 524 (1990).

167. Guo-Quan Lu et al., *Pressure-enhanced Crystallization Kinetics of Amorphous Si and Ge: Implications for Point-defect Mechanisms*, 70 J. Applied Physics 5323 (1991).

168. I. De Wolf et al., *Process-induced Mechanical Stress in Isolation Structures Studied by Micro-Raman Spectroscopy*, 74 J. Applied Physics 4490 (1993).

169. M. Mukhhopadhyay et al., *Properties of SiGe Oxides Grown in a Microwave Oxygen Plasma*, 78 J. Applied Physics 6135 (1995).

170. Richard B. Fair, *Quantified Conditions for Emitter-Misfit Dislocation Formation in Silicon*, 125 J. Electrochemical Soc'y: Solid-state Sci. & Tech. 923 (1978).

171. F. Cerdeira et al., *Raman Scattering from* $Ge_xSi_{1-x}$*/Si Strained-layer Superlattices*, 45 Applied Physics Letters 1138 (1984).

172. D. W. McNeill et al., *Low Temperature Epitaxial Silicon Growth in a Rapid Thermal Processor*, 224 Materials Research Soc'y Symp. Proceedings 235 (1991).

173. Transistor with Ultra Shallow Tip and Method of Fabrication, U.S. Patent No. 5,710,450 (filed Dec. 23, 1994) (issued Jan. 20, 1997).

174. D. B. Noble et al., *Reduction in Misfit Dislocation Density by the Selective Growth of $Si_{1-x}Ge_x/Si$ in Small Areas*, 56 Applied Physics Letters 51 (1990).

175. B. Hollander & S. Mantl, *Reduction of Dislocation Density of MBE-Grown $Si_{1-x}Ge_x$ Layers on (100) Si by Rapid Thermal Annealing*, 183 Thin Solid Films 157 (1989).

176. S. B. Samavedam et al., *Relaxation of Strained Si Layers Grown on SiGe Buffers*, 17 J. Vacuum Sci. & Tech. B 1424 (1999).

177. E. A. Fitzgerald et al., *Relaxed $Ge_xSi_{1-x}$ Structures for III-V Integration with Si and High Mobility Two-dimensional Electron Gases in Si*, 10 J. Vacuum Sci. & Tech. B 1807 (1992).

178. Gianni Taraschi et al., *Relaxed SiGe on Insulator Fabricated via Wafer Bonding and Layer Transfer: Etch-back and Smart-cut Alternatives*, 2001-3 Electrochemical Soc'y Proceedings 27 (2001).

179. Gianni Taraschi et al., *Relaxed SiGe-on-insulator Fabricated via Wafer Bonding and Etch Back*, 20 J. Vacuum Sci. & Tech. B 725 (2002).

180. Zhiyuan Cheng et al., *Relaxed Silicon-Germanium on Insulator Substrate by Layer Transfer*, 30 J. Electronic Materials L37 (2001).

181. Xiaoyi Ding et al., *Residual Stressed and Mechanical Properties of Boron-doped $p^+$-Silicon Films*, A21-23 Sensors and Actuators 866 (1990).

182. S. F. Nelson et al., *Room-temperature Electron Mobility in Strained Si/SiGe Heterostructures*, 63 Applied Physics Letters 367 (1993).

183. Jung-Suk Goo et al., *Scalability of Strained-Si nMOSFETs Down to 25 nm Gate Length*, 24 IEEE Electron Device Letters 351 (2003).

184. Y. H. Xie et al., *Semiconductor Surface Roughness: Dependence on Sign and Magnitude of Bulk Strain*, 73 Physical Rev. Letters 3006 (1994).

185. Q. Y. Tong & U. Gösele, *Semiconductor Wafer Bonding: Science and Technology*, (John Wiley & Sons, Inc. 1999).

186. N. Herbots et al., *Semiconductor-based Heterostructure Formation Using Low Energy Ion Beams: Ion Beam Deposition (IBD) & Combined Ion and Molecular Beam Deposition (CIMD)*, *in* Deposition and Growth: Limits for Microelectronics 259 (G. W. Rugloff ed., American Vacuum Society 1988).

187. Mayank Bulsara, *SiGe Graded-Layer Technology Ready to be Incorporated into III-V Optical Interconnect Systems*, 29 MRS Bulletin 611 (2004).

188. S. Fukatsu et al., *SiGe-based Semiconductor-on-insulator Substrate Crated by Low-energy Separation-by-implanted-oxygen*, 72 Applied Physics Letters 3485 (1998).

189. T. A. Langdo et al., *SiGe-free Strained Si on Insulator by Wafer Bonding and Layer Transfer*, 82 Applied Physics Letters 4256 (2003).

