# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

December 14, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    <u>Intel Corp. v. AmberWave Systems Corp.</u>, C.A. No. 05-301 (KAJ)

Dear Judge Jordan:

      We write briefly to respond to Intel's letter of December 13, 2005, regarding AmberWave's responses to Intel's First Set of Interrogatories.

      On December 6, two business days after Intel sent a letter to AmberWave specifying the information it believed AmberWave's interrogatory responses failed to provide, AmberWave agreed to supplement its responses to a number of interrogatories, including Interrogatory No. 9, the subject of Intel's letter.

      Intel informed AmberWave for the first time on December 5 during a meet an confer conversation that it required a response to Interrogatory No. 9 by December 12, one week later. AmberWave explained that this was not feasible, and asked Intel to propose alternative dates. Intel declined to do so. AmberWave subsequently agreed to supplement its response to Interrogatory No. 9 by December 19, and to supplement other responses by December 26.[1]

      Intel is unhappy with AmberWave's interrogatory responses. As explained in our December 13 letter to the Court, we are likewise dissatisfied with Intel's discovery responses. The only difference between the parties' reactions is the following: Two business days after Intel identified the additional information it wanted from AmberWave, AmberWave agreed to provide a revised response. In contrast, Intel has refused to address the serious deficiencies in its responses.

---

[1]     AmberWave made this proposal to Intel in a December 7 letter which was inadvertently not sent to Intel until December 13. We regret any misunderstanding caused by this delay.

The Honorable Kent A. Jordan
December 14, 2005
Page 2

    AmberWave's interrogatory response does not, as Intel suggests, just parrot claim language. Among other things, it discloses that Intel PMOS transistors produced using its Strained Silicon Process are a target of the '292 patent litigation, that a strained area at issue is the channel region of the PMOS transistor, that an impurity at issue is the presence of germanium in the channel region, and that a zone of the channel region under scrutiny includes an approximately 50 angstrom area in the channel of the PMOS transistors. Intel obviously wants different types of information than AmberWave provided, and in a different format (a "claim chart"). We are willing to comply with this request.

    We thank Your Honor for your assistance in resolving this dispute.

                                  Respectfully,

                                  */s/ Jack B. Blumenfeld*

                                  Jack B. Blumenfeld

JBB/dal

cc:    Dr. Peter T. Dalleo, Clerk (By Hand)
       Josy W. Ingersoll, Esquire (By Hand)
       George M. Newcombe, Esquire (By Fax)