IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMBERWAVE SYSTEMS )<br>CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 05-301-KAJ |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of AmberWave's Second Set of Interrogatories and AmberWave's Second Set of Requests for Production were caused to be served on December 16, 2005 upon the following in the manner indicated:

**BY HAND & EMAIL**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**BY FACSIMILE & EMAIL**

Patrick E. King
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

Jefferey E. Ostrow
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

George M. Newcombe
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

                                          MORRIS, NICHOLS, ARSHT & TUNNELL

                                        /s/ *Leslie A. Polizoti (#4299)*
                                        Jack B. Blumenfeld (#1014)
                                        Leslie A. Polizoti (#4299)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899
                                        (302) 658-9200
                                        jblumenfeld@mnat.com
                                        Attorneys for Defendant
                                        AmberWave Systems Corporation

OF COUNSEL:
Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

December 16, 2005

CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on December 16, 2005 I electronically filed a Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>   Josy W. Ingersoll (#1088)
>   Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on December 16, 2005 upon the following in the manner indicated:

**BY HAND & EMAIL**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**BY FACSIMILE & EMAIL**

George M. Newcombe
Jeffrey E. Ostrow
Patrick E. King
Simpson Thacher & Bartlett LLP
300 Hillview Avenue
Palo Alto, CA 94304

>   /s/ Leslie A. Polizoti (#4299))
>   Morris, Nichols, Arsht & Tunnell
>   1201 N. Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899
>   (302) 658-9200
>   lpolizoti@mnat.com

454672