IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-301-KAJ |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of AmberWave Systems Corporation's Supplemental Response To Intel's Interrogatory No. 9 were caused to be served on December 19, 2005 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**BY FACSIMILE**

George M. Newcombe
Jefferey E. Ostrow
Patrick E. King
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA 94304

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    */s/ Leslie A. Polizoti (#4299)*
                    Jack B. Blumenfeld (#1014)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899
                    (302) 658-9200
                    lpolizoti@mnat.com
                       Attorneys for Defendant
                       AmberWave Systems Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

December 19, 2005

**CERTIFICATE OF SERVICE**

I, Leslie A. Polizoti, hereby certify that on December 19, 2005 I electronically filed a Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll (#1088)
> Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on December 19, 2005 upon the following in the manner indicated:

**BY HAND**

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

**BY FACSIMILE**

> George M. Newcombe
> Jeffrey E. Ostrow
> Patrick E. King
> Simpson Thacher & Bartlett LLP
> 300 Hillview Avenue
> Palo Alto, CA 94304

> /s/ Leslie A. Polizoti (#4299))
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> lpolizoti@mnat.com