IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>        Defendant. | Case No. 05-301-KAJ |

### NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of Intel Corporation's Supplemental Disclosures Pursuant to Standard No. 2 of Default Standard for Discovery of Electronic Documents were caused to be served on January 17, 2006 on the following counsel of record in the manner indicated below:

**BY FEDERAL EXPRESS & ELECTRONIC MAIL**

    Jack B. Blumenfeld, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347

    David I. Gindler, Esquire
    Christopher A. Vanderlaan, Esquire
    Jason G. Sheasby, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA  90067

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on January 19, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

    Jack B. Blumenfeld, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

    David I. Gindler, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Karen E. Keller
    _____
    Josy W. Ingersoll (No. 1088)
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    Andrew A. Lundgren (No. 4429)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    (302) 571-6600
    jshaw@ycst.com

    Attorneys for Intel Corporation

OF COUNSEL

George M. Newcombe
Jeffrey E. Ostrow
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA 94304
(650) 251-5000

Dated: January 19, 2006