IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 05-301-KAJ |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Counterclaim-plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Counterclaim-defendant. | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) AmberWave Systems Corporation's Responses to Intel's Third Set of Interrogatories and (2) AmberWave Systems Corporation's Responses to Intel's Second Set of Requests for Production were caused to be served on February 3, 2006 upon the following in the manner indicated:

### BY FEDERAL EXPRESS & E-MAIL

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304
gnewcome@stblaw.com
pking@stblaw.com
Josy W. Ingersoll, Esq.

        John W. Shaw, Esq.
        Young, Conaway, Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street
        Wilmington, DE  19899
        jingersoll@ycst.com
        jshaw@ycst.com

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *Jack B. Blumenfeld (#1014)*
        Jack B. Blumenfeld (#1014)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jblumenfeld@mnat.com
          Attorneys for Defendant and
          Counterclaim-Plaintiff
          AmberWave Systems Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

February 6, 2006

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on February 6, 2006 I electronically filed a Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll (#1088)
> Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on February 6, 2006 upon the following in the manner indicated:

**BY HAND & EMAIL**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**BY FACSIMILE & EMAIL**

George M. Newcombe
Jeffrey E. Ostrow
Patrick E. King
Simpson Thacher & Bartlett LLP
3300 Hillview Avenue
Palo Alto, CA  94304

/s/ Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

454672