IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | |
| Plaintiff, | |
| v. | Civil Action No. 05-301-KAJ |
| AMBERWAVE SYSTEMS CORPORATION, | |
| Defendant. | |
| AMBERWAVE SYSTEMS CORPORATION, | |
| Counterclaimant, | |
| v. | |
| INTEL CORPORATION, | |
| Counterdefendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Intel's Responses and Objections to Amberwave's First Set of Interrogatories, (2) Intel's Responses and Objections to Amberwave's Second Set of Interrogatories, (3) Intel's Responses and Objections to Amberwave's Third Set of Interrogatories, (4) Intel's Amended Responses and Objections to Amberwave's First Set of Interrogatories, and (5) Intel's Responses and Objections to Amberwave's First Set of Requests for Production were served on February 3, 2006, upon the following counsel of record in the manner indicated:

**BY FEDERAL EXPRESS**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067


PLEASE TAKE FURTHER NOTICE that copies of this Notice of Service were

served on February 7, 2006, upon the following in the manner indicated:


**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Sidney Calvin Capshaw III, Esquire
Brown McCarroll-Longview
1127 Judson Road, Suite 220
Longview, TX 75606-3999

Otis W. Carroll, Jr., Esquire
Ireland Carroll & Kelley PC
6101 S. Broadway, Suite 500
Tyler, TX 75703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

*Attorneys for Intel Corporation*

OF COUNSEL

George M. Newcombe
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California
(650) 251-5000

Dated: February 7, 2006