IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>           Defendant. | Civil Action No. 05-301-KAJ |
| AMBERWAVE SYSTEMS CORPORATION,<br><br>    Counterclaimant,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Counterdefendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Intel's Responses and Objections to Amberwave's Second Set of Requests for Production were served on February 3, 2006, upon the following counsel of record in the manner indicated:

**BY FEDERAL EXPRESS & ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Leslie A. Polizoti, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

PLEASE TAKE FURTHER NOTICE that copies of this Notice of Service were served on February 13, 2006, upon the following in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Amir A. Naini, Esquire
Morgan Chu, Esquire
David I. Gindler, Esquire
Christopher A. Vanderlaan, Esquire
Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Josy W. Ingersoll
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

*Attorneys for Intel Corporation*

OF COUNSEL

George M. Newcombe
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California
(650) 251-5000

Dated: February 13, 2006