IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) <br>   ) <br>           Plaintiff,   ) <br>   ) <br>   vs.   ) <br>   ) <br> INTEL CORPORATION,   ) <br>   ) <br>           Defendant.   ) | C.A. No. 05-301-KAJ <br> CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) AmberWave Systems Corporation's Responses to Intel's Third Set of Requests for Production; (2) AmberWave's Third Set of Requests for Production; and (3) AmberWave's Fourth Set of Interrogatories were caused to be served on February 10, 2006 upon the following in the manner indicated:

**BY FACSIMILE & E-MAIL**

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304
gnewcome@stblaw.com
pking@stblaw.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19899
jingersoll@ycst.com
jshaw@ycst.com

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    /s/ *Jack B. Blumenfeld (#1014)*
                    Jack B. Blumenfeld (#1014)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jblumenfeld@mnat.com
                      Attorneys for AmberWave Systems Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

February 13, 2006

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on February 13, 2006 I electronically filed a Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll (#1088)
>John W. Shaw (#3362)
>Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on February 13, 2006 upon the following in the manner indicated:

**BY FACSIMLE**

>Josy W. Ingersoll
>John W. Shaw
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899
>
>George M. Newcombe
>Patrick E. King
>Nancy Anderson
>Simpson Thacher & Bartlett LLP
>3300 Hillview Avenue
>Palo Alto, CA  94304

>*/s/ Jack B. Blumenfeld (#1014)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com