IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> INTEL CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-301-KAJ <br> (consolidated) |

## NOTICE OF ADDRESS CHANGE

TO: THE CLERK OF THE COURT AND PLAINTIFF

PLEASE TAKE NOTICE that on March, 6, 2006, the Palo Alto office of Simpson Thacher & Bartlett LLP will change its address from 3330 Hillview Avenue, Palo Alto, California 94304 to 2550 Hanover Street, Palo Alto, California 94304.

The phone and fax numbers will remain the same. Please revise your records accordingly.

By: _____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801

Attorneys for Defendant Intel Corporation

OF COUNSEL

George M. Newcombe
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304

Dated: March 1, 2006

**CERTIFICATE OF SERVICE**

I, John W. Shaw, hereby certify that on March 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

**BY FEDERAL EXPRESS**

> Morgan Chu, Esquire
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Intel Corporation*

DB01:1620087.1