IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTEL CORPORATION,           )
                             )
          Plaintiff,         )
                             )
    v.                       )   Civil Action No. 05-301-KAJ
                             )
AMBERWAVE SYSTEMS CORPORATION, )
                             )
          Defendant.         )

## ORDER

At Wilmington this **8th** day of **March, 2006,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **March 23, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE