IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) | Civil Action No. 05-301-KAJ |
| ) | |
| Plaintiff, ) | Consolidated |
| ) | |
| v. ) | |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between AmberWave and Intel as follows:

1. Neither party has filed or caused to be filed, directly or indirectly, a reexamination request pursuant to 35 U.S.C. § 302 or 35 U.S.C. § 311 (a "Reexamination Request") on United States Patent Nos. 6,831,292, 6,881,632, 6,946,371, any patent that issues from United States Application No. 10/774,890, any patent that may later be added to the above-referenced action, (the "Subject Patents"), or a foreign equivalent of any such proceeding in a foreign jurisdiction.

2. Neither party is aware of any third party that has filed, is considering filing, or intends to file a Reexamination Request on the Subject Patents, or a foreign equivalent of any such proceeding in a foreign jurisdiction.

3. Neither party will file or cause to be filed, directly or indirectly, a Reexamination Request on the Subject Patents, or a foreign equivalent of any such proceeding in a foreign jurisdiction.

2

4.   Neither party has discussed or will discuss with, request, or assist, a third party, directly or indirectly, in filing a Reexamination Request on the Subject Patents, or a foreign equivalent of any such proceeding in a foreign jurisdiction.

Dated: March 2̃3, 2006                           Respectfully submitted,

| OF COUNSEL<br>Morgan Chu<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067 | By: | /s/ Jack B. Blumenfeld (#1014)<br>_____<br>Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br><br>Attorneys for AmberWave Systems Corporation |
|---|---|---|
| OF COUNSEL<br>George M. Newcombe<br>SIMPSON THACHER & BARTLETT LLP<br>3330 Hillview Avenue<br>Palo Alto, California 94304 | By: | [signature]<br>_____<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19801<br><br>Attorneys for Intel Corporation |

SO ORDERED:   _____
                          Hon. Kent A. Jordan

Dated: _____, 2006