IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 05-301-KAJ |
| ) | CONSOLIDATED |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I hereby certify that copies of AmberWave Systems Corporation's First Supplemental Responses to Intel's Third Set of Interrogatories were caused to be served on March 27, 2006 upon the following in the manner indicated:

**BY FACSIMILE & E-MAIL**

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304
gnewcome@stblaw.com
pking@stblaw.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19899
jingersoll@ycst.com
jshaw@ycst.com

**BY E-MAIL**

Nancy Anderson, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
nanderson@stblaw.com

David LaRocca, Esq.
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY 10017
dlarocca@stblaw.com

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com
  Attorneys for AmberWave Systems Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

March 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Josy W. Ingersoll, Karen Elizabeth Keller and John W. Shaw.

>
> /s/ Leslie A. Polizoti
> Leslie A. Polizoti (#4299)
> lpolizoti@mnat.com