IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTEL CORPORATION,                          )
                                            )
                    Plaintiff,              )
                                            )
        v.                                  )    Civil Action No. 05-301-KAJ
                                            )    (Consolidated)
AMBERWAVE SYSTEMS CORPORATION,              )
                                            )
                    Defendant.              )

## ORDER

At Wilmington this **4th** day of **April, 2006**,

IT IS ORDERED that a Rule 16 scheduling teleconference has been scheduled

for **April 11, 2006 at 3:30 p.m.** with the undersigned. **Counsel for Plaintiff shall**

**initiate the teleconference call.**

        If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.


                                        UNITED STATES DISTRICT JUDGE