# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 10, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE  19801

Re:    *Intel Corp. v. AmberWave Systems Corp.*, C.A. No. 05-301 (KAJ)

Dear Judge Jordan:

I write on behalf of plaintiff AmberWave in connection with the scheduling conference set for tomorrow, April 11, at 3:30 p.m. In February, the parties agreed to consolidate all pending actions before this Court in a single proceeding. As part of this agreement, the parties proposed alternative schedules for the consolidated proceeding. AmberWave proposed a June 2007 trial date, and Intel proposed a December 2007 trial date. In an effort to narrow the differences between the parties, AmberWave has moved its proposed trial date to August 2007 trial (five months after the trial date originally set by the Court). Attached to this letter is a chart comparing the parties' respective proposals.

Respectfully,

/s/ *Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld

JBB/bls

cc:    Dr. Peter T. Dalleo, Clerk (By Hand)
       Josy W. Ingersoll, Esquire (By Hand)
       George M. Newcombe, Esquire (By Fax)
       David I. Gindler, Esquire (By Fax)