Revised Schedule For C.A. No. 05-301 (Consolidated)

| Event | Original Schedule | Intel Proposal | AmberWave Proposal |
|---|---|---|---|
| Joinder of other parties | October 7, 2005 | July 7, 2006 | July 7, 2006 |
| Amendment of pleadings | April 17, 2006 | January 17, 2007 | September 13, 2006 |
| Depositions | 125 hours (18 depositions) 7 hours per expert report | 175 (25 depositions) 7 hours per expert report | 175 hours (25 depositions) 7 hours per expert report |
| Interrogatories | 50 | 60 | 90 |
| Discovery Cut-Off | July 14, 2006 | April 16, 2007 | December 20, 2006 |
| Expert Reports | Opening: 90 days before close of discovery  Rebuttal: 60 days before close of discovery | Opening: 90 days before close of discovery  Rebuttal: 60 days before close of discovery | Opening: 90 days before close of discovery  Rebuttal: 60 days before close of discovery |
| Interim Status Report | May 30, 2006 | March 2, 2007 | October 30, 2006 |
| Status Conference | June 6, 2007 | March 6, 2007 | November 6, 2006 |
| Tutorial | February 10, 2006 | November 13, 2006 | October 9, 2006 |

**Revised Schedule For C.A. No. 05-301 (Consolidated)**

| Event | Original Schedule | Intel Proposal | AmberWave Proposal |
|---|---|---|---|
| Case Dispositive Motions | Opening: September 8, 2006<br>Response: October 6, 2006<br>Reply: October 20, 2006 | Opening: June 8, 2007<br>Response: July 6, 2007<br>Reply: July 20, 2007 | Opening: March 5, 2007<br>Response: April 2, 2007<br>Reply: April 16, 2007 |
| Exchange list of terms to construe | July 21, 2006 | April 23, 2007 | January 5, 2007 |
| Joint Claim Construction Chart | August 14, 2006 | May 14, 2007 | January 19, 2007 |
| Claim Construction Briefing | Opening: Sept. 8, 2006<br>Response: October 6, 2006 | Opening: June 8, 2007<br>Response: July 6, 2007 | Opening: March 5, 2007<br>Reply: April 2, 2007 |
| Claim Construction Hearing | October 27, 2006 | July 27, 2007 | April 23, 2007 |
| Proposed Pretrial Order | January 22, 2007 | October 22, 2007 | July 9, 2007 |
| Pretrial Conference | February 22, 2007 | November 26, 2007 | July 23, 2007 |
| Trial | March 19-30, 2007 | December 2-14, 2007 | August 15-28, 2007 |

- 2 -