IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-301-KAJ |
| AMBERWAVE SYSTEMS CORPORATION, | ) ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this **13th** day of **April, 2006,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **May 3, 2006 at 3:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE