IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 05-301-KAJ |

### NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of Intel's Fifth Set of Interrogatories were caused to be served on April 19, 2006 on the following counsel of record in the manner indicated below:

**BY FEDERAL EXPRESS AND ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Leslie A. Polizoti, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on April 20, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Jason Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

Attorneys for Intel Corporation

OF COUNSEL

George M. Newcombe
Simpson thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California
(650) 251-5000

Dated: April 20, 2006