IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-301-KAJ (Consolidated) |
| INTEL CORPORATION, | : : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **25th** day of **April, 2006,**

IT IS ORDERED that the mediation conference has been rescheduled for **Monday, June 5, 2006** beginning at **10:00 a.m.** Submissions of the parties shall now be due on or before **Thursday, May 25, 2006.** All other provisions of the Court's October 14, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE