# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 28, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

        Re:    <u>AmberWave Systems Corp. v. Intel Corp.</u>, C.A. No. 05-301 (KAJ)

Dear Judge Jordan:

        Attached is a revised Scheduling Order, including the dates discussed during the April 11 telephone conference (except for the date for the tutorial in paragraph 9, which has been adjusted based on conversations with Chambers). If it is acceptable to the Court, the parties request that it be entered.

        Respectfully,

        Jack Blumenfeld (#1014)

        Jack B. Blumenfeld

/klm
Attachment
cc:    Dr. Peter T. Dalleo, Clerk (By Hand)
        John W. Shaw, Esquire (By Hand)
        George M. Newcombe, Esquire (By Fax)
        David I. Gindler, Esquire (By Fax)