IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 05-301 (KAJ) |
| | ) CONSOLIDATED |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *AmberWave Systems Corporation's Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)* were caused to be served on May 24, 2006 upon the following in the manner indicated:

**BY FACSIMILE & E-MAIL**

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA 94304
gnewcome@stblaw.com
pking@stblaw.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19899
jingersoll@ycst.com
jshaw@ycst.com

**BY E-MAIL**

Nancy Anderson, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
nanderson@stblaw.com

David LaRocca, Esq.
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY 10017
dlarocca@stblaw.com

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

May 24, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on May 24, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll (#1088)
> John W. Shaw (#3362)
> Young, Conaway, Stargatt & Taylor, LLP

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

> Josy W. Ingersoll
> John W. Shaw
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

### BY FACSIMILE

> George M. Newcombe
> Patrick E. King
> Simpson Thacher & Bartlett LLP
> 3300 Hillview Avenue
> Palo Alto, CA  94304

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com