IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>        Defendant. | Case No. 05-301-KAJ |

**NOTICE OF SERVICE**

The undersigned, counsel for Intel Corporation, hereby certify that George M. Newcombe, Esquire of Simpson Thacher & Bartlett LLP, 2550 Hanover Street, Palo Alto, CA 94304 caused copies of Intel's Fifth Set of Requests for Production to be served on May 31, 2006 on the following counsel of record in the manner indicated below:

**BY FEDEX**

    Jack B. Blumenfeld, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL AND FEDEX**

    David I. Gindler, Esquire
    Christopher A. Vanderlaan, Esquire
    Jason G. Sheasby, Esquire
    Amir Naini, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 1, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL AND FEDEX**

David I. Gindler, Esquire
Christopher A. Vanderlaan, Esquire
Jason G. Sheasby, Esquire
Amir Naini, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com

Attorneys for Intel Corporation

OF COUNSEL:

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
(650) 251-5000
Dated: June 1, 2006

2