## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 05-301-KAJ |
| INTEL CORPORATION, | :   (Consolidated) : : |
| Defendant. | : |

### ORDER

At Wilmington this **6th** day of **June, 2006,**

IT IS ORDERED that a continued mediation conference has been scheduled for **Wednesday, June 28, 2006** beginning at **1:00 p.m. Dress for the mediation is casual.** There shall be no further submissions of the parties. The parties and/or counsel are to continue with negotiations in the interim with or without court involvement. However, they are to keep the Magistrate Judge updated regarding their negotiations, which may be done by telephone or email. All other provisions of the Court's October 14, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE