IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-301-KAJ (Consolidated) |
| vs. | ) ) | **DEMAND FOR JURY TRIAL** |
| INTEL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF AMBERWAVE SYSTEMS CORPORATION'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff AmberWave Systems Corporation hereby moves to amend its Complaint to add an allegation of infringement of United States Patent No. 5,158,907. Pursuant to D. Del. LR 15.1, attached hereto as Exhibit 1 are two copies of the proposed Second Amended Complaint and attached hereto as Exhibit 2 is a version of the proposed Second Amended Complaint showing how it differs from the current Amended Complaint. The grounds for this motion are set forth in the opening brief submitted herewith.

WHEREFORE, AmberWave respectfully requests that the Court enter the attached order granting AmberWave's motion for leave to amend its complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld (#1014)
Jack B. Blumenfeld (No. 1014)
Leslie A. Polizoti (No. 4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: (302) 658-9200
Attorneys for Plaintiff
AmberWave Systems Corporation

Of Counsel:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010


June 27, 2006

## RULE 7.1.1 CERTIFICATION

I hereby certify that counsel for plaintiff has requested counsel for defendant to stipulate to the relief sought by the motion, but that no agreement was reached.

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006 I electronically filed Plaintiff AmberWave Systems Corporation's Motion for Leave to Amend its Complaint with the Clerk of the Court using CM/ECF, which will send notification of such filing to Josy W. Ingersoll and John W. Shaw.

I further certify that I caused copies of the foregoing document to be served on June 27, 2006 upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

### BY EMAIL AND FEDERAL EXPRESS

George M. Newcombe
Jeffrey E. Ostrow
Patrick E. King
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com