IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-301-KAJ (Consolidated) |
| vs. | ) ) | |
| INTEL CORPORATION, | ) ) ) | **REDACTED PUBLIC VERSION** |
| Defendant. | ) ) | |

### DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF AMBERWAVE SYSTEMS CORPORATION'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT

                                        Jack B. Blumenfeld (#1014)
                                        Leslie A. Polizoti (#4299)
                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                          Attorneys for Plaintiff
                                          AmberWave Systems Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

June 27, 2006

Confidential Version Filed: June 27, 2006
Redacted Public Version Filed: June 27, 2006

I, Jason G. Sheasby, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate in the law firm of Irell & Manella LLP in Los Angeles, California. I submit this Declaration in support of Plaintiff AmberWave Systems Corporation's Opening Brief in Support of Its Motion for Leave to Amend Its Complaint. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit A is a true and correct copy of United States Patent Number 5,158,907 (the "'907 patent"), issued on October 27, 1992.

3. AmberWave Systems Corporation ("AmberWave") received a license to the '907 patent from Agere Systems, Inc. ("Agere") in 2003. More recently, AmberWave and Agere entered into an agreement, effective June 26, 2006, granting AmberWave rights to assert the '907 patent against Intel. Attached as Exhibit B are true and correct copies of the Patent License Agreement, effective April 23, 2003, as amended on September 1, 2004, and its Addendum, effective June 26, 2006, between AmberWave and Agere.

4. Attached as Exhibit C is a true and correct copy of *Trueposition, Inc. v. Allen Telecom, Inc.*, No. 01-823 GMS, 2002 WL 1558531 (D. Del. July 16, 2002).

Attached as Exhibit D is a true and correct copy of *CenterForce Techs., Inc. v. Austin Logistics, Inc.*, No. 99-243 MMS, 2000 WL 652943 (D. Del. March 10, 2000).

Executed on June 26, 2006 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jason G. Sheasby
Jason G. Sheasby

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, I electronically filed the Redacted Version of Declaration of Jason G. Sheasby in Support of Plaintiff AmberWave Systems Corporation's Motion for Leave to Amend Its Complaint with the Clerk of the Court using CM/ECF, which will send notification of such filing to Josy W. Ingersoll and John W. Shaw.

I further certify that I caused copies of the foregoing document to be served on June 27, 2006, upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**BY EMAIL AND FEDERAL EXPRESS**

George M. Newcombe
Jeffrey E. Ostrow
Patrick E. King
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304

*Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com