IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-301-KAJ |
| | : (Consolidated) |
| INTEL CORPORATION, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **29th** day of **June, 2006,**

IT IS ORDERED that teleconferences have been scheduled as follows:

**Thursday, August 17, 2006 at 5:00 p.m. Eastern Time** with Judge Thynge and **Intel only. Counsel for Intel shall initiate the teleconference call.**

**Monday, September 11, 2006 at 5:00 p.m. Eastern Time** with Judge Thynge and **AmberWave only. Counsel for AmberWave shall initiate the teleconference call.**

Counsel and the parties are invited to call or email the Magistrate Judge at any time to discuss the case and approaches to settlement.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE