IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-301 (KAJ) |
| ) | CONSOLIDATED |
| v. ) | |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I certify that copies of *AmberWave Systems Corporation's Responses to Intel's Fifth Set Of Requests for Production* were caused to be served on June 30, 2006 upon the following in the manner indicated:

**BY FACSIMILE & E-MAIL**

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
(650) 251-5002 (fax)
gnewcome@stblaw.com
pking@stblaw.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899
(302) 576-3334 (fax)
jingersoll@ycst.com
jshaw@ycst.com

**BY E-MAIL**

Nancy Anderson, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
nanderson@stblaw.com

David LaRocca, Esq.
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY  10017
dlarocca@stblaw.com

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld (#1014)*

---

        Jack B. Blumenfeld (#1014)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        lpolizoti@mnat.com
        *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

June 30, 2006

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll (#1088)
> John W. Shaw (#3362)
> Young, Conaway, Stargatt & Taylor, LLP

and that on June 30, 2006 I also caused copies to be served upon the following in the manner indicated:

**BY HAND**

> Josy W. Ingersoll
> John W. Shaw
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

**BY FACSIMILE**

> George M. Newcombe
> Patrick E. King
> Simpson Thacher & Bartlett LLP
> 3300 Hillview Avenue
> Palo Alto, CA  94304
> (650) 251-5002 (fax)

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
jblumenfeld@mnat.com