IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-301-KAJ (Consolidated) |
| v. | ) ) | |
| INTEL CORPORATION | ) ) | |
| Defendant. | ) ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Intel Corporation to respond to Amberwave Systems Corporation's Motion to Amend its Complaint (D.I. 126) is extended through and including July 25, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>Attorneys for Plaintiff | /s/ Karen E. Keller<br>Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>(302) 571-6672<br>kkeller@ycst.com<br><br>Attorneys for Defendant |

SO ORDERED this _____ day of July, 2006.

_____
United States District Court Judge