# EXHIBIT A

**SIMPSON THACHER & BARTLETT LLP**

2550 HANOVER STREET
PALO ALTO, CA 94304
(650) 251-5000

---

FACSIMILE: (650) 251-5002

DIRECT DIAL NUMBER
(650) 251-5115

E-MAIL ADDRESS
pking@stblaw.com

<u>VIA E-MAIL & FEDERAL EXPRESS</u>     July 11, 2006

Re:     <u>AmberWave v. Intel</u>

Jason G. Sheasby, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Dear Jason:

Per my e-mail to you yesterday, attached is a copy of Intel's subpoena to IBM Corporation served on July 6, 2006. This copy is in addition to the courtesy copy I provided to you yesterday. Please let me know if you have any questions.

Very truly yours,

Patrick E. King

cc:     Jack B. Blumenfeld, Esq.
Leslie A. Polizoti, Esq.
David I. Gindler, Esq.
Christopher A. Vanderlaan, Esq.
Amir Naini, Esq.

NEW YORK     LOS ANGELES     WASHINGTON, D.C.     HONG KONG     LONDON     TOKYO

## CERTIFICATE OF SERVICE

I, Patrick E. King, hereby certify that on July 11, 2006, I caused to be served copies of Intel's Subpoena in a Civil Case to IBM Corp. on the following counsel of record in the manner indicated:

**BY FEDERAL EXPRESS**
Jason G. Sheasby, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Jack B. Blumenfeld, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**
David I. Gindler, Esq.
Christopher A. Vanderlaan, Esq.
Jason G. Sheasby, Esq.
Amir Naini, Esq.
Irell & Manella LLP
dgindler@irell.com
cvanderlaan@irell.com
jsheasby@irell.com
anaini@irell.com

Jack B. Blumenfeld, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
jblumenfeld@mnat.com
lpolizoti@mnat.com

SIMPSON THACHER & BARTLETT LLP

_____
Patrick E. King (admitted *pro hac vice*)
2550 Hanover Street
Palo Alto, California 94304
(650) 251-5000
pking@stblaw.com

*Attorney for Defendant Intel Corporation*

AO 88 (Rev. 1/94) Subpoena in a Civil Case - SDNY WEB 4/99

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AmberWave Systems Corp.

V.

Intel Corp.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: [1] 05-301-KAJ (consolidated)
District of Delaware

TO: IBM Corp.
1133 Westchester Ave.
White Plains, NY 10604

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| Patrick E. King, Simpson Thacher & Bartlett LLP, 2550 Hanover St., Palo Alto, CA 94304 | August 4, 2006 at 9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendant | July 5, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jeffrey E. Ostrow
Simpson Thacher & Bartlett LLP, 2550 Hanover St., Palo Alto, CA 94304, (650) 251-5030

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case - SDNY WEB 4/99

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | July 5, 2006 | Harkins Cunningham LLP<br>One Pennsylvania Plaza, 25th Floor<br>New York, NY 10119-2532 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Amy J. Iannone, Esq.<br>aiannone@harkinscunningham.com | Hand Delivery |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                  DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that,

subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 05-301-KAJ

AMBERWAVE SYSTEMS CORP.
, Plaintiff(s)

- against -

INTEL CORP.
, Defendant(s)

State of New York     )
                      ) SS.:
County of New York    )

AFFIDAVIT OF SERVICE

Hector Santiago being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 07/06/2006 at 9:12 AM at:
    HAWKINS CUNNINGHAM LLP
    ONE PENNSYLVANIA PLAZA
    25TH FLOOR-Suite 2532
    NEW YORK NY 10119
Deponent served the annexed:

SUBPOENA IN A CIVIL CASE
on HAWKINS CUNNINGHAM LLP

a domestic and/or foreign limited liability partnership
by delivering thereat a true copy to Veronica Binick
personally, deponent knew said partnership so served to be the partnership,
described in same as said recipient and knew said individual to be the
Executive Administrator and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35   HEIGHT: 5'8"   WEIGHT: 115   HAIR: BLONDE   RACE: WHITE   SEX: FEMALE

Hector Santiago   License #1228068

SWORN TO BEFORE ME  July 06 06

OUR DOC# 14671
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York NY 10017
212-455-2000

ERIKA Y. TEJEDA
Notary Public, State of New York
No. 01TE6124279
Qualified in Kings County
Commission Expires 03/28/2009

# EXHIBIT A

## DEFINITIONS

A. As used herein, the words "IBM," "you," "your," or "yourself" shall mean or refer to IBM Corporation and all of its parents, related entities, entities or persons controlled by it, predecessors or successors in interest, subsidiaries, affiliates, former and present executives, officers, directors, employees or agents, and any person acting or purporting to act on its behalf.

