IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 05-301 (KAJ) |
| | ) CONSOLIDATED |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *(1) Amberwave Systems Corporation's First Supplemental Responses to Intel's First Set of Interrogatories; (2) Amberwave Systems Corporation's Second Supplemental Responses to Intel's First Set of Interrogatories; (3) Amberwave Systems Corporation's Second Supplemental Response to Intel's Interrogatory No. 9; and (4) Amberwave Systems Corporation's Second Supplemental Responses to Intel's Third Set of Interrogatories* were caused to be served on July 12, 2006 upon the following in the manner indicated:

| | |
|---|---|
| **BY FACSIMILE & E-MAIL** | **BY E-MAIL** |
| George M. Newcombe, Esq.<br>Patrick E. King, Esq.<br>Simpson Thacher and Bartlett LLP<br>3330 Hillview Avenue<br>Palo Alto, CA 94304<br>gnewcome@stblaw.com<br>pking@stblaw.com | Nancy Anderson, Esq.<br>Simpson Thacher and Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>nanderson@stblaw.com |
| Josy W. Ingersoll, Esq.<br>John W. Shaw, Esq.<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19899<br>jingersoll@ycst.com<br>jshaw@ycst.com | David LaRocca, Esq.<br>Simpson Thacher and Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>dlarocca@stblaw.com |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

July 12, 2006

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on July 12, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll (#1088)
> John W. Shaw (#3362)
> Young, Conaway, Stargatt & Taylor, LLP

and that I also caused copies to be served upon the following in the manner indicated:

**BY FACSIMILE**

> Josy W. Ingersoll
> John W. Shaw
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

**BY FACSIMILE**

> George M. Newcombe
> Patrick E. King
> Simpson Thacher & Bartlett LLP
> 3300 Hillview Avenue
> Palo Alto, CA 94304

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com