IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-301 (KAJ) |
| | ) CONSOLIDATED |
| v. | ) |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I certify that copies of *AmberWave's Fourth Set Of Requests For Production* were caused to be served on July 18, 2006, upon the following in the manner indicated:

**BY FACSIMILE & E-MAIL**

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
(650) 251-5002 (fax)
gnewcome@stblaw.com
pking@stblaw.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899
(302) 576-3334 (fax)
jingersoll@ycst.com
jshaw@ycst.com

**BY E-MAIL**

Nancy Anderson, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
nanderson@stblaw.com

David LaRocca, Esq.
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY  10017
dlarocca@stblaw.com

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Leslie A. Polizoti*

        _____

        Jack B. Blumenfeld (#1014)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        lpolizoti@mnat.com
          *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

July 18, 2006
524422

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll (#1088)
>John W. Shaw (#3362)
>Young, Conaway, Stargatt & Taylor, LLP

and that on July 18, 2006 I also caused copies to be served upon the following in the manner indicated:

**BY HAND**

>Josy W. Ingersoll
>John W. Shaw
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899

**BY FACSIMILE**

>George M. Newcombe
>Patrick E. King
>Simpson Thacher & Bartlett LLP
>3300 Hillview Avenue
>Palo Alto, CA 94304
>(650) 251-5002 (fax)

>*/s/ Leslie A. Polizoti*
>Leslie A. Polizoti (#4299)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>lpolizoti@mnat.com