IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 05-301-KAJ |

**NOTICE OF SERVICE**

The undersigned, counsel for Intel Corporation, hereby certify that Papool S. Chaudhari, Esquire of Simpson Thacher & Bartlett LLP, 2550 Hanover Street, Palo Alto, CA 94304 caused copies of (1) Intel's Sixth Set of Interrogatories and (2) Intel's Seventh Set of Requests for Production to be served on August 4, 2006 on the following counsel of record in the manner indicated below:

**BY ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Leslie A. Polizoti, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

David I. Gindler, Esquire
Christopher A. Banderlaan, Esquire
Jason G. Sheasby, Esquire
Amir Naini, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

**BY FEDERAL EXPRESS**

    Jason G. Sheasby, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067

    Jack B. Blumenfeld, Esquire
    Leslie A. Polizoti, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 9, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

    Jack B. Blumenfeld, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

    Jason G. Sheasby, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    _/s/_____
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    (302) 571-6600
    kkeller@ycst.com

    Attorneys for Intel Corporation

OF COUNSEL:

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
(650) 251-5000

Dated: August 9, 2006