IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-301 (KAJ) |
| | ) | CONSOLIDATED |
| v. | ) | |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I certify that copies of *AmberWave Systems Corporation's Disclosures For Designation Of Carl Neil Berglund, Ph.D.* were caused to be served on August 15, 2006, upon the following in the manner indicated:

**BY FACSIMILE & E-MAIL**

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
(650) 251-5002 (fax)
gnewcome@stblaw.com
pking@stblaw.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899
(302) 576-3334 (fax)
jingersoll@ycst.com
jshaw@ycst.com

**BY E-MAIL**

Nancy Anderson, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
nanderson@stblaw.com

David LaRocca, Esq.
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY  10017
dlarocca@stblaw.com

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Leslie A. Polizoti*

---

          Jack B. Blumenfeld (#1014)
          Leslie A. Polizoti (#4299)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200
          lpolizoti@mnat.com
            *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

August 15, 2006
524422

## CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on August 15, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll (#1088)
>John W. Shaw (#3362)
>Young, Conaway, Stargatt & Taylor, LLP

and that on August 15, 2006 I also caused copies to be served upon the following in the manner indicated:

**BY E-MAIL**

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
jingersoll@ycst.com
jshaw@ycst.com

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
3300 Hillview Avenue
Palo Alto, CA  94304
gnewcombe@stblaw.com
pking@stblaw.com

>*/s/ Leslie A. Polizoti*
>Leslie A. Polizoti (#4299)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>lpolizoti@mnat.com