IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-301-KAJ |
| INTEL CORPORATION, | ) (consolidated) |
| Defendant. | ) |

## STIPULATION TO CONTINUE THE TRIAL AND RELATED DATES

Whereas, pursuant to the Court's May 10, 2006 Revised Scheduling Order, the dates currently set in this case are as follows:

| Event | Current Dates |
|---|---|
| Tutorial | September 19, 2006 at 9:30 a.m. |
| Interim status report | October 17, 2006 |
| Status conference | October 24, 2006 |
| Deadline to file all motions to amend or supplement | November 3, 2006 |
| Discovery cut-off | January 5, 2007 |

2

| | |
|---|---|
| Claim construction list exchange | January 5, 2007 |
| Opening briefs - case dispositive motions | February 2, 2007 |
| Joint claim construction chart | February 2, 2007 |
| Opening claim construction brief | February 2, 2007 |
| Answering briefs - case dispositive motions | March 2, 2007 |
| Responsive claim construction brief | March 2, 2007 |
| Reply briefs - case dispositive motions | March 16, 2007 |
| Claim construction hearing | April 2, 2007 at 2:00 p.m. |
| Joint proposed final pretrial order | June 19, 2007 |
| Pretrial conference | July 19, 2007 at 4:30 p.m. |
| Trial | August 20-31, 2007 |

WHEREAS, the parties have been diligently engaged in discovery;

WHEREAS, the parties believe, however, that additional time is required to complete discovery and to properly prepare this case for trial;

WHEREAS, the parties believe that good cause exists to modify the schedule in this case;

THEREFORE, IT IS HEREBY STIPULATED by counsel for the parties, subject to the Court's approval, that the schedule in this case, as set forth in the Revised Scheduling Order, attached as Exhibit 1, shall be as follows:

| Event | Proposed Revised Dates |
|---|---|
| Tutorial | March 20, 2007 at 9:30 a.m. |
| Interim status report | April 17, 2007 |
| Status conference | April 24, 2007 |
| Deadline for motions to amend or supplement | May 4, 2007 |
| Discovery cut-off | July 13, 2007 |
| Claim construction list exchange | July 13, 2007 |
| Opening briefs - case dispositive motions | August 17, 2007 |
| Joint claim construction chart | August 17, 2007 |
| Opening claim construction brief | August 17, 2007 |
| Answering briefs - case dispositive motions | September 14, 2007 |

| | |
|---|---|
| Responsive claim construction brief | September 14, 2007 |
| Reply briefs - case dispositive motions | September 28, 2007 |
| Claim construction hearing | October 15, 2007 at 2:00 p.m. |
| Joint proposed final pretrial order | January 7, 2008 |
| Pretrial conference | February 6, 2008 at 4:30 p.m. |
| Trial | March 10-21, 2008 |

IT IS ALSO HEREBY STIPULATED by counsel for the parties that, after November 3, 2006, AmberWave may not move to add to this consolidated action any patent infringement claim arising from any patent other than continuations, divisionals, or continuations-in-part of United States Patent Nos. 6,831,292; 6,881,632; and 6,946,371, and that Intel reserves the right to oppose any motion to add to this consolidated action any patent infringement claim arising from any patent, whether or not it is a continuation, divisional, or continuation-in-part of the referenced patents, whenever such motion may be filed.

Pursuant to Rule 16.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, counsel for each of the parties hereby certifies that a copy of this Stipulation to Continue the Trial and Related Dates has been sent to their respective clients.

Dated: August __, 2006

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

OF COUNSEL
Morgan Chu
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Attorneys for AmberWave Systems Corporation

YOUNG CONAWAY STARGATT & TAYLOR, LLP

OF COUNSEL
George M. Newcombe
SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, CA 94304

*/s/ John W. Shaw*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Attorneys for Intel Corporation