# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

August 18, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re: <u>AmberWave Systems Corp. v. Intel Corp.</u>, C.A. No. 05-301 (KAJ)

Dear Judge Jordan:

    The parties have jointly filed today a stipulation and attached proposed Revised Scheduling Order that would extend the schedule in this case, including the trial date, by approximately six months. The parties have proposed a pre-trial conference on February 6, 2008 and a two-week trial commencing on March 10, 2008, subject to the Court's availability. Because we recognize that this extension also impacts the Court's calendar, the parties are available for a teleconference should the Court wish to discuss the proposed Revised Scheduling Order further.

            Respectfully,

            /s/ Karen Jacobs Louden (#2881)

            Karen Jacobs Louden

KJL/bls

cc: Dr. Peter T. Dalleo, Clerk (By Hand)
   John W. Shaw, Esquire (By Hand)
   George M. Newcombe, Esquire (By Fax)
   David I. Gindler, Esquire (By Fax)