IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 05-301-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of Intel's Responses and Objections to AmberWave's Fourth Set of Requests for Production were caused to be served on August 17, 2006 on the following counsel of record in the manner indicated below:

**BY ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Leslie A. Polizoti, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

David I. Gindler, Esquire
Christopher A. Banderlaan, Esquire
Jason G. Sheasby, Esquire
Amir Naini, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

**BY FEDERAL EXPRESS**

Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

        Jack B. Blumenfeld, Esquire
        Leslie A. Polizoti, Esquire
        Morris Nichols Arsht & Tunnell
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 21, 2006 upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY AND CM/ECF

        Jack B. Blumenfeld, Esquire
        Morris Nichols Arsht & Tunnell
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347

### BY ELECTRONIC MAIL & FEDERAL EXPRESS

        Jason G. Sheasby, Esquire
        Irell & Manella LLP
        1800 Avenue of the Stars, Suite 900
        Los Angeles, CA 90067

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Karen E. Keller*
        John W. Shaw (No. 3362)
        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6600
        kkeller@ycst.com

        Attorneys for Intel Corporation

OF COUNSEL:

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
(650) 251-5000

Dated: August 21, 2006