# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 351 9415
302 425 3084 Fax
lpolizoti@mnat.com

August 23, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *AmberWave Systems Corp. v. Intel Corp.*, C.A. No. 05-301 (KAJ)

Dear Judge Jordan:

      The parties have scheduled an August 25 telephone conference with Your Honor to discuss three issues: (1) Intel's access to a document designated under the Protective Order, which is discussed in Intel's July 20, 2006 letter to the Court (D.I. 139); (2) Whether Intel should be compelled to appear in response to a Rule 30(b)(6) deposition notice served by AmberWave on certain topics; and (3) Whether Intel should be compelled to produce documents in response to certain AmberWave document requests. The parties have resolved the dispute identified in Intel's July 20 letter. AmberWave will submit a letter to the Court on the second and third issues later today.

                               Respectfully,

                               /s/ *Leslie A. Polizoti (#4299)*

                               Leslie A. Polizoti

cc:    Dr. Peter T. Dalleo, Clerk (By Hand)
        John W. Shaw, Esquire (By Hand)
        George M. Newcombe, Esquire (By Fax)
        David I. Gindler, Esquire (By Fax)