# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 28, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *AmberWave Systems Corp. v. Intel Corp.*, C.A. No. 05-301 (KAJ)

Dear Judge Jordan:

    Attached is a revised Scheduling Order, including the dates set last Friday. If it meets with the Court's approval, we request that it be entered.

        Respectfully,

        */s/ Jack B. Blumenfeld (#1014)*

        Jack B. Blumenfeld

cc:    Dr. Peter T. Dalleo, Clerk (By Hand)
        John W. Shaw, Esquire (By Hand)
        George M. Newcombe, Esquire (By Fax)
        David I. Gindler, Esquire (By Fax)