IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>              Defendant. | Case No. 05-301-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of Intel Corporation's Objections to AmberWave's First Rule 30(b)(6) Deposition Notice were caused to be served on July 20, 2006 and (2) Intel's Sixth Set of Requests for Production were caused to be served on July 24, 2006 on the following counsel of record in the manner indicated below:

**BY ELECTRONIC MAIL**

    Jack B. Blumenfeld, Esquire
    Leslie A. Polizoti, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

    David I. Gindler, Esquire
    Christopher A. Banderlaan, Esquire
    Jason G. Sheasby, Esquire
    Amir Naini, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067

**BY FEDERAL EXPRESS**

    Jason G. Sheasby, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067

>Jack B. Blumenfeld, Esquire
>Leslie A. Polizoti, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 7, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347

**BY ELECTRONIC MAIL & FEDERAL EXPRESS**

>Jason G. Sheasby, Esquire
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA  90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

Attorneys for Intel Corporation

OF COUNSEL:

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
(650) 251-5000

Dated:  September 7, 2006