IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | Case No. 05-301-KAJ <br> (Consolidated) |

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the attached subpoena has been served on Matthew T. Currie.

                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                  */s/ Karen E. Keller*

                                  Josy W. Ingersoll (No. 1088) <br>
                                  John W. Shaw (No. 3362) <br>
                                  Karen E. Keller (No. 4489) <br>
                                  The Brandywine Building <br>
                                  1000 West Street, 17th Floor <br>
                                  P.O. Box 391 <br>
                                  Wilmington, DE 19899-0391 <br>
                                  (302) 571-6672 <br>
                                  kkeller@ycst.com

                                  *Attorneys for Intel Corporation*

OF COUNSEL

George M. Newcombe <br>
Patrick E. King <br>
Simpson Thacher & Bartlett LLP <br>
2550 Hanover Street <br>
Palo Alto, CA 94304 <br>
(650) 251-5030

Dated: September 21, 2006

DB01:2197329.1                                                                                                          062992.1002

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on September 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

**BY FEDERAL EXPRESS**

> Morgan Chu, Esquire
> Jason G. Sheasby, Esquire
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Intel Corporation*

DB01:1620087.1