IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | |
| Plaintiff, | |
| v. | Case No. 05-301-KAJ (Consolidated) |
| INTEL CORPORATION, | |
| Defendant. | |

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the attached subpoena has been served on Anthony J. Lochtefeld.

           YOUNG CONAWAY STARGATT & TAYLOR, LLP

           /s/ Karen E. Keller
           Josy W. Ingersoll (No. 1088)
           John W. Shaw (No. 3362)
           Karen E. Keller (No. 4489)
           The Brandywine Building
           1000 West Street, 17th Floor
           P.O. Box 391
           Wilmington, DE 19899-0391
           (302) 571-6672
           kkeller@ycst.com

           *Attorneys for Intel Corporation*

OF COUNSEL

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
(650) 251-5030

Dated: September 21, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on September 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

**BY FEDERAL EXPRESS**

> Morgan Chu, Esquire
> Jason G. Sheasby, Esquire
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Intel Corporation*

DB01:1620087.1