EXHIBIT G



US006792523B1

(12) **United States Patent**
Glew et al.

(10) Patent No.: **US 6,792,523 B1**
(45) Date of Patent: **\*Sep. 14, 2004**

(54) **PROCESSOR WITH INSTRUCTIONS THAT OPERATE ON DIFFERENT DATA TYPES STORED IN THE SAME SINGLE LOGICAL REGISTER FILE**

(75) Inventors: **Andrew F. Glew**, Hillsboro, OR (US); **Larry M. Menneneier**, Boulder Creek, CA (US); **Alexander D. Peleg**, Haifa (IL); **David Bistry**, Cupertino, CA (US); **Millind Mittal**, South San Francisco, CA (US); **Carole Dulong**, Saratoga, CA (US); **Eiichi Kowashi**, Ibaraki (JP); **Benny Eitan**, Haifa (IL); **Derrik Lin**, Foster City, CA (US); **Romamohan R. Vakkalagadda**, Fremont, CA (US)

(73) Assignee: **Intel Corporation**, Santa Clara, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/363,116

(22) Filed: **Jul. 27, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/898,720, filed on Jul. 22, 1997, now Pat. No. 6,170,997, which is a continuation of application No. 08/574,500, filed on Dec. 19, 1995, now Pat. No. 5,701,508.

(51) Int. Cl.[7] ............................ **G06F 12/00**; G06F 9/302

(52) U.S. Cl. ........................ **712/228**; 712/222; 712/217; 712/229; 712/244; 712/23; 711/221; 709/108

(58) Field of Search ............................. 711/221; 712/1, 712/23, 34, 208, 209, 217, 222, 225, 226, 228, 229, 244; 709/107, 108

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,711,692 A | 1/1973 | Batcher | ...................... | 235/175 |
| 3,723,715 A | 3/1973 | Chen et al. | ................. | 235/175 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 92106065.3 | 8/1992 | ............. | G06F/9/30 |
| EP | 93120933.2 | 12/1993 | ............. | G06F/9/38 |
| WO | WO93/01543 | 7/1992 | ............. | G06F/9/30 |

OTHER PUBLICATIONS

Defence and Counterclaim, In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, Intel Corporation vs. Via Technologies Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited, dated Dec. 12, 2001 (pp. 1–13); Annex 1 to the Defence and Counterclaim (2 pgs); Annex 2 to the Defence and Counterclaim (4 pgs.); Cover page (1 pg).

(List continued on next page.)

*Primary Examiner*—William M. Treat
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

(57) **ABSTRACT**

A processor with instructions to operate on different data types stored in a single logical register file. According to one aspect of the invention, a first set of instructions of a first instruction type operates on the contents of what at least logically appears to software as a single logical register file. The first set of instructions appears to access the single logical register file as a flat register file. In addition, a first instruction of a second instruction type operates on the logical register file. However, the first instruction appears to access the logical register file as a stack referenced register file. Furthermore, sometime between starting the execution of the first set of instructions and completing the execution of the first instruction, all tags in a set of tags indicating whether corresponding registers in the single logical register file are empty or non-empty are caused to indicate non-empty states.

