EXHIBIT H



US006751725B2

(12) **United States Patent**
Bistry et al.

(10) **Patent No.:**     **US 6,751,725 B2**
(45) **Date of Patent:**     *Jun. 15, 2004

(54) **METHODS AND APPARATUSES TO CLEAR STATE FOR OPERATION OF A STACK**

(75) Inventors: **David Bistry**, Cupertino, CA (US); **Larry Mennemeier**, Boulder Creek, CA (US); **Alexander D. Peleg**, Haifa (IL); **Carole Dulong**, Saratoga, CA (US); **Eiichi Kowashi**, Ryugasaki (JP); **Millind Mittal**, South San Francisco, CA (US); **Benny Eitan**, Haifa (IL)

(73) Assignee: **Intel Corporation**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/785,303**

(22) Filed: **Feb. 16, 2001**

(65) **Prior Publication Data**

US 2001/0047469 A1 Nov. 29, 2001

**Related U.S. Application Data**

(63) Continuation of application No. 09/262,951, filed on Mar. 4, 1999, now Pat. No. 6,266,686, which is a continuation of application No. 08/574,891, filed on Dec. 19, 1995, now Pat. No. 5,940,859.

(51) Int. Cl.[7] ........................ G06F 9/302; G06F 9/44

(52) U.S. Cl. ........................ 712/221; 712/222; 712/4; 712/213; 708/204

(58) Field of Search ........................ 710/5; 711/100, 711/153, 130, 149; 712/222, 25, 6, 3, 4, 9, 201, 221, 213; 708/204

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,711,692 A | 1/1973 | Batcher | 235/175 |
| 3,723,715 A | 3/1973 | Chen et al. | 235/175 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0510429 A2 | 8/1992 | |
| EP | 0605868 A1 | 12/1993 | |
| WO | WO93/01543 | 7/1992 | ............. G06F/9/30 |
| WO | PCT/US96/20522 | 10/1997 | |
| WO | PCT/US96/20572 | 10/1997 | |
| WO | PCT/US96/20573 | 11/1997 | |
| WO | PCT/US96/20522 | 3/1998 | |

OTHER PUBLICATIONS

J. Shipnes, *Graphics Processing with the 88110 RISC Micro-processor*, IEEE (1992), pp 169–174.

*MC88110 Second Generation RISC Microprocessor User's Manual*, Motorola Inc. (1991).

*Errata to MC88110 Second Generation RISC Microprocessor User's Manual*, Motorola Inc. (1992), pp. 1–11.

(List continued on next page.)

*Primary Examiner*—Daniel H. Pan
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

(57)     **ABSTRACT**

Methods and apparatuses to clear state for operation of a stack. According to one embodiment of the invention, a processor comprises a set of one or more storage areas and a decode unit. The set of one or more storage areas are to store a plurality of tags and a top of stack indication, where each of the plurality of tags is to indicate if a register is in an empty or non-empty state. The decode unit is to decode scalar floating point instructions and packed data instructions, where at least certain of said scalar floating point instructions specify registers in a stack referenced manner and at least certain of said packed data instructions specify registers in a non-stack referenced manner. In addition, the packed data instructions include an instruction to mark the end of blocks of the packed data instructions in programs. The processor also comprises circuitry to cause the plurality of tags to indicate the empty state responsive to execution of the instruction.

