# EXHIBIT I

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7096
FACSIMILE (310) 203-7199
jsheasby@irell.com

March 7, 2006

**VIA E-MAIL**

Patrick King
Simpson Thacher & Bartlett LLP
2250 Hanover Streeet
Palo Alto, CA 94304

    Re:    AmberWave Systems Corporation v. Intel Corporation, Civil Action No. 05-301-KAJ (consolidated)

Dear Pat:

    We write in response to Intel's letter of February 28, 2006 regarding Intel's Fourth Set of Interrogatories in 05-301.

    AmberWave's responses to Interrogatory Nos. 9 and 17 contain the information Intel requires to understand AmberWave's infringement positions regarding the '292 and '371 patents. Instead of fighting about what information AmberWave does or does not need to answer Interrogatory Nos. 19 and 20, why not simply provide the information we have requested? We note that Intel has not asserted that the requested information is unavailable.

    It is AmberWave's good faith belief that it has specifically requested all the information it needs to respond to these interrogatories. We hope that, once in possession of this requested information, no additional information will be necessary. AmberWave will promptly review and analyze any additional information Intel provides to formulate a supplemental response to Interrogatory Nos. 19 and 20. In addition, AmberWave is willing to provide more detail on the information it seeks if Intel believes it would be helpful. Finally, if Intel does not possess the information AmbrWave requested, we can discuss alternatives.

                      Very truly yours,

                      /s/ Jason G. Sheasby

                      Jason G. Sheasby

JGS

1459621