# CONFIDENTIAL

# FILED UNDER SEAL

Case 1:05-cv-00301-JJF-MPT    Document 174    Filed 09/27/2006    Page 1 of 1