IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-301 (KAJ) |
| | ) | CONSOLIDATED |
| vs. | ) | |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Objections to Subpoena of Third Party Matthew T. Currie; (2) Objections to Subpoena of Third Party Eugene A. Fitzgerald; (3) Objections to Subpoena of Third Party Thomas A. Langdo; and (4) Objections to Subpoena of Third Party Anthony J. Lochtefeld were caused to be served on October 10, 2006 upon the following in the manner indicated:

**BY FACSIMILE & E-MAIL**

George M. Newcombe, Esquire
Patrick E. King, Esquire
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
gnewcome@stblaw.com
pking@stblaw.com

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19899
jingersoll@ycst.com
jshaw@ycst.com

**BY E-MAIL**

Nancy Anderson, Esquire
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
nanderson@stblaw.com

David LaRocca, Esquire
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY 10017
dlarocca@stblaw.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067
(310) 277-1010

October 10, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, Jack B. Blumenfeld, hereby certify that on October 10, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll (#1088)
> John W. Shaw (#3362)
> Young, Conaway, Stargatt & Taylor, LLP

and that on October 10, 2006 I also caused copies to be served upon the following in the manner indicated:

### <u>BY EMAIL</u>

> Josy W. Ingersoll
> John W. Shaw
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> jingersoll@ycst.com
> jshaw@ycst.com

> George M. Newcombe
> Patrick E. King
> Simpson Thacher & Bartlett LLP
> 2550 Hanover Street
> Palo Alto, CA 94304
> gnewcombe@stblaw.com
> pking@stblaw.com

> */s/ Jack B. Blumenfeld*
> Jack B. Blumenfeld (#1401)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE 19801
> (302) 658-9200
> jblumenfeld@mnat.com