IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-301 (KAJ) |
| | ) | CONSOLIDATED |
| vs. | ) | |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF AMBERWAVE SYSTEMS CORPORATION'S
<u>MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS COMPLAINT</u>**

Plaintiff AmberWave Systems Corporation ("AmberWave") hereby moves for leave to amend and supplement its complaint to add U.S. Patent No. 7,122,449, which issued today, October 17, 2006, to this action. The grounds for this motion are set forth in AmberWave's opening brief, filed herewith.

Pursuant to D. Del. LR 15.1, attached hereto as Exhibit 1 and 2 are two copies of the proposed amended and supplemental pleading. Attached hereto as Exhibit 3 is a redlined copy which indicates in what respect the proposed pleading differs from AmberWave's First Amended And Consolidated Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

October 17, 2006

Case 1:05-cv-00301-JJF-MPT   Document 184   Filed 10/17/2006   Page 2 of 3

## RULE 7.1.1 CERTIFICATE

Counsel for AmberWave Systems Corporation hereby certifies pursuant to D.Del. LR 7.1.1 that AmberWave discussed the subject of the foregoing motion with counsel for Intel Corporation and that the parties were not able to reach agreement thereon prior to the filing of the motion.

*/s/ Jack B. Blumenfeld (#1014)*

_____

Jack B. Blumenfeld (#1014)

541712