IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 05-301 (KAJ) (Consolidated) |
| vs. | ) ) | |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## ORDER

WHEREAS, Plaintiff AmberWave Systems Corporation has moved for leave to amend and supplement its complaint, and the Court having considered the parties' submissions with respect to the motion,

IT IS HEREBY ORDERED THAT Plaintiff AmberWave Systems Corporation's Motion for Leave to Amend and Supplement Its Complaint is GRANTED. AmberWave's Second Amended and Supplemental Complaint for Patent Infringement shall be deemed filed as of the date of this Order.

Dated: _____     _____

Honorable Kent A. Jordan
Judge, United States District Court

541709