**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to Josy W. Ingersoll and John W. Shaw.

I further certify that I caused copies of the foregoing document to be served on October 17, 2006 upon the following and in the manner indicated:

**BY HAND**

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**BY EMAIL AND FEDERAL EXPRESS**

George M. Newcombe
Jeffrey E. Ostrow
Patrick E. King
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304

/s/ Jack B. Blumenfeld
jblumenfeld@mnat.com