IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-301-KAJ (Consolidated) |
| INTEL CORPORATION, | : : : | |
| Defendant. | : : | |
| INTEL CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 06-429-KAJ |
| AMBERWAVE SYSTEMS CORPORATION, | : : : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **31st** day of **October, 2006,**

IT IS ORDERED that a teleconference has been scheduled in the above matters for **Friday, November 17, 2006 at 11:00 a.m. Eastern Time** with Judge Thynge. **Counsel for AmberWave shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE