IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, )<br>)<br>Plaintiff/Counterclaim-defendant, )<br>)<br>v.   )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant/Counterclaim-plaintiff. )<br>) | Civil Action No. 05-301-KAJ (Consolidated) |

### NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND AND SUPPLEMENT

Intel agrees with AmberWave that AmberWave's infringement claims regarding U.S. Patent No. 7,122,449 (the "'449 patent") are related to the two pending actions[1] before this Court and should therefore also be adjudicated by this Court. However, Intel submits that the '449 patent – as well as AmberWave's infringement claims regarding U.S. Patent No. 5,158,907 (the "'907 patent"), which were recently transferred from the Eastern District of Texas – should be consolidated into the Delaware II case. Delaware I, which already involves three patents, recently had its schedule delayed for the second time because there is so much work to be done; it simply makes no sense to add additional patents to that action. On the other hand, Delaware II involves just one patent, and it has a schedule that was specifically tailored to accommodate additional patents. Intel is currently meeting-and-conferring with AmberWave on the issue of how best to manage the parties' related litigations. Intel hereby submits this non-opposition to AmberWave's motion to amend, but it does so without prejudice, and reserves its right to seek

---

[1] The two actions are *AmberWave Systems Corp. v. Intel Corp.*, Civil Action No. 05-301-KAJ ("Delaware I") and *Intel Corp. v. AmberWave Systems Corp.*, Civil Action No. 06-429-KAJ ("Delaware II").

consolidation of the '449 and '907 patents in the Delaware II case in the event the parties are unable to reach agreement on this issue.

Respectfully submitted,

*Karen E. Keller* (signature)

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

George M. Newcombe (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
  2550 Hanover Street
  Palo Alto, CA 94304
  (650) 251-5000

*Attorneys for Plaintiff Intel Corporation*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on October 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

>**BY FEDERAL EXPRESS**
>
>Morgan Chu, Esquire
>Jason G. Sheasby, Esquire
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Intel Corporation*

DB01:1620087.1