IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-301 (KAJ) |
| ) | CONSOLIDATED |
| vs. ) | |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Objections to Subpoena of Third Party Nicole D. Gerrish Bell* were caused to be served on November 9, 2006 upon the following in the manner indicated:

**BY FACSIMILE & E-MAIL**

George M. Newcombe, Esquire
Patrick E. King, Esquire
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
gnewcome@stblaw.com
pking@stblaw.com

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19899
jingersoll@ycst.com
jshaw@ycst.com

**BY E-MAIL**

David LaRocca, Esquire
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY 10017
dlarocca@stblaw.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

November 9, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on November 9, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll (#1088)
>John W. Shaw (#3362)
>Young, Conaway, Stargatt & Taylor, LLP

and that on November 9, 2006 I also caused copies to be served upon the following in the manner indicated:

### BY EMAIL

>Josy W. Ingersoll
>John W. Shaw
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>jingersoll@ycst.com
>jshaw@ycst.com

>George M. Newcombe
>Patrick E. King
>Simpson Thacher & Bartlett LLP
>2550 Hanover Street
>Palo Alto, CA 94304
>gnewcombe@stblaw.com
>pking@stblaw.com

>*/s/ Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1401)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE 19801
>(302) 658-9200
>jblumenfeld@mnat.com