IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-301-KAJ |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this **22nd** day of **November, 2006**,

The Court having considered the parties' submissions,

IT IS HEREBY ORDERED that Amberwave's motion for leave to amend and supplement its complaint (D.I. 184) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE