IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-301-KAJ (Consol.) ) ) |
| INTEL CORPORATION, | ) ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Intel Corp. to answer, move or otherwise respond to AmberWave's Second Amended and Supplemental Complaint is hereby is extended through and including January 8, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

Attorneys for Plaintiff

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

Karen L. Keller
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6672
kkeller@ycst.com

Attorneys for Defendant

SO ORDERED this _____ day of December, 2006.

_____
United States District Court Judge