IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>INTEL CORPORATION,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 05-301-*** (Consolidated) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Intel Corporation to answer, move, or otherwise respond to AmberWave System Corporation's Second Amended and Supplemental Complaint is hereby extended through and including January 23, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Leslie A. Polizoti
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
lpolizoti@mnat.com

Attorneys for AmberWave Systems Corp.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6672
kkeller@ycst.com

Attorneys for Intel Corp.

2

SO ORDERED this ____ day of _____, 2007.

_____
United States District Court Judge