IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-301-*** (Consolidated) |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Intel Corporation to answer, move, or otherwise respond to AmberWave System Corporation's Second Amended and Supplemental Complaint is hereby extended through and including February 6, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Karen E. Keller |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Leslie A. Polizoti (#4299) | John W. Shaw (#3362) |
| 1201 N. Market Street | Karen E. Keller (#4489) |
| P.O. Box 1347 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| (302) 658-9200 | P.O. Box 391 |
| jblumenfeld@mnat.com | Wilmington, DE 19899 |
| | (302) 571-6672 |
| Attorneys for AmberWave Systems Corp. | kkeller@ycst.com |
| | Attorneys for Intel Corp. |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Court Judge

DB01:2264393.2                                                        062992.1002