IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMBERWAVE SYSTEMS CORPORATION,

Plaintiff,

v.

INTEL CORPORATION,

Defendant.

C.A. No. 05-301 *** (Consolidated)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the time for Intel Corporation to answer, move, or otherwise respond to AmberWave

System Corporation's Second Amended and Supplemental Complaint is hereby extended

through and including February 20, 2007.

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP


/s/ Leslie A. Polizoti
_____
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
lpolizoti@mnat.com

Attorneys for AmberWave Systems Corp.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6672
kkeller@ycst.com

Attorneys for Intel Corp.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge