IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>                          Plaintiff,<br><br>           v.<br><br>INTEL CORPORATION,<br><br>                          Defendant. | C.A. No. 05-301 *** (Consolidated)<br>(includes 05-837 ***) |

## STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action (the "Action"), including, without limitation, all claims and counterclaims asserted in the Action, are hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees, including attorneys fees.

DATED: February 26, 2007

By:    /s/ *Jack B. Blumenfeld*                              /s/ *John W. Shaw*

   Jack B. Blumenfeld (#1014)                Josy W. Ingersoll (No. 1088)
   Leslie A. Polizoti (#4299)                    John W. Shaw (No. 3362)
   MORRIS, NICHOLS, ARSHT &           YOUNG CONAWAY STARGATT
   TUNNELL LLP                                   & TAYLOR, LLP
   1201 N. Market Street                         The Brandywine Building, 17th Floor
   P.O. Box 1347                                     1000 West Street
   Wilmington, Delaware  19899         Wilmington, Delaware  19801
   *Attorneys for AmberWave Systems*      *Attorneys for Intel Corporation*
   *Corporation*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge