IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | C.A. No. 05-301 *** (Consolidated)<br>(includes 05-837 ***) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action (the "Action"), including, without limitation, all claims and counterclaims asserted in the Action, are hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees, including attorneys fees.

DATED: February 26, 2007

By:  /s/ *Jack B. Blumenfeld*                              /s/ *John W. Shaw*

Jack B. Blumenfeld (#1014)                    Josy W. Ingersoll (No. 1088)
Leslie A. Polizoti (#4299)                         John W. Shaw (No. 3362)
MORRIS, NICHOLS, ARSHT &              YOUNG CONAWAY STARGATT
TUNNELL LLP                                           & TAYLOR, LLP
1201 N. Market Street                              The Brandywine Building, 17th Floor
P.O. Box 1347                                           1000 West Street
Wilmington, Delaware 19899               Wilmington, Delaware 19801
*Attorneys for AmberWave Systems*        *Attorneys for Intel Corporation*
*Corporation*

SO ORDERED this   1st   day of   March  , 2007.

_____
United States District Court Judge