IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | C.A. No. 05-301 *** (Consolidated)<br>(includes 05-837 ***) |

## STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action (the "Action"), including, without limitation, all claims and counterclaims asserted in the Action, are hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees, including attorneys fees.

DATED: February 26, 2007

By: /s/ *Jack B. Blumenfeld*            /s/ *John W. Shaw*

    Jack B. Blumenfeld (#1014)          Josy W. Ingersoll (No. 1088)
    Leslie A. Polizoti (#4299)           John W. Shaw (No. 3362)
    MORRIS, NICHOLS, ARSHT &       YOUNG CONAWAY STARGATT
    TUNNELL LLP                 & TAYLOR, LLP
    1201 N. Market Street            The Brandywine Building, 17th Floor
    P.O. Box 1347                  1000 West Street
    Wilmington, Delaware 19899     Wilmington, Delaware 19801
    *Attorneys for AmberWave Systems*    *Attorneys for Intel Corporation*
    *Corporation*

SO ORDERED this ___ day of __March__, 2007.

                                     United States District Court Judge