190. L. J. Huang, *SiGe-on-insulator Prepared by Wafer Bonding and Layer Transfer for High-performance Field-effect Transistors*, 78 Applied Physics Letters 1267 (2001).

191. Yukari Ishikawa et al., *SiGe-on-insulator Substrate Using SiGe Alloy Grown Si(001)*, 75 Applied Physics Letters 983 (1999).

192. An Steegen et al., *Silicide Induced Pattern Density and Orientation Dependent*

*Transconductance in MOS Transistors*, 1999 Int'l Electron Device Meeting Tech. Dig. 497 (1999).

193. Kurt E. Peterson, *Silicon as a Mechanical Metal*, 70 Proceedings of the IEEE 420 (1982).

194. W. M. Bullis, *Silicon Material Properties*, *in* Handbook of Semiconductor Silicon Technology 423 (William C. O'Mara et al. eds., Noyes Publications 1990).

195. John C. Bean, *Silicon-Based Semiconductor Heterostructures: Column IV Bandgap Engineering*, 80 Proceedings of the IEEE 571 (1992).

196. G. Abstreiter et al., *Silicon/Germanium Strained Layer Superlattices*, 95 J. Crystal Growth 431 (1989).

197. J. Bennett et al., *SIMS Depth Profiling of B and As Implants in* $Si_{1-x}Ge_x$ *and Strained Si/* $Si_{1-x}Ge_x$, 2004-07 Electrochemical Soc'y Proceedings 239 (2004).

198. U. König & F. Schäffler, *Si/SiGe Modulation Doped Field-Effect Transistor with Two Electron Channels*, 27 Electronics Letters 1405 (1991).

199. F. Corni et al., *Solid-phase Epitaxial Growth of Ge-Si Alloys Made by Ion Implantation*, 71 J. Applied Physics 2644 (1992).

200. J. E. Lawrence, *Solute Diffusion in Plastically Deformed Silicon Crystals*, 18 British J. Applied Physics 405 (1967).

201. R. Hull et al., *Stability of Semiconductor Strained-layer Superlattices*, 48 Applied Physics Letters 56 (1986).

202. G. Kissinger et al., *Stepwise Equilibrated Graded* $Ge_xSi_{1-x}$ *Buffer with Very Low Threading Dislocation Density on Si(001)*, 66 Applied Physics Letters 2083 (1995).

203. J. Welser et al., *Strain Dependence of the Performance Enhancement in Strained-Si n-MOSFETs*, 1994 Int'l Electron Device Meeting Tech. Dig. 373 (1994).

204. D. C. Houghton, *Strain Relaxation Kinetics in* $Si_{1-x}Ge_x/Si$ *Heterostructures*, 70 J. Applied Physics 2136 (1991).

205. Minjoo Lee et al., *Strained Ge Channel p-Type Metal-oxide-semiconductor Field-effect Transistors Grown on* $Si_{1-x}Ge_x/Si$ *Virtual Substrates*, 79 Applied Physics Letters 3344 (2001).

206. D. Godbey et al., *A* $Si_{0.7}Ge_{0.3}$ *Strained Layer Etch Stop for the Generation of Bond and Etch Back SOI*, 1989 IEEE SOS/SOI Tech. Conf. Proceedings 143 (1989).

207. S. John et al., *Strained Si n-Channel Metal-oxide-semiconductor Transistor on Relaxed* $Si_{1-x}Ge_x$ *Formed by Ion Implantation of Ge*, 74 Applied Physics Letters 2076 (1999).

208. T. A. Langdo et al., *Strained Si on Insulator Technology: From Materials to Devices*, 48 Solid State Electronics 1357 (2004).

209. Minjoo L. Lee & Eugene A. Fitzgerald, *Strained Si, SiGe, and Ge Channels for High-mobility Metal-oxide-semiconductor Field-effect Transistors*, 97 J. Applied Physics 011101-1 (2005).

210. Matthew T. Currie, *Strained Silicon: Engineered Substrates and Device Integration*, 2004 Int'l Conf. on Integrated Circuit Design and Tech. 261 (2004).

211. E. Kasper & F. Schäffler, *Stability of Strained-Layer Superlattices*, *in* Strained-Layer Superlattices: Materials Sci. & Tech. 240 (Thomas P. Pearsall ed., Academic Press, Inc. 1991).

212. Gianni Taraschi et al., *Strained-Si-on-Insulator (SSOI) and SiGe-on-Insulator*

*(SGOI): Fabrication Obstacles and Solutions*, 745 Material Resources Soc'y Symp. Proceedings 105 (2003).

213. G. Abstreiter et al., *Strain-Induced Two-Dimensional Electron Gas in Selectively Doped Si/ $Si_{1-x}Ge_x$ Superlattices*, 54 Physical Rev. Letters 2441 (1985).