B. As used herein, the term "document" shall mean every kind of recording of any form of communication or representation upon any tangible thing, including letters, words, pictures, sounds or symbols, or combinations thereof, whether recorded by handwriting, printing, photostatic or photographic means, magnetic impulse, tape, computer disk or any other form of data storage, data compilation or mechanical or electronic recording, and all other tangible things which come within the meaning of "writing" or "recording" as used in Federal Rules of Evidence Rule 1001 or "document" as used in Federal Rules of Civil Procedure Rule 34. Every draft or non-identical copy of a document is a separate document as that term is used herein.

C. As used herein, the term "relating to" and "relate to" shall mean having any connection, relation, or reference to and include, by way of example and without limitation, discussing, identifying, containing, showing, evidencing, describing, reflecting, dealing with, regarding, pertaining to, analyzing, evaluating, estimating, constituting, comprising, studying, surveying, projecting, recording, summarizing, assessing, criticizing, reporting, commenting on, referring to in any way, either directly or indirectly, or otherwise involving, in whole or in part.

    D. As used herein, the term "PUBLISHED" shall mean disseminated or otherwise made available to the extent that persons interested and ordinarily skilled in the subject matter or art, exercising reasonable diligence, can locate it.

## INSTRUCTIONS

The following instructions are an integral part of this subpoena and apply to each and every document set forth herein:

1. This subpoena and request for documents seeks only documents published on or before September 20, 2000.

2. This subpoena and request for documents seeks documents contained in the files of the following current or former employees of IBM, or current or former employees who worked with the following, collectively the GLOBAL STRAIN RESEARCHERS:

> Gary Bronner
>
> Jack Oon Chu
>
> Guy Cohen
>
> Khalid Ismail
>
> Steven J. Koester
>
> Kim Yang Lee
>
> Patricia Mooney
>
> Ken Rim
>
> Jeffrey Welser

## DOCUMENTS REQUESTED

1. All DOCUMENTS in the files of the GLOBAL STRAIN RESEARCHERS that have been PUBLISHED or presented outside of IBM, or otherwise have been made publicly available, that reference or relate to strained semiconductive materials. By way of example, and not by way of limitation, see Exhibit B-1.

4

2. All DOCUMENTS in the files of the GLOBAL STRAIN RESEARCHERS that have been PUBLISHED or presented outside of IBM, or otherwise have been made publicly available, that reference or relate to the surface roughness of epitaxially grown semiconductive materials. By way of example, and not by way of limitation, see Exhibit B-2.

**EXHIBIT B-1**

# Strained Si NMOSFETs for High Performance CMOS Technology

K. Rim, S. Koester, M. Hargrove*, J. Chu, P. M. Mooney, J. Ott,
T. Kanarsky*, P. Ronsheim*, M. Ieong*, A. Grill, H.-S. P. Wong

IBM T. J. Watson Research Center, Yorktown Heights, NY
*IBM Microelectronics Division, Hopewell Junction, NY
phone: 914-945-2946   e-mail: rim@us.ibm.com

Performance enhancements in strained Si NMOSFETs were demonstrated at $L_{eff}$<70 nm. A 70% increase in electron mobility was observed at vertical fields as high as 1.5 MV/cm for the first time, suggesting a new mobility enhancement mechanism in addition to reduced phonon scattering. Current drive increase by ≥35% was observed at $L_{eff}$<70 nm. These results indicate that strain can be used to improve CMOS device performance at sub-100 nm technology nodes.

### 7.3 Strained Si Surface Channel MOSFETS for High-Performance CMOS Technology

Kern (Ken) Rim

IBM T. J. Watson Research Center, Yorktown Heights, NY

Scaling CMOS into the deep sub-0.1μ regime faces both fundamental limits and technological challenges. One possibility for extending device performance improvement independent of geometric scaling is to enhance the carrier transport properties by material innovations.