**17 Claims, 20 Drawing Sheets**



**US 6,792,523 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,161,784 A | 7/1979 | Cushing et al. | 364/748 |
| 4,229,801 A | 10/1980 | Whipple | 364/748 |
| 4,393,468 A | 7/1983 | New | 364/736 |
| 4,418,383 A | 11/1983 | Doyle et al. | 364/200 |
| 4,498,177 A | 2/1985 | Larson | 371/52 |
| 4,707,800 A | 11/1987 | Montrone et al. | 364/788 |
| 4,771,379 A | 9/1988 | Ando et al. | 364/200 |
| 4,972,314 A | 11/1990 | Getzinger et al. | |
| 4,989,168 A | 1/1991 | Kuroda et al. | 364/715.09 |
| 4,992,938 A | 2/1991 | Cocke et al. | 364/200 |
| 5,008,812 A | 4/1991 | Bhandarkar et al. | 364/200 |
| 5,095,457 A | 3/1992 | Jeong | 364/758 |
| 5,127,098 A | 6/1992 | Rosenthal et al. | 395/650 |
| 5,187,679 A | 2/1993 | Vassiliadis et al. | 364/786 |
| 5,241,635 A | 8/1993 | Papadopoulos et al. | 395/375 |
| 5,267,350 A | 11/1993 | Matsubara et al. | 395/375 |
| 5,367,650 A | 11/1994 | Sharangpani et al. | 395/775 |
| 5,467,473 A | 11/1995 | Kahle et al. | 395/800 |
| 5,481,719 A | 1/1996 | Ackerman et al. | 395/700 |
| 5,493,687 A | 2/1996 | Garg et al. | 395/800 |
| 5,499,352 A | 3/1996 | Clift et al. | 395/412 |
| 5,507,000 A | 4/1996 | Stewart et al. | 395/800 |
| 5,519,841 A | 5/1996 | Sager et al. | 395/412 |
| 5,522,051 A | 5/1996 | Sharangpani | 395/375 |
| 5,535,397 A | 7/1996 | Durante et al. | 395/740 |
| 5,537,606 A | 7/1996 | Byrne | 395/800 |
| 5,546,554 A | 8/1996 | Yung et al. | 395/375 |
| 5,560,035 A | 9/1996 | Garg et al. | 465/239 |
| 5,634,118 A | 5/1997 | Blomgren | 395/567 |
| 5,649,225 A | 7/1997 | White et al. | 395/800 |
| 5,651,125 A | 7/1997 | Witt et al. | 395/394 |
| 5,657,253 A | 8/1997 | Dreyer et al. | 364/551.01 |
| 5,669,013 A | 9/1997 | Watanabe et al. | |
| 5,677,862 A | 10/1997 | Peleg et al. | 364/754 |
| 5,687,336 A | 11/1997 | Shen et al. | 395/378 |
| 5,696,955 A | 12/1997 | Goddard et al. | 395/563 |
| 5,701,508 A | 12/1997 | Glew et al. | 395/800 |
| 5,721,892 A | 2/1998 | Peleg et al. | 395/562 |
| 5,760,792 A | 6/1998 | Holt et al. | 345/509 |
| 5,835,748 A | 11/1998 | Orenstein et al. | 395/393 |
| 5,852,726 A | 12/1998 | Lin et al. | 395/376 |
| 5,857,096 A | 1/1999 | Bistry et al. | 395/570 |
| 5,940,859 A | 8/1999 | Bistry et al. | 711/147 |
| 5,978,901 A | 11/1999 | Luedtke et al. | |
| 6,145,049 A | 11/2000 | Wong | |
| 6,266,686 B1 | 7/2001 | Bistry et al. | |
| 6,339,823 B1 | 1/2002 | Loper, Jr. | |
| 6,385,716 B1 | 5/2002 | Henry et al. | |
| 6,412,065 B1 | 6/2002 | Loper, Jr. | |

### OTHER PUBLICATIONS

Defendants' Particulars of Objections, In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, Intel Corporation vs. Via Technologies, Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited, dated Dec. 12, 2001 (4 pgs).

VIA Technologies, Inc., a Taiwan Corporation, and Centaur Technology, Inc., a California Corporation, v. Intel Corporation, a Delaware Corporation, "VIA's and Centaur's Short Statement Regarding Their Non–Infringement and Invalidity Defenses—Filed Under Seal (Redacted)," In the United States Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, filed Jan. 24, 2002; total pages: 14.

VIA Technologies Inc., and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc. and VIA Technologies, Inc. (US), "VIA Parties' Supplemental Responses to Intel's Interrogatory (No. 6) (Redacted)," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated with Civil Action No. A–02–CA–420–SS), dated Apr. 2, 2003; total pages: 46.

VIA Technologies Inc., and Centaur Technology, Inc. v. Intel Corporation v. VIA–Cyrix, Inc. and VIA Technologies, Inc. (US), "VIA Parties' Notice Under 35 U.S.C. §282," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, dated Mar. 7, 2003; total pages: 21.