**41 Claims, 20 Drawing Sheets**



**US 6,751,725 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,161,784 A | 7/1979 | Cushing et al. | 364/748 |
| 4,229,801 A | 10/1980 | Whipple | 364/748 |
| 4,393,468 A | 7/1983 | New | 364/736 |
| 4,418,383 A | 11/1983 | Doyle et al. | 364/200 |
| 4,498,177 A | 2/1985 | Larson | 371/52 |
| 4,707,800 A | 11/1987 | Montrone et al. | 364/788 |
| 4,771,379 A | 9/1988 | Ando et al. | 364/200 |
| 4,972,314 A * | 11/1990 | Getzinger et al. | 711/149 |
| 4,989,168 A | 1/1991 | Kuroda et al. | 364/715.09 |
| 4,992,938 A | 2/1991 | Cocke et al. | 364/200 |
| 5,008,812 A | 4/1991 | Bhandarkar et al. | 364/200 |
| 5,095,457 A | 3/1992 | Jeong | 364/758 |
| 5,127,098 A | 6/1992 | Rosenthal et al. | 395/650 |
| 5,187,679 A | 2/1993 | Vassiliadis et al. | 364/786 |
| 5,241,635 A | 8/1993 | Papadopoulos et al. | 395/375 |
| 5,267,350 A | 11/1993 | Matsubara et al. | 395/375 |
| 5,268,995 A | 12/1993 | Diefendorff et al. | |
| 5,426,783 A | 6/1995 | Norrie et al. | |
| 5,467,473 A | 11/1995 | Kahle et al. | 395/800 |
| 5,481,719 A | 1/1996 | Ackerman et al. | 395/700 |
| 5,487,159 A | 1/1996 | Byers et al. | |
| 5,493,687 A | 2/1996 | Garg et al. | |
| 5,499,352 A | 3/1996 | Clift et al. | 395/412 |
| 5,507,000 A | 4/1996 | Stewart et al. | 311/797 |
| 5,519,841 A | 5/1996 | Sager et al. | 395/412 |
| 5,522,051 A | 5/1996 | Sharangpani | 395/375 |
| 5,535,397 A | 7/1996 | Durante et al. | 395/740 |
| 5,537,606 A | 7/1996 | Byrne | 395/800 |
| 5,546,554 A | 8/1996 | Yung et al. | 395/413 |
| 5,560,035 A | 9/1996 | Garg et al. | 395/800 |
| 5,634,118 A | 5/1997 | Blomgren | 395/567 |
| 5,649,225 A | 7/1997 | White et al. | 395/800 |
| 5,651,125 A | 7/1997 | Witt et al. | 395/394 |
| 5,657,253 A | 8/1997 | Dreyer et al. | 364/551.01 |
| 5,669,013 A * | 9/1997 | Watanabe et al. | 710/5 |
| 5,677,862 A | 10/1997 | Peleg et al. | 364/754 |
| 5,687,336 A | 11/1997 | Shen et al. | 395/378 |
| 5,696,955 A | 12/1997 | Goddard et al. | 395/563 |
| 5,701,508 A | 12/1997 | Glew et al. | 395/800 |
| 5,721,892 A | 2/1998 | Peleg et al. | 395/562 |
| 5,835,748 A | 11/1998 | Orenstein et al. | 395/393 |
| 5,852,726 A | 12/1998 | Lin et al. | 395/376 |
| 5,857,096 A * | 1/1999 | Bistry et al. | 712/229 |
| 5,909,552 A | 6/1999 | Jensen et al. | |
| 5,938,756 A | 8/1999 | Van Hook et al. | |
| 5,940,859 A * | 8/1999 | Bistry et al. | 711/147 |
| 5,978,901 A | 11/1999 | Luedtke et al. | |
| 6,145,049 A | 11/2000 | Wong | |
| 6,266,686 B1 * | 7/2001 | Bistry et al. | 708/204 |
| 6,339,823 B1 | 1/2002 | Loper, Jr. | |
| 6,385,716 B1 | 5/2002 | Henry et al. | |
| 6,412,065 B1 | 6/2002 | Loper, Jr. | |

## OTHER PUBLICATIONS

*MC88110 Programmer's Reference Guide*, Motorola Inc. (1992), p 1–4.

*i860™ Microprocessor Family Programmer's Reference Manual*, Intel Corporation (1992), Ch. 1, 3, 8, 12.

R. B. Lee, *Accelerating Multimedia With Enhanced Microprocessors*, IEEE Micro (Apr. 1995), pp 22–32.

B. Case, *Phillips Hopes to Displace DSPs with VLIW*, Microprocessor Report (Dec. 94), pp. 12–15.

L. Gwennap, *UltraSparc Adds Multimedia Instructions*, Microprocessor Report (Dec. 94), pp. 16–18.

N. Margulis, *i860 Microprocessor Architecture*, McGraw Hill, Inc. (1990) Ch. 6, 7, 8, 10, 11.

*Pentium Processor User's Manual, vol. 3: Architecture and Programming Manual*, Intel Corporation (1993), Ch. 1, 3, 4, 6, 8, and 18.