214. T. Kuroi et al., *Stress Analysis of Shallow Trench Isolation for 256MDRAM and Beyond*, 1998 Int'l Electron Device Meeting Tech. Dig. 141 (1998).

215. Julio H. Serebrinsky, *Stress Concentration in Silicon-Insulator Interfaces*, 13 Solid-State Electronics 1435 (1970).

216. Conor Stefan Rafferty, *Stress Effects in Silicon Oxidation – Simulation and Experiments*, (1989) (unpublished Ph.D. dissertation, Stanford University).

217. Ingrid De Wolf & H. E. Maes, *Stress Measurements in Silicon Devices Through Raman Spectroscopy: Bridging the Gap between Theory and Experiment*, 79 J. Applied Physics 7148 (1996).

218. D. Chidambarrao et al., *Stresses in Si Substrates Near Isolation Trenches*, 70 J. Applied Physics 4816 (1991).

219. P. M. Fahey et al., *Stress-induced Dislocations in Silicon Integrated Circuits*, 36 IBM J. Research & Dev. 158 (1992).

220. S. M. Hu, *Stress-related Problems in Silicon Technology*, 70 J. Applied Physics R53 (1991).

221. M. Erdtmann et al., *Structural Characterization of Strained Silicon Substrates by X-ray Diffraction and Reflectivity*, Extended Abstracts of the 2003 Int'l Conf. on Solid State Devices and Materials 290 (2003).

222. R. Hull et al., *Structural Studies of GeSi/Si Heterostructures*, Proceedings of the

First Int'l Symp. on Silicon Molecular Beam Epitaxy 376 (1985).

223. R. Hull et al., *Structure Imaging of Commensurate $Ge_xSi_{1-x}$/Si(100) Interfaces and Superlattices*, 46 Applied Physics Letters 178 (1985).

224. J. H. Van Der Merwe, *Structure of Epitaxial Crystal Interfaces*, 31 Surface Sci. 198 (1972).

225. S. C. Jain & W. Hayes, *Structure, Properties and Applications of $Ge_xSi_{1-x}$ Strained Layers and Superlattices*, 6 Semiconductor Sci. & Tech. 547 (1991).

226. Veronique T. Gilliard & William D. Nix, *Study of the Dislocation Processes Associated with Strain Relaxation in Si – Ge Heteroepitaxial Films*, 84 Zeitschrift für Metallkunde 874 (1993).

227. H. C. H. Wang et al., *Substrate-Strained Silicon Technology: Process Integration*, 2003 Int'l Electron Device Meeting Tech. Dig. 61 (2003).

228. Shoichi Mizuo & Hisayuki Higuchi, *Suppression by Pre-Diffusion Annealing of Anomalous Diffusion of B and P in Si Directly Masked with $Si_3N_4$ Films*, 20 Japanese J. Applied Physics 1749 (1981).

229. Low Damage Doping Technique for Self-Aligned Source and Drain Regions, U.S. Patent No. 5,976,939 (filed July 3, 1995) (issued Nov. 2, 1999).

230. P. Balk, *Surface Properties of Oxidized Germanium-Doped Silicon*, 118 J. Electrochemical Soc'y: Solid State Science 494 (1971).

231. R. People et al., *Temperature Dependence of Hole Mobilities in Selectively Doped Ge(x)Si(1-x)/Si Strained Layer Heterojunctions*, Proceedings of the First Int'l Symp. on Silicon Molecular Beam Epitaxy 360 (1985).

232. C. F. Gibbon et al., *The Effect of Mask Edges on Dopant Diffusion into*

*Semiconductors*, 119 J. Electrochemical Soc'y: Solid-State Sci. & Tech. 767 (1972).

233. Richard B. Fair, *The Effect of Strain-induced Band-gap Narrowing on High Concentration Phosphorus Diffusion in Silicon*, 50 J. Applied Physics 860 (1979).

234. J. R. Willis, *The Energy of an Array of Dislocations: Implications for Strain Relaxation in Semiconductor Heterostructures*, 62 Phil. Mag. A 115 (1990).

235. W. Frank, *The Interplay of Solute- and Self-diffusion – A key for Revealing Diffusion Mechanisms in Silicon and Germanium*, 75 Defect and Diffusion F. 121 (1991).

236. K. G. McQuhae & A. S. Brown, *The Lattice Contraction Coefficient of Boron and Phosphorus in Silicon*, 15 Solid State Electronics 259 (1972).

237. E. H. Yang & S. S. Yang, *The Quantitative Determination of the Residual Stress Profile in Oxidized $p^+$ Silicon Films*, 54 Sensors and Actuators A 684 (1996).

238. C. E. Christodoulides et al., *The Recrystallization of Ion-implanted Silicon Layers II. Implant Species Effect*, 36 Radiation Effects 73 (1978).