Biaxial tensile strain in Si enhances in-plane carrier transport. Figure 7.3.1a shows the structure of a MOSFET fabricated on strained Si, which is epitaxially grown on a thick, relaxed SiGe layer. Both n- and pMOSFET surface channels are formed in the top, tensile-strained Si layer, contrary to buried channel MODFETs [i]. Due to the lattice mismatch between Si and SiGe, the thin, pseudomorphic Si layer is under biaxial tension. The strain-induced splitting of the 6-fold degenerate valleys in the conduction band and the heavy/light-hole bands in the valence band (Figure 7.3.1b) reduces effective transport mass and carrier scattering, leading to enhanced electron and hole transport in strained Si. Figure 7.3.1c shows calculated inversion layer mobility enhancements for electrons [ii] and holes [iii] in strained Si as functions of Ge content in the underlying relaxed SiGe. Electron mobility enhancement begins to saturate for >20% Ge content, while peak hole mobility continues to increase for up to 40% Ge content. Calculations [3] and experimental results [iv] indicate that the vertical field dependence of hole mobility increases with strain, resulting in diminished hole mobility enhancements at higher vertical fields.

Strained-Si n- [v] and pMOSFET [4] mobility enhancements that are consistent with the theoretical predictions (Figure 7.3.1c) are experimentally demonstrated on large devices. Measured n-FET mobility as a function of vertical effective field $E_{eff}$ is compared in Figure 7.3.2 [5, vi]. Even at 1MV/cm $E_{eff}$, which corresponds to present-day CMOS devices, electron mobility of the strained Si device is ~75% higher than both that of the control device and the universal MOSFET mobility.

Improved device performance in deep submicron strained-Si n-FET is also demonstrated experimentally [6]. Figure 7.3.3 shows measured peak intrinsic transconductance $g_{mi}$ (solid lines) vs. channel length for experimental devices ($T_{ox}$ = 6.7nm) [6]. An AC measurement method minimizes the effect of self-heating. Throughout the gate lengths, the $g_{mi}$ of the strained Si device (on 20% SiGe) is enhanced by ~60% over the control devices. The results of hydrodynamic (HD) device simulations (empty symbols) indicate that in addition to an increase in the low field mobility, enhanced high field transport in strained Si (emulated by increased energy relaxation time $\tau_w$) is needed to account for the measured improvements in $g_{mi}$. Reduction of density of states due to strain-induced energy splitting may be one way to describe the mechanism responsible for the enhanced high field carrier transport in strained Si [6]. Similar enhancements in short channel pFETs are expected.

Device simulations project performance of 0.1μm nFETs with 2.0nm gate oxide. The mobility model is calibrated to the measured data in Figure 7.3.2, and $V_T$ is assumed identical (0.23 V) for all devices. Drift-diffusion simulation, which represents the lower bound since it does not account for velocity overshoot, predicts ~30% increase in saturation current $I_{on}$ for strained Si nFET on 20% SiGe, while HD simulation predicts ~50% increase in $I_{on}$ with maximum current of >900μA/μm for supply voltage $V_{dd}$ = 1V.

Some of the electronic and material properties of strained Si/relaxed SiGe system are expected to influence device characteristics and circuit performance of strained Si CMOS: (1) Thermal conductivity is 15x lower in 20% SiGe. Self-heating effect diminishes performance enhancements in strained Si/SiGe devices. Short device duty cycles in CMOS logic circuits may mitigate the effect, but analog device performance would be affected. (2) Due to the lower conduction band in strained Si and smaller band gap in SiGe, for a given doping profile, the threshold voltage $V_T$ is lower in strained-Si devices, especially in n-FETs. Additional vertical field required to adjust $V_T$ could reduce the mobility by a small fraction. (~10% for typical 0.1μm device design) However, the lower intrinsic $V_T$ can be advantageous in controlling the short-channel effects in low-$V_T$, high-performance device design. (3) For pFETs, valence band offset at the Si/SiGe interface may form a parasitic, buried hole channel in addition to the surface channel in strained Si. Presence of such parasitic channel degrades transistor turn-off characteristics and $I_{on}/I_{off}$ metrics. Graded Si/SiGe interface may be necessary to eliminate the buried channel [4]. (4) Higher dielectric constant and lower band gap in SiGe result in higher junction capacitance and leakage as shown in Figure 7.3.5. For 30% SiGe, junction capacitance is increased by ~10%, and junction leakage by ~12x. Sub-threshold slope in strained-Si devices is <10% degraded for similar reasons. Increased junction leakage should not affect the transistor off current $I_{off}$, but may be a concern for excessive leakage at the n-well/substrate junction in bulk Si technology.