VIA Technologies Inc., and Centaur Technology, Inc., v. Intel Corporation v. Via–Cyrix, Inc., VIA Technologies, Inc. (US), and IP First, L.L.C., "VIA Parties' Motion For Summary Judgement That U.S. patent application Ser. No. 5,835,748 Is Invalid For Failure To Disclose The Best Mode—Filed Under Seal," In The United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated with Civil Action No. A–02–CA–420–SS), dated Mar. 17, 2003; total pages: 106 (including tabs).

VIA Technologies, Inc., and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc., VIA Technologies, Inc. (US), and IP First, L.L.C., "Intel's Opposition To The VIA Parties' Motion for Summary Judgement of Invalidity of U.S. patent application Ser. No. 5,835,748 Based on Best Mode," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated and Civil Action No. A–02–CA–420–SS), filed Mar. 24, 2003; total pages: 31 (including tabs).

VIA Technologies Inc., a Taiwan Corporation, and Centaur Technology, Inc., a California Corporation v. Intel Corporation, a Delaware Corporation, "The VIA Parties' Parties Reply To Intel's Opposition To The VIA Parties' Motion for Summary Judgement That U.S. patent application Ser. No. 5,835,748 Is Invalid For Failure To Disclose The Best Mode—Filed Under Seal," In The United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, dated Mar. 27, 2003; total pages: 44 (including tabs).

VIA Technologies, Inc., and Centaur Technology, Inc., v. Intel Corporation, "Order: That . . . VIA Parties' Motion For Summary Judgement That U. S. patent application Ser. No. 5,835,748 Is Invalid For Failure To Disclose The Best Mode [#356] Is Denied . . . , signed by Sam Sparks, United States District Judge," In the United States District Court for the Western District of Texas, Austin Division, Case No. A–01–CA–602–SS, dated Mar. 31, 2003; total pages: 23.

VIA Technologies, Inc., and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc., VIA Technologies, Inc. (US), and IP First, L.L.C., "Expert Report of Harold Stone (2)," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated with Civil Action No. A–02–CA–420–SS), dated Mar. 17, 2003; total pages: 89 (including tabs).

## US 6,792,523 B1
Page 3

VIA Technologies Inc, and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc., VIA Technologies, Inc. (US), and IP First, L.L.C., "Rebuttal Expert Report of Dr. Thomas Rhyne Regarding The Validity of U.S. patent application Ser. Nos. 5,701–508; 5,835,748 and 5,201,043," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated with Civil Action No. A–02–CA–420–SS), dated Mar. 24, 2003; total pages: 73 (including tab).

Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited, "Intel's Opening Skeleton Argument (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Feb. 25, 2003; total pages: 100.

Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited, "Intel's Closing Skeleton Argument (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Feb. 13, 2003; total pages: 144.

Intel Corporation vs. VIA Technologies Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited, "Intel Corporation v. VIA Technologies, Inc., and others; Defendants' Opening Skeleton Argument—Introduction to the Proceedings (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Jan. 27, 2003; total pages: 99 (including tabs).

Intel Corporation vs. VIA Technologies Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited, "Intel Corporation v. VIA Technologies, Inc., and others; Defendant's Closing Skeleton Argument (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Feb. 13, 2003; total pages: 70 (including tabs).

Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited, "Expert's Report of Simon Richard Jones (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Dec. 20, 2002; total pages: 109 (including tabs).

Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited, "Expert Report of Michael David May (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Dec. 23, 2002; total pages: 268 (including tabs).

Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited, "Expert Report of Michael David May: Exhibits MDM–1 to MDM–11 (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Dec. 23, 2002; total pages: 367 (including tabs).

Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited, "Bundle X—Exhibits Produced At Trial," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dates produced: May 2, 2003–Nov. 2, 2003; total pages: 139 (including tabs).

Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited (3) Realtime Distribution Limited, "Order Before the Honorable Mr. Justice Pumfrey, Monday Feb 3, 2003: Claimant has leave to amend the Specification of United Kingdom Patent No. GB 2 326 494 . . . ", In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Feb. 3, 2003; total pages: 2.