*i860™ Microprocessor Family Programmer's Reference Manual*, Intel Corporation (1992), Ch. 2, 9, 10, 11.

International Search Report for PCT/US96/20522, Dated Apr. 23, 1997, 3 Pages.

International Search Report for PCT/US96/20516, Dated Apr. 18, 1997, 1 Page.

International Search Report for PCT/US96/20572, Dated Mar. 21, 1997, 3 Page.

International Search Report for PCT/US96/20573, Dated Mar. 11, 1997, 3 Page.

*TMS320C2x User's Guide*, Texas Instruments (1993) pp 3–2 through 3–11; 3–28 through 3–34; 4–1 through 4–22; 4–41; 4–103; 4–119 through 4–120; 4–122; 4–150 through 4–151.

L. Gwennap, *New PA–RISC Processor Decodes MPEG Video*, Microprocessor Report (Jan. 1994), pp 16, 17.

SPARC Technology Business, *UltraSPARC Multimedia Capabilities On–Chip Support for Real–Time Video and Advanced Graphics*, Sun Microsystems (Sep. 1994).

Y. Kawakami et al., *LSI Applications: A Single–Chip Digital Signal Processor for Voiceband Applications*, Solid State Circuits Conference, Digest of Technical Papers; IEEE International (1980).

Keith Diefendorff, et al., "Organization of the Motorola 88110 Superscalar RISC Microprocessor", IEEE Micro, pp. 40–63, Apr. 1992.

R.D. Dixon, "A Stack–Frame Architecture Language Processor", The Journal of Forth Application and Research, Proceedings of the 1987 Rochester Forth Conference, vol. 5, No. 1, pp. 11–25.

Linley Gwennap, "UltraSparc Adds Multimedia Instructions, Other New Instructions Handle Unaligned and Little–Endian Data", Microprocessor Report, pp. 16–18, Dec. 5, 1994.

L. Kohn, et al., "The Visual Instruction Set (VIS) in UltraS-PARC™", IEEE Computer Society Press, pp. 462–469, Los Alamitos, California, 1995.

Philip Koopman, Jr., "Stack Computers the new wave", Mountain View Press, pp. 3–234, La Honda, California, 1989.

International Preliminary Examination Report for PCT/US96/20573, dated Oct. 6, 1997, 5 pgs.

International Preliminary Examination Report for PCT/US96/20572, dated Sep. 2, 1997, 4 pgs.

Written Opinion for PCT/US96/20516, dated Dec. 15, 1997, 4 pgs.

International Preliminary Examination Report for PCT/US96/20516, dated Apr. 7, 1998, 5 pgs.

Supplemental Partial European Search Report, Application No. EP 96 94 4983, date of completion of the search, Sep. 15, 1999.

Rounce, P. et al: "Architectures within the Esprit Span Project" IEEE Micro.

*Graphics Floating Point Engine Fix and Float Registers Consolidations*, IBM Technical Disclosure Bulletin, vol. 36, No. 12, dated Dec. 1993.

**US 6,751,725 B2**

Page 3

Centaur's Reply to Intel's Counterclaims of May 16, 2002, In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, *Via Technologies, Inc., a Taiwan Corporation, and Centaur Technology, Inc. vs. Intel Corporation vs. Via–Cyrix, Inc., a Texas Corporation, and Via Technologies, Inc. (U.S.),* filed May 31, 2002 (12 pgs.).

Reply of Intel to Centaur's Counterclaim, In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, *Via Technologies, Inc., a Taiwan Corporation, and Centaur Technology, Inc. vs. Intel Corporation vs. Via–Cyrix, Inc., a Texas Corporation, and Via Technologies, Inc. (U.S.),* filed Jun. 13, 2002 (4 pgs).

Defendants' Particulars of Objections, In the High Court of the Hong Kong Special Administrative Region (Hong Kong), Court of First Instance of No. 4265 OF 2001, Case No. HCA 4265/2001, *Intel Corporation vs. Via Technologies Inc.; Trend Electronics (HK) Limited,* , dated Dec. 27, 2001 (4 pgs).