239. J. S. Williams, *The Significance of Ion Implantation Induced Stress in Silicon*, 60A Physics Letters 330 (1977).

240. K. Schonenberg et al., *The Stability of $Si_{1-x}Ge_x$ Strained Layers on Small-area Trench-isolation Silicon*, 12 J. Material Research 364 (1997).

241. Yoshihiro Todokoro & Iwao Teramoto, *The Stress-enhanced Diffusion of Boron in Silicon*, 49 J. Applied Physics 3527 (1978).

242. Chris G. Van de Walle, *Theoretical Calculations of Heterojunction Discontinuities in the Si/Ge System*, 34 Physical Rev. B 5621 (1986).

243. F. R. N. Nabarro, *Theory of Crystal Dislocations* (Dover Publications, Inc. 1967).

244. A. T. Fiory et al., *Thermal Relaxation of Metastable Strained-layer* $Ge_xSi_{1-x}$*/Si Epitaxy*, 31 Physical Rev. B 4063 (1985).

245. S. S. Iyer & F. K. LeGoues, *Thermal Relaxation of Pseudomorphic Si-Ge Superlattices by Enhanced Diffusion and Dislocation Multiplication*, 65 J. Applied Physics 4693 (1989).

246. D. B. Noble et al., *Thermal Stability of Si/* $Si_{1-x}Ge_x$*/Si Heterojunction Bipolar Transistor Structures Grown by Limited Reaction Processing*, 55 Applied Physics Letters 1978 (1989).

247. H. Klauk et al., *Thermal Stability of Undoped Strained Si Channel SiGe Heterostructures*, 68 Applied Physics Letters 1975 (1996).

248. A. K. Sinha et al., *Thermal Stresses and Cracking Resistance of Dielectric Films (SiN,* $Si_3N_4$*, and* $SiO_2$*) on Si Substrates*, 49 J. Applied Physics 2423 (1978).

249. Kenneth Chu-Chao Wu, *Novel Etch-Stop Materials for Silicon Micromachining*, (1997) (unpublished MA thesis, Massachusetts Institute of Technology).

250. E. A. Fitzgerald et al., *Totally Relaxed* $Ge_xSi_{1-x}$ *Layers with Low Threading Dislocation Densities Grown on Si Substrates*, 59 Applied Physics Letters 811 (1991).

251. Assanga H. Perera et al., *Trench Isolation for 0.45 μm Active Pitch and Below*, 1995 Int'l Electron Device Meeting 679 (1995).

252. Vincent Senez et al., *Two-dimensional Simulation of Local Oxidation of Silicon: Calibrated Viscoelastic Flow Analysis*, 43 IEEE Transactions on Electron Devices 720 (1996).

253. Dah-Bin Kao et al., *Two-dimensional Thermal Oxidation of Silicon – II. Modeling Stress Effects in Wet Oxides*, ED-35 IEEE Transactions on Electron Devices 25 (1988).

254. Bernard S. Meyerson, *UHV/CVD Growth of Si and Si:Ge Alloys: Chemistry, Physics, and Device Applications*, 80 Proceedings of the IEEE 1592 (1992).

255. K. D. Hobart et al., *Ultra-Cut: A Simple Technique for the Fabrication of SOI Substrates with Ultra-Thin (<5 nm) Silicon Films*, Proceedings 1998 IEEE International SOI Conf. 145 (1998).

256. P. Kohli et al., *Ultra-Shallow Junction Formation in Strained Si/ $Si_{1-x}Ge_x$ Using Flash-Assist RTA*, 2004-07 Electrochemical Soc'y Proceedings 1113 (2004).

257. G. D. Watkins et al., *Vacancies and Interstitials in Silicon, in* Defects and Radiation Effects in Semiconductors 1978 16 (1979).

258. Y. H. Xie et al., *Very High Mobility Two-dimensional Hole Gas in Si/ $Ge_xSi_{1-x}$/Ge Structures Grown by Molecular Beam Epitaxy*, 63 Applied Physics Letters 2263 (1993).

259. Jeffrey John Welser, *The Application of Strained-Silicon/Relaxed-Silicon Germanium Heterostructures to Metal-oxide-semiconductor Field-effect Transistors*, (1994) (unpublished Ph.D. dissertation, Stanford University).

260. W. S. Liu et al., *Wet Oxidation of GeSi at 700°C*, 71 J. Applied Physics 4015 (1992).

261. J. J. Wortman & R. A. Evans, *Young's Modulus, Shear Modulus, and Poisson's Ratio in Silicon and Germanium*, 36 J. Applied Physics 153 (1965).

262. R. People & J. C. Bean, *Band Alignments of Coherently Strained $Ge_xSi_{1-x}$/Si*