In addition, challenges in process technology for SiGe, such as epi material quality, thermal oxidation of SiGe, and salicide formation, require creative solutions. (Note that excellent gate oxides can be formed by thermal oxidation of strained Si.) Most of these issues are related to the presence of relaxed SiGe in the structure. Since it is the strain in the top, Si channel layer that enhances carrier transport — not the presence of SiGe — minimizing the thickness of the relaxed SiGe layer or replacing it with another mechanism that supports strain in the Si layer can reduce or eliminate some of the disadvantages.

Impact of strained Si on circuit performance is projected using ring oscillator simulations. (Figure 7.3.6) For these simulations, device characteristics are calibrated roughly to the device simulation results in Figure 7.3.4. Hole mobility enhancement is estimated at 75% for 30% SiGe, and is assumed to increase linearly with Ge content, while electron mobility enhancement saturates at 75% for [Ge] ≥20%. Simulation indicates that for 30% SiGe, ring oscillator delay can be improved by 40 to 60% depending on which of the drift-diffusion and hydrodynamic simulations correctly predicts the device performance. When the effect of increased junction capacitance is taken into account (closed triangles in Figure 7.3.6), the delay improvement diminishes by a small fraction (10~15%) for 30% SiGe. Although strained-Si CMOS does not address increasing integration density, it is a promising alternative to lithographic scaling for extending device performance if the relevant technological solutions become available.

References:
[i] K. Ismail, "Si/SiGe CMOS: Can it Extend the Lifetime of Si?," ISSCC Digest of Technical Papers, pp. 116-117, Feb. 1997.
[ii] S. Takagi et al., "Comparative study of phonon-limited mobility of two-dimensional electrons in strained and unstrained Si MOSFETs," J. Appl. Phys., 80, pp. 1567-1577, 1996.
[iii] R. Oberhuber et al., "Subband structure and mobility of two-dimensional holes in strained Si/SiGe MOSFETs," Phys. Rev. B, 58, pp. 9941-9948, 1998.
[iv] K. Rim et al., "Enhanced hole mobilities in surface-channel strained-Si p-MOSFETs," IEDM, pp. 1026-1029, 1995.
[v] J. Welser et al., "Strain dependence of the performance enhancement in strained-Si n-MOSFETs," IEDM, pp. 947-950, 1994.
[vi] K. Rim et al., "Fabrication and analysis of deep submicron strained-Si n-MOSFETs," IEEE Trans. Elec. Dev., 47, pp. 1406-1415, 2000.




**EXHIBIT B-2**

APPLIED PHYSICS LETTERS 86, 251902 (2005)

# Dislocation-free strained silicon-on-silicon by in-place bonding

G. M. Cohen,[a] P. M. Mooney,[b] V. K. Paruchuri, and H. J. Hovel
*IBM Semiconductor Research and Development Center (SRDC), Research Division, T. J. Watson Research Center, Yorktown Heights, New York 10598*

(Received 15 March 2005; accepted 10 May 2005; published online 13 June 2005)

In-place bonding is a technique where silicon-on-insulator (SOI) slabs are bonded by hydrophobic attraction to the underlying silicon substrate when the buried oxide is undercut in dilute HF. The bonding between the exposed surfaces of the SOI slab and the substrate propagates simultaneously with the buried oxide etching. As a result, the slabs maintain their registration and are referred to as "bonded in-place". We report the fabrication of dislocation-free strained silicon slabs from pseudomorphic trilayer Si/SiGe/SOI by in-place bonding. Removal of the buried oxide allows the compressively strained SiGe film to relax elastically and induce tensile strain in the top and bottom silicon films. The slabs remain bonded to the substrate by van der Waals forces when the wafer is dried. Subsequent annealing forms a covalent bond such that when the upper Si and the SiGe layer are removed, the bonded silicon slab remains strained. © *2005 American Institute of Physics.*
[DOI: 10.1063/1.1949284]