Centaur's Reply to Intel's Counterclaims of May 16, 2002, In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, Via Technologies, Inc., a Taiwan Corporation, and Centaur Technology, Inc. vs. Intel Corporation vs. Via–Cyrix, Inc., a Texas Corporation, and Via Technologies, Inc. (U.S.), filed May 31, 2002 (12 pgs).

Reply of Intel to Centaur's Counterclaim, In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, Via Technologies, Inc., a Taiwan Corporation, and Centaur Technology, Inc. vs. Intel Corporation vs. Via–Cyrix, Inc., a Texas Corporation, and Via Technologies, Inc. (U.S.), filed Jun. 13, 2002 (4 pgs).

Defendant's Particulars of Objections, In the High Court of the Hong Kong Special Administrative Region (Hong Kong), Court of First Instance of No. 4265 OF 2001, Case No. HCA 4265/2001, Intel Corporation vs. Via Technologies, Inc.; Trend Electronics (HK) Limited, dated Dec. 26, 2001 (4 pgs).

Keith Diefendorff, et al., "Organization of the Motorola 88110 Superscalar RISC Microprocessor", IEEE Micro, pp. 40–63, Apr. 1992.

R.D. Dixon, "A Stack–Frame Architecture Language Processor", The Journal of Forth Application and Research, Proceedings of the 1987 Rochester Forth Conference, vol. 5, No. 1, pp. 11–25.

Linley Gwennap, "UltraSparc Adds Multimedia Instructions, Other New Instructions Handle Unaligned and Little–Endian Data", Microprocessor Report, pp. 16–18, Dec. 5, 1994.

L. Kohn, et al., "The Visual Instruction Set (VIS) in UltraS-PARC™", IEEE Computer Society Press, pp. 462–469, Los Alamitos, California, 1995.

Philip Koopman, Jr., "Stack Computers the new wave", Mountain View Press, pp. 3–234, La Honda, California, 1989.

**US 6,792,523 B1**

Page 4

International Preliminary Examination Report for PCT/US96/20573, dated Nov. 19, 1997, 5 pgs.

International Preliminary Examination Report for PCT/US96/20572, dated Oct. 17, 1997, 4 pgs.

Written Opinion for PCT/US96/20516, dated Dec. 15, 1997, 4 pgs.

International Preliminary Examination Report for PCT/US96/20516, dated Apr. 30, 1998, 5 pgs.

J. Shipnes, Graphics Processing with the 88110 RISC Microprocessor, IEEE (1992), pp. 169–174.

*MC88110 Second Generation RISC Microprocessor User's Manual,* Motorola, Inc. (1991).

*Errata to MC88110 Second Generation RISC Microprocessor User's Manual,* Motorola Inc. (1992), pp. 1–11.

*MC88110 Programmer's Reference Guide,* Motorola Inc. (1992), p. 1–4.

*i860™ Microprocessor Family Programmer's Reference Manual,* Intel Corporation (1992), Ch. 1, 3, 8, 12.

R. B. Lee, *Accelerating Multimedia With Enhanced Microprocessors,* IEEE Micro (Apr. 1995), pp 22–32.

*TMS320C2x User's Guide,* Texas Instruments (1993) pp 3–2 through 3–11; 3–28 through 3–34; 4–1 through 4–22; 4–41; 4–103; 4–119 through 4–120; 4–122; 4–150 through 4–151.

L. Gwennap, *New PA–RISC Processor Decodes MPEG Video,* Microprocessor Report (Jan. 1994) pp 16, 17.

SPARC Technology Business, *UltraSPARC Multimedia Capabilities On–Chip Support for Real–Time Video and Advanced Graphics,* Sun Microsystems (Sep. 1994).

Y. Kawakami et al., *LSI Applications: A Single–Chip Digital Signal Processor for Voiceband Applications,* Solid State Circuits Conference, Digest of Technical Papers; IEEE International (1980).