Defence and Counterclaim, In the High Court Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, *Intel Corporation vs. Via Technologies Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited,* dated Dec. 12, 2001 (pp. 1–13); Annex 1 to the Defence and Counterclaim (2 pgs); Annex 2 to the Defence and Counterclaim (4 pgs.); Cover page (1 pg).

Defendants' Particulars of Objections, In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, *Intel Corporation vs. Via Technologies Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited,* dated Dec. 12, 2001 (4 pgs).

Defence and Counterclaim, In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. HC 01 No. C04136, *Intel Corporation vs. Via Technologies Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited,* dated Dec. 12, 2001 (pp. 1–13); Annex 1 to the Defence and Counterclaim (2 pgs); Annex 2 to the Defence and Counterclaim (4 pgs.); Cover page (1 pg).

Defendants' Particulars of Objections, In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, *Intel Corporation vs. Via Technologies Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited,* dated Dec. 12, 2001 (4 pgs).

*VIA Technologies Inc., a Taiwan Corporation, and Centaur Technology, Inc., a California Corporation, v. Intel Corporation, a Delaware Corporation,* "VIA's and Centaur's Short Statement Regarding Their Non–Infringement and Invalidity Defenses–Filed Under Seal (Redacted)," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, filed Jan. 24, 2002; total pages: 14.

*VIA Technologies Inc., and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc. and VIA Technologies, Inc. (US),* "VIA Parties' Second Supplemental Responses to Intel's Interrogatory (No. 3) and Third Supplemental Response to Intel's Interrogatory (No. 6) (Redacted)," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated with Civil Action No. A–02–CA–420–SS), dated Apr. 2, 2003; total pages: 46.

*VIA Technologies Inc., and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc. and VIA Technologies, Inc. (US),* "VIA Parties' Notice Under 35 U.S.C. § 282," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, dated Mar. 7, 2003; total pages: 21.

*VIA Technologies Inc., and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc., VIA Technologies, Inc. (US) and IP First, L.L.C.,* "VIA Parties' Motion For Summary Judgement That U.S. Patent No. 5,835,748 Is Invalid For Failure To Disclose The Best Mode –Filed Under Seal," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated with Civil Action No. A–02–CA–420–SS), dated Mar. 17, 2003; total pages: 106 (including tabs).

*VIA Technologies Inc., and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc., VIA Technologies, Inc. (US), and IP First, L.L.C.,* "Intel's Opposition To The VIA Parties' Motion for Summary Judgement of Invalidity of U.S. Patent No. 5,835,748 Based On Best Mode," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated with Civil Action No. A–02–CA–420–SS), filed Mar. 24, 2003; total pages: 31 (including tabs).

*VIA Technologies Inc., a Taiwan Corporation, and Centaur Technology, Inc., a California Corporation, v. Intel Corporation, a Delaware Corporation,* "The VIA Parties' Reply To Intel's Opposition To The VIA Parties' Motion for Summary Judgment That U.S. Patent No. 5,835,748 Is Invalid For Failure To Disclose The Best Mode –Filed Under Seal," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS, dated Mar. 27, 2003; total pages: 44 (including tabs).

*VIA Technologies Inc., and Centaur Technology, Inc., v. Intel Corporation,* "ORDER: That...VIA Parties' Motion For Summary Judgment That U.S. Patent No. 5,835,748 Is Invalid For Failure To Disclose The Best Mode [#356] is DENIED..., signed by Sam Sparks, United States District Judge," In the United States District Court for the Western District of Texas, Austin Division, Case No. A–01–CA–602–SS, dated Mar. 31, 2003; total pages: 23.

*VIA Technologies, Inc., and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc., VIA Technologies, Inc., (US), and IP First, L.L.C.,* "Expert Report of Harold Stone (2)," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated with Civil Action No. A–02–CA–420–SS), dated Mar. 17, 2003; total pages: 89 (including tabs).

*VIA Technologies Inc., and Centaur Technology, Inc., v. Intel Corporation v. VIA–Cyrix, Inc., VIA Technologies, Inc. (US), and IP First, L.L.C.,* "Rebuttal Expert Report of Dr. V. Thomas Rhyne Regarding The Validity of U.S. Patent Nos. 5,701,508; 5,835,748 and 5,201,043," In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A–01–CA–602–SS (Consolidated with Civil Action No. A–02–CA–420–SS), dated Mar. 24, 2003; total pages: 73 (including tab).

*Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited,* "Intel's Opening Skeleton Argument (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Feb. 25, 2003; total pages: 100.

*Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited,* "Intel's Closing Skeleton Argument (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Feb. 13, 2003; total pages: 144.

*Intel Corporation vs. VIA Technologies Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited,* "Intel Corporation v. VIA Technologies, Inc., and others; Defendants' Opening Skeleton Argument –Introduction to the Proceedings (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Jan. 27, 2003; total pages: 99 (including tabs).

*Intel Corporation vs. VIA Technologies Inc. (a company incorporated in Taiwan), Via Technologies (Europe) Limited, Realtime Distribution Limited,* "Intel Corporation v. VIA Technologies, Inc., and others; Defendants' Closing Skeleton Argument (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Feb. 13, 2003; total pages: 70 (including tabs).

*Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited,* "Expert's Report of Simon Richard Jones (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Dec. 20, 2002 (Dec.20, 2002); total pages: 109 (including tabs).

*Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited,* "Expert Report of Michael David May (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Dec. 23, 2002; total pages: 268 (including tabs).

*Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited,* "Expert Report of Michael David May: Exhibits MDM–1 to MDM–11 (Redacted)," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated Dec. 23, 2002; total pages: 367 (including tabs).

*Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited,* "Bundle X – Exhibits Produced At Trial," In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dates produced: May 2, 2003 –Nov. 2, 2003; total pages: 139 (including tabs).

*Intel Corporation (a company incorporated in the state of Delaware USA) vs. (1) VIA Technologies Inc. (a company incorporated in Taiwan), (2) VIA Technologies (Europe) Limited, (3) Realtime Distribution Limited,* "Order Before the Honorable Mr. Justice Pumfrey, Monday the 3rd day Feb. 2003: Claimant has leave to amend the Specification of United Kingdom Patent No. GB 2 326 494...", In the High Court of Justice Chancery Division Patents Court (United Kingdom), Case No. HC 01 No. C04136, dated 3rd Day of Feb. 2003; total pages: 2.

* cited by examiner



**FIG. 1**
**PRIOR ART**



**FIG. 2**
**PRIOR ART**



**FIG. 3A**



**FIG. 3B**          **FIG. 3C**



FIG. 3D



FIG. 15A



FIG. 15B



FIG. 4A



FIG. 4B



FIG. 5



**FIG. 6A**



FIG. 6B



**FIG. 7A**



FIG. 7B



FIG. 7C



FIG. 8



FIG. 9



FIG. 10



FIG. 11A



FIG. 11B



**FIG. 11C**



FIG. 12A



FIG. 12B



FIG. 12C



FIG. 14



FROM STEPS 1134 — 1138

DOES THE PACKED DATA INSTRUCTION RETRIEVE DATA FROM ANY FP/PD REGISTERS OR ANY BUFFER REGISTERS ACTING AS FP/PD REGISTERS? 1300

YES

RETRIEVE BITS [66:3] FROM THOSE REGISTERS 1302

NO

DOES THE PACKED DATA INSTRUCTION RETRIEVE DATA FROM ANY INTEGER REGISTERS OR ANY BUFFER REGISTERS ACTING AS INTEGER REGISTERS? 1304

YES

RETRIEVE BITS [31:0] OR BITS [63:0] FROM THOSE REGISTERS 1306

NO

PERFORM OPERATIONS — 1308

DOES THE PACKED DATA INSTRUCTION CAUSE THE PROCESSOR TO WRITE PACKED DATA TO ANY FP/PD REGISTER OR ANY BUFFER REGISTERS ACTING AS FP/PD REGISTERS? 1310

YES

STORE THE PACKED DATA IN BITS [66:3] AND STORE 1's IN BITS [85:68] OF THOSE REGISTERS 1312

NO

DOES THE PACKED DATA INSTRUCTION CAUSE THE PROCESSOR TO WRITE TO ANY INTEGER REGISTERS OR ANY BUFFER REGISTERS ACTING AS INTEGER REGISTERS? 1314

YES

STORE THE DATA IN BITS [31:0] OF THOSE REGISTERS 1316

NO

FIG. 13

TO STEP 1144