The performance of metal-oxide-semiconductor field effect transistors (MOSFETs) in complementary metal-oxide-semiconductor (CMOS) technology is enhanced by the use of strained Si. Blanket Si layers under biaxial tensile strain are typically achieved by means of a strain-relaxed epitaxial SiGe layer grown on a Si(001) wafer as a "virtual substrate", on which an epitaxial strained silicon layer is subsequently grown.[1] When a SiGe layer underneath the strained Si film is undesirable, the relaxed-SiGe/strained-Si structures are further processed to fabricate strained-silicon-on-insulator (SSOI) (Ref. 2) and strained-silicon-on-silicon (SSOS) (Ref. 3) wafers by layer transfer and wafer bonding methods. This approach has several drawbacks: First, it requires the epitaxial growth of a relatively thick SiGe layer. Second, plastic strain relaxation of the SiGe film is achieved through nucleation and glide of 60° misfit dislocations that results in a crosshatched rough surface. Chemical mechanical polishing (CMP) is typically done on the strain-relaxed SiGe layer prior to the growth of the strained silicon layer to reduce the surface roughness to a level suitable for device fabrication. CMP is also required to enable the fabrication of SSOI and SSOS by wafer bonding. Finally, the threading dislocation density in the strained Si layer is the same as that in the original underlying strain-relaxed SiGe layer.

Here, we report the fabrication of dislocation-free strained silicon slabs on silicon by a new technique we call in-place bonding. We describe the principles of the in-place bonding technique and show how it can be applied to fabricate SSOS.

Figure 1 shows the main process steps of the in-place bonding method applied to a pseudomorphic trilayer Si/SiGe/Si film stack. The Si/SiGe/Si film stack was fabricated by epitaxial growth of a 250 nm thick metastable pseudomorphic compressively strained $Si_{0.8}Ge_{0.2}$ layer on a 20 nm thick silicon-on-insulator (SOI) film, followed by a 20 nm thick epitaxial silicon cap layer. The SOI substrate was a commercially bonded wafer having a 145 nm thick buried oxide (BOX), with the bonding interface being the oxide-substrate interface. The Si/SiGe/Si film was patterned into isolated slabs by conventional lithography and reactive ion etching (RIE) using HBr chemistry [Fig. 1(a)]. The buried oxide layer was then undercut by etching in a 10:1 diluted hydrofluoric (HF) acid [Fig. 1(b)]. As discussed, later, the etching of the buried oxide allows the SiGe film to relax



FIG. 1. (Color online). Schematic diagram illustrating the in-place bonding method with trilayer Si/SiGe/Si slabs.

---

[a]Electronic mail: guycohen@us.ibm.com
[b]Present address: Physics Department, Simon Fraser University, Burnaby, BC Canada V5A 1S6.

251902-2    Cohen *et al.*                                                                                          Appl. Phys. Lett. 86, 251902 (2005)




FIG. 2. (Color online). SEM images showing (a) an array of in-place bonded Si/SiGe/Si slabs and (b) a cross section of a partially bonded Si slab.



FIG. 3. (Color online). High-resolution triple-axis x-ray diffraction map of bonded trilayer Si/SiGe/Si slabs.

elastically and to induce tensile strain in the silicon films. The free-standing Si surface and the Si substrate surface are both hydrophobic and are, therefore, attracted to each other in the etchant bath. After sufficient etching, the free-standing silicon surface is pulled to the substrate surface by hydrophobic attraction and bonds to the substrate surface [Fig. 1(c)]. As additional oxide is removed, further bonding takes place between the slab and the substrate. The process terminates when all the buried oxide is removed and the slab lies flat on the substrate [Fig. 1(d)]. When the substrate is dried as it is removed from the etching bath, the slabs remain bonded to the substrate by van der Waals forces. A covalent bond forms between the substrate and the bottom strained Si layer during subsequent annealing at 800 °C for 3 h in a $N_2$ ambient.[4] Thus, when the upper Si and SiGe films were removed, the remaining bonded Si layer [Fig. 1(e)] is firmly attached to the Si substrate. Removal of the upper Si and SiGe films was carried out in two steps. First the top silicon film was removed selectively with respect to the SiGe layer by etching with tetramethylammonium hydroxide 25 wt % at room temperature. Then, the SiGe film was removed selectively with respect to the bottom strained-silicon layer by etching in a bath of aged 1 $HF$:2 $H_2O_2$:3 $CH_3COOH$ solution.

Figure 2(a) is a scanning electron microscope (SEM) image showing an array of in-place bonded Si/SiGe/Si slabs. This sample had not been annealed so the slabs are bonded to the substrate only by van der Waals forces. The SEM sample was prepared by cleaving a bar from a wafer. Slabs at the edge of the sample are not cleaved due to the weak bonding provided by the van der Walls force. They either overhang the edge or remain attached to the other part of the wafer. Subsequent annealing at 800 °C forms a covalent bond between the slabs and the substrate, and in this case the slabs are cleaved along with the substrate.