B. Case, *Philips Hopes to Displace DSPs with VLIW,* Microprocessor Report (Dec. 1994), pp 12–15.

L. Gwennap, *UltraSparc Adds Multimedia Instructions,* Microprocessor Report (Dec. 1994) pp 16–18.

N. Margulis, *i860 Microprocessor Architecture,* McGraw Hill, Inc. (1990) Ch. 6, 7, 8, 10, 11.

*Pentium Processor User's Manual, vol. 3: Architecture and Programming Manual,* Intel Corporation (1992), Ch. 2, 9, 19, 11.

International Search Report for PCT/Us96/20522, dated Apr. 23, 1997, 3 pages.

International Search Report for PCT/US96/20516, dated Apr. 18, 1997, 1 page.

International Search Report for PCT/US96/20572, dated Mar. 21, 1997, 1 page.

International Search Report for PCT/US96/20573, dated Mar. 11, 1997, 1 page.

Supplemental European Search Report, Application No. EP 96 94 4983, date of completion of the search, Sep. 15, 1999.

Supplemental Partial European Search Report, Application No. EP 96 94 4983, date of completion of the search, Sep. 15, 1999.

Rounce, P. et al: "Architectures within the Esprit Span Project" IEEE Micro Graphics Floating Point Engine Fix and Float Registers Consolidations, IBM Technical Disclosure Bulletin, vol. 36, No. 12, dated Dec. 1993.



**Fig. 1**
**(Prior Art)**



**Fig. 2**
**(Prior Art)**



Fig. 3A



Figure 3B     Figure 3C



**Figure 3D**



**Figure 15A**



**Figure 15B**



**Fig. 4A**



Fig. 4B

Case 1:05-cv-00301-JJF-MPT     Document 169-5     Filed 09/25/2006     Page 12 of 25



**Fig. 5**



**Fig. 6A**

Case 1:05-cv-00301-JJF-MPT    Document 169-5    Filed 09/25/2006    Page 14 of 25



**Fig. 6B**



**Fig. 7A**

Fig. 7B



**Fig. 7C**



FROM STEP 722

┌─ 734

ARE THERE ANY PENDING
ERRORS FROM PREVIOUS
FLOATING POINT
INSTRUCTIONS THAT CAN
BE SERVICED NOW?
800

YES

PENDING
FLOATING
POINT ERROR
EXCEPTION
724

NO

COPY THE DATA STORED IN THE
MANTISSA FIELDS OF THE FLOATING
POINT REGISTERS INTO THE PACKED
DATA REGISTERS
804

SET THE EMMS INDICATION = LAST
PD INSTRUCTION WAS NOT THE
EMMS INSTRUCTION
806

SET ALL DIRTY
INDICATIONS CLEAN
808

SET THE SPECULATIVE
INDICATION TO
INDICATE THE FP TO PD
TRANSITION IS
SPECULATIVE
810

SET THE MODE
INDICATION = PACKED
DATA MODE
812

TO STEP 736

**Fig. 8**



FROM STEP 726

728

DOES THE SPECULATIVE
INDICATION = THE FP TO PD
TRANSITION IS
SPECULATIVE?
900

YES

NO

DOES THE EMMS
INDICATION = LAST PD
INSTRUCTION WAS THE
EMMS INSTRUCTION?
902

YES

SET ALL TAGS =
EMPTY
904

NO

SET ALL TAGS = NON-EMPTY
906

COPY THE CONTENTS OF THE PACKED DATA
REGISTERS INTO THE MANTISSA FIELDS OF THE
FLOATING POINT REGISTERS
908

SET TOS = 0
910

STORE 1's IN THE SIGN AND EXPONENT FIELDS OF THOSE FLOATING POINT
REGISTERS WHOSE CORRESPONDING DIRTY INDICATIONS = DIRTY
912

SET THE MODE INDICATION =
FLOATING POINT MODE
914

TO STEP 730

Fig. 9



Fig. 10



**Fig. 11A**



Fig. 11B



Fig. 11C



**Fig. 12A**

**Fig. 12B**

**Fig. 12C**

**FIGURE 14**

Case 1:05-cv-00301-JJF-MPT     Document 169-5     Filed 09/25/2006     Page 25 of 25



Fig. 13