The bonded area of Si/SiGe/Si slabs with a partially etched buried oxide detached from the substrate when the wafer was dried, forming flat slabs supported by an oxide pedestal.[5] This suggests that the elastic restoring force of the slabs is sufficient to overcome the weak van der Waals bonding force in air but not the stronger attractive force between the slab and the substrate in the etching bath. In comparison, the edge of partially etched *thinner* 55 nm thick Si slabs remained bonded to the substrate, as shown in Fig. 2(b) and was illustrated in Fig. 1(c). To verify that the stronger attraction in the HF bath is due to hydrophobic forces, we rendered the silicon surface more hydrophilic by adding a surfactant, sodium dodecyl sulfate, to the etching bath.[6] Silicon slabs that were undercut in an HF bath that contained the surfactant did not bond to the substrate but rather floated in the bath, with a few randomly deposited on the substrate.

The registration of the in-place bonded slabs with respect to their initial position as defined by lithography was tested. The gate line mask of a 90 nm CMOS process mask set was aligned to in-place bonded slabs that were defined by the shallow trench isolation mask. Overlay was measured with the Biorad Q7 tester using a box-in-a-box test structure. The measured overlay error, less than 30 nm, was the same for wafers having in-place bonded slabs and for control wafers where the slabs were defined by RIE but the buried oxide layer was not removed. Excellent registration is maintained provided the slab edges bond to the substrate, while the rest of the slab is still held in place by unetched buried oxide.

As has been previously demonstrated,[5] elastic (dislocation-free) strain relaxation of the free-standing portion of the symmetric Si/SiGe/Si layer occurs as the buried oxide is etched away. The compressive strain in the SiGe layer is reduced and because no defects are introduced, the lattice mismatch strain between the SiGe and the Si is accommodated by inducing tensile strain in the upper and lower Si layers. The degree of strain transfer between the SiGe film and the top and bottom silicon films depends on the ratio of their thicknesses. To maximize the strain transfer from the SiGe film to the silicon films, the thickness of the SiGe film must be much greater than the total thickness of the Si films. For the structure employed in this work, the ratio was about 6:1. The strain in the bonded Si/SiGe/Si slabs was measured by x-ray diffraction as described previously.[7] Figure 3 shows the triple-axis diffraction map of an array of in-place bonded Si/SiGe/Si slabs. The offset in $\omega$ between the diffraction peaks from the SiGe and Si layers in the slabs and the Si substrate, is due to a slight misalignment between the (001) lattice planes of the substrate and those of the bonded slabs.[8] This misalignment was present in the bonded SOI wafer on which the SiGe/Si films were epitaxially grown. The shift in the Bragg angle of the SiGe layer compared with the Bragg angle of the initial pseudomorphic

251902-3    Cohen et al.    Appl. Phys. Lett. 86, 251902 (2005)



FIG. 4. (Color online). AFM image (amplitude) of a SSOS slab fabricated by in-place bonding. The slab size is $8.5 \times 8.5$ $\mu m^2$.

SiGe film, indicates that the strain is reduced by 83%, in good agreement with a force balance model.[7] The diffraction peak corresponding to the Si layer has a higher Bragg angle than that of the Si substrate peak, indicating that the Si layers are under tensile strain with $\epsilon = 0.0069$. The appearance of pronounced thickness fringes in the diffraction map indicates that the strain relaxation of the slab was indeed elastic, i.e., without the introduction of defects.

Surface roughness was measured with a Digital Instruments Dimension 5000 Scanning Probe Microscope [atomic force microscope (AFM)] using tapping mode. Elastic strain relaxation of the Si/SiGe/Si slabs was confirmed by the smooth (crosshatch free) surface measured by AFM. For comparison, we also imaged slabs for which the buried oxide layer was not etched but were also annealed at 800 °C. As expected, these partially relaxed slabs exhibited a crosshatch pattern of surface steps formed by the glide of 60° misfit dislocations during annealing.[9]

Figure 4 shows an AFM image of an in-place bonded $8.5 \times 8.5$ $\mu m^2$ slab following the 800 °C anneal and removal of the top Si/SiGe layers [Fig. 1(e)]. The strained silicon surface is flat and smooth with a root-mean-square (rms) roughness of 0.16 nm. The rms surface roughness of the surrounding silicon substrate is 0.46 nm, because the wet etching process is the major contributor to the roughness and the substrate was exposed to both the Si and SiGe etching solutions.

Raman spectroscopy measurements were used to measure strain in the bottom Si slab after removal of the upper Si and SiGe layers, and following an additional high-temperature anneal which simulated a dopant activation anneal that is routinely used in CMOS device fabrication. The dopant activation anneal was carried out by a rapid thermal anneal (RTA) peaking at 1000 °C for 5 s, with a ramp rate of 50 °C/s in $N_2$ ambient. Raman spectroscopy measurements show that the 20 nm thick Si layer remains strained after removal of the relaxed SiGe layer which originally induced the strain in the Si layer. This confirms that the slab-substrate bond is strong enough to maintain the strain after the 800 °C anneal. The strain in the Si slabs was maintained after RTA anneal. Since the dopant activation anneal is typically the highest thermal treatment applied to a wafer during CMOS fabrication, the technique outlined in this paper can be used to fabricate strained silicon MOSFET devices.

The physics and chemistry of the in-place bonding technique requires further investigation. It is not clear why the etching of the buried oxide does not stop, or at least slow down, once the edges of the slab bond to the substrate and presumably stop the supply of fresh HF. During etching of the buried oxide, the bonded edges of the slabs must be able to slide, since the slabs are flat once all the oxide has been removed. This suggests that the bond between the slab and the substrate is weak enough to allow slippage of the slab and may also enable the transport of the etching solution. Questions about the nature of this bond and the magnitude of the various forces involved remain.

In conclusion, we have fabricated dislocation-free SSOS by in-place bonding. In this method, small Si slabs are bonded to a Si substrate in a liquid solution, whereas the usual wafer bonding is performed in air or in a vacuum. The in-place bonding method vertically translates Si/SiGe/SOI slabs onto the underlying substrate while preserving their registration. Since the slabs are released from the buried oxide, the Si/SiGe/Si structure relaxes elastically without introducing defects into the bonded strained Si layer. After annealing, the top Si and SiGe layers are removed by etching, and the covalently bonded bottom Si layer remains strained. The strained silicon slabs are flat and exhibit a smooth surface. The nature of the bonding forces was discussed briefly, but further work is needed to address many remaining questions.

The epitaxial layer structures for this work were provided by H. Chen, IBM Microelectronics Division, Hopewell Junction, NY 12533.

[1]P. M. Mooney, Int. J. High Speed Electron. Syst. 12, 305 (2002), and references therein.
[2]K. Rim, K. Chan, L. Shi, D. Boyd, J. Ott, N. Klymko, F. Cardone, L. Tai, S. Koester, M. Cobb, D. Canaperi, B. To, E. Duch, I. Babich, R. Carruthers, P. Saunders. G. Walker, Y. Zhang, M. Steen, and M. Ieong, Tech. Dig.-Int. Electron Devices Meet. 2003, 49.
[3]D. M. Isaacson, G. Taraschi, A. J. Pitera, N. Ariel, E. A. Fitzgerald, and T. A. Langdo, Adv. Mater. Micro- and Nano-Sys., online publication link: (http://hdl.handle.net/1721.1/7373) (2005).
[4]Q.-Y. Tong and U. Gosele, Semiconductor Wafer Bonding, (Wiley Interscience, New York, 1999), Chap. 5.
[5]P. M. Mooney, G. M. Cohen, H. Chen, J. O. Chu, and N. Klymko, Mater. Res. Soc. Symp. Proc. 809, 27, (2004).
[6]J. Israelachvili, Intermolecular Surface Forces, 2nd Ed., (Academic, New York, 1992), Chap. 16.
[7]P. M. Mooney, G. M. Cohen, J. O. Chu, and C. E. Murray, Appl. Phys. Lett. 84, 1093 (2004).
[8]G. M. Cohen, P. M. Mooney, E. C. Jones, K. K. Chan, P. M. Solomon, and H-S. P. Wong, Appl. Phys. Lett. 75, 787 (1999).
[9]J. Cai, P. M. Mooney, S. H. Christiansen, H. Chen, J. O. Chu, and J. A. Ott, J. Appl. Phys. 95, 5347 